IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | |
|---|---|
| NUSTAR FARMS, LLC ) <br> ) <br> et al ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RYAN LIZZA ) <br> ) <br> et al ) <br> ) <br> Defendants. ) <br> ) | Case 5:20-cv-04003-CJW-MAR |

# **FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(a) of the United States District Court for the Northern District of Iowa and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, NuStar Farms, LLC ("NuStar"), in the above captioned action, certifies that there are no associations, firms, partnerships, corporations, and other artificial entities that either are related to NuStar as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiffs' outcome in the case. There are no parents, trusts, subsidiaries and/or affiliates of NuStar that have issued shares or debt securities to the public.

DATED:	January 23, 2020

1

NUSTAR FARMS, LLC
ANTHONY NUNES, JR.
ANTHONY NUNES, III


By:   */s/ Joseph M. Feller*
      Joseph M. Feller, Esquire
      (Iowa State Bar No. AT0002512)
      Koopman, Kennedy & Feller
      823 3rd Avenue
      Sibley, Iowa 51249
      Telephone:   (712) 754-4654
      Facsimile:   (712) 754-2507
      jfeller@kkfellerlaw.com

      Steven S. Biss, Esquire
      (Virginia State Bar No. 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone:   (804) 501-8272
      Facsimile:   (202) 318-4098
      Email: stevenbiss@earthlink.net
      (*Application for Admission Pro Hac Vice*
      *To be Filed*)

      *Counsel for the Plaintiff*

2

Case 5:20-cv-04003-CJW-MAR    Document 3    Filed 01/23/20    Page 2 of 2