IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | |
|---|---|
| NUSTAR FARMS, LLC et al<br><br>Plaintiffs,<br><br>v.<br><br>RYAN LIZZA et al<br><br>Defendants. | Case 5:20-cv-04003-CJW-MAR<br><br>**MOTION TO APPEAR PRO HAC VICE** |

Steven S. Biss, Esquire, a lawyer who is not a member of the Bar of this District, moves to appear in this case *pro hac vice* on behalf of Plaintiffs, NuStar Farms, LLC, Anthony Nunes, Jr. and Anthony Nunes, III ("Plaintiffs"). Mr. Biss states that he is a member in good standing of the Bar of the United States District Court for the Eastern District of Virginia and the Virginia Supreme Court, and that he agrees to submit to and comply with all provisions and requirements of the Rules of Conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his *pro hac vice* representation of Plaintiff in this case.

Steven S. Biss further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Joseph M. Feller, Esquire, Koopman. Kennedy & Feller, 823 3rd Avenue, Sibley, Iowa 51249, an attorney who has been admitted to the Bar of this District under LR 83(b) and (c), and who has entered his appearance in this case.

The Certificate of Good Standing (dated October 1, 2019) required by Administrative Order No. 19-AO-0004-P is attached.

DATED: February 4, 2020

By: /s/ Joseph M. Feller
Joseph M. Feller, Esquire
(Iowa State Bar No. AT0002512)
Koopman, Kennedy & Feller
823 3rd Avenue
Sibley, Iowa 51249
Telephone: (712) 754-4654
Facsimile: (712) 754-2507
jfeller@kkfellerlaw.com

*Counsel for the Plaintiffs*

By: /s/ Steven S. Biss
Steven S. Biss, Esquire
(Virginia State Bar No. 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net

*Applicant for Admission Pro Hac Vice
On behalf of the Plaintiffs*