IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **Nustar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,** <br><br> Plaintiffs, <br><br> v. <br><br> **Ryan Lizza** and **Hearst Magazine Media, Inc.,** <br><br> Defendants. | Case No. 5:20-cv-04003 <br><br> **Defendant Hearst Magazine Media, Inc.'s Rule 7.1 Corporate Disclosure Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Hearst Magazine Media, Inc. advises the Court that it is the party with a direct interest in the matters raised in the lawsuit against its publication, *Esquire* magazine.

Hearst Magazine Media, Inc. is a direct wholly owned subsidiary of Hearst Communications, Inc., which is in turn an indirect wholly owned subsidiary of Hearst Corporation, a privately held company.

No publicly held corporation owns 10% or more of the stock of Hearst Magazine Media, Inc., Hearst Communications, Inc., or Hearst Corporation.

Dated:  February 21, 2020 **Faegre Drinker Biddle & Reath LLP**

/s/ Susan P. Elgin
Michael A. Giudicessi, *Lead Counsel*
 michael.giudicessi@faegredrinker.com
Nicholas A. Klinefeldt
 nick.klinefeldt@faegredrinker.com
Susan P. Elgin
 susan.elgin@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**Attorneys for Defendants**

**Certificate of Service**

The undersigned certifies that a true copy of **Defendant Hearst Magazine Media, Inc.'s Rule 7.1 Corporate Disclosure Statement** was served upon the following parties through the court's CM/ECF electronic filing system on February 21, 2020.

/s/ Trisha Richey

Copy to:

Joseph M. Feller
 jfeller@kkfellerlaw.com

Steven S. Biss
 stevenbiss@earthlink.net

*Attorneys for Plaintiff*

US.126821849.01