IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN LIZZA and HEARST MAGAZINE MEDIA, INC., <br><br> Defendants. | No. 20-cv-4003-CJW <br><br> **ORDER** |

The parties have submitted for the Court's review and approval the Scheduling Order and Discovery Plan (attached).

A Rule 16(b) and 26(f) telephonic scheduling conference will take place before the undersigned on **Wednesday, April 22, 2020, at 9:30 a.m.** The hearing will take place using the Court's conference bridge. **The parties shall access the hearing by: (1) calling 877-848-7030, (2) enter access code 9039429 #, (3) press # to enter as a participant, (4) enter security code 2450#.** The call will become active upon the "host" (the Court) entering the conference bridge.

**Failure to appear for this scheduling conference could result in sanctions by the Court.**

IT IS SO ORDERED this 17th day of April, 2020.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | | |
|---|---|---|
| NUSTAR FARMS, LLC <u>et</u> <u>al</u> | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. C20-4003-CJW-MAR |
| | ) ) | **SCHEDULING REPORT** |
| RYAN LIZZA <u>et</u> <u>al</u> | ) ) | |
| Defendants. | ) ) ) | |

Counsel for the parties have conferred and submit the following case information and proposed dates for case management.

This is an action for defamation concerning statements made in an *Esquire* magazine article entitled "*Devin Nunes's Family Farm Is Hiding a Politically Explosive Secret*" (the "Article"). The Article is also the subject of a separate defamation action brought by Devin G. Nunes; that action is pending in this Court, also before Judges Williams and Roberts. *See* Case No. 5:19-cv-04064-CJW-MAR ("*Devin Nunes*"). In *Devin Nunes*, the Court issued a stay of discovery, which was recently extended to the earlier of the disposition of the motion to dismiss that was filed in that case or June 1, 2020. *Devin Nunes*, ECF Nos. 26, 45.

In this case, Defendants have filed a pre-answer motion to dismiss pursuant to Rule 12(b)(6), and for a more definite statement pursuant to Rule 12(e). The parties have conferred as to whether discovery in this case should be stayed pending the disposition of that motion, and to align with the stay issued in *Devin Nunes*. In lieu of litigating this

1

issue and to conserve the parties' and judicial resources, the parties have agreed that discovery may be served immediately, but written objections and/or responses to any discovery (including third-party discovery) will be due no earlier than June 1, 2020 (the "Discovery Response Date"). If the stay of discovery in *Devin Nunes* is extended, then the Discovery Response Date will be extended by the same amount of time.

Subject to that agreement, Defendants are joining in the submission of this Scheduling Report. To accommodate the June 1, 2020 Discovery Response Date, the parties respectfully request discovery deadlines that are one month beyond the dates recommended in the District's worksheet for completion of the Scheduling Report. This is reflected in the proposed schedule below.

1. Did the parties both (a) enter into an agreement during the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? **Yes**

The parties will make the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure on or before: **April 13, 2020**

2. Deadline for motions to add parties: **July 10, 2020**

3. Deadline for motions to amend pleadings: **July 10, 2020**

4. Expert witnesses disclosed by:

   a) Plaintiff: **August 10, 2020**
   b) Defendant: **October 12, 2020**
   c) Plaintiff Rebuttal: **November 10, 2020**

5. Deadline for completion of discovery: **January 11, 2021**

6. Dispositive motions deadline: **February 10, 2021**

7. Trial Ready Date: **July 16, 2021**

8. Has a jury demand been filed? **Yes**

9. Estimated length of trial: **Five (5) Days**

10. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? **No**

11. Are each of the attorneys in this case admitted to practice in the Northern District of Iowa pursuant to Local Rule 83? **Yes**

Signature of Counsel on Next Page

Dated: April 10, 2020

| **NUSTAR FARMS, LLC, ANTHONY NUNES JR., AND ANTHONY NUNES III, PLAINTIFFS** | **RYAN LIZZA AND HEARST MAGAZINE MEDIA, INC., DEFENDANTS** |
|---|---|
| By: /s/ Steven S. Biss<br>Steven S. Biss, *Lead Counsel*\*<br>  *stevenbiss@earthlink.net*<br>(Virginia State Bar No. 32972)<br>300 West Main Street, Suite 102<br>Charlottesville, Virginia 22903<br>Telephone: (804) 501-8272<br>Facsimile: (202) 318-4098<br>*\*Admitted Pro Hac Vice*<br><br>Joseph M. Feller, Esquire<br>  *jfeller@kkfellerlaw.com*<br>(Iowa State Bar No. AT0002512)<br>KOOPMAN, KENNEDY & FELLER<br>823 3rd Avenue<br>Sibley, Iowa 51249<br>Telephone: (712) 754-4654<br>Facsimile: (712) 754-2507<br><br>*Attorneys for Plaintiff*<br>*Devin Nunes* | By: /s/ Ravi V. Sitwala<br>Jonathan R. Donnellan, *Lead Counsel*\*<br>  *jdonnellan@hearst.com*<br>Ravi V. Sitwala\*<br>  *rsitwala@hearst.com*<br>Nathaniel S. Boyer\*<br>  *nathaniel.boyer@hearst.com*<br>The Hearst Corporation<br>Office of General Counsel<br>300 West 57th Street<br>New York, New York 10019<br>Telephone: (212) 649-2030<br>Telephone: (212) 649-2035<br>*\*Admitted Pro Hac Vice*<br><br>Michael A. Giudicessi<br>  *michael.giudicessi@faegredrinker.com*<br>Nicholas A. Klinefeldt<br>  *nick.klinefeldt@faegredrinker.com*<br>Susan P. Elgin<br>  *susan.elgin@faegredrinker.com*<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>801 Grand Avenue, 33rd Floor<br>Des Moines, Iowa 50309-8003<br>Telephone: (515) 248-9000<br>Facsimile: (515) 248-9010<br><br>*Attorneys for Defendants*<br>*Ryan Lizza and Hearst Magazine Media, Inc.* |