# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC,<br>        Plaintiff(s)<br>    vs.<br>RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,<br>        Defendant(s) | **HEARING MINUTES**  Sealed: No<br><br>Case No.: 20-CV-4003-CJW<br>Presiding Judge: Mark A. Roberts<br>Deputy Clerk: AMS<br>Official Court Record: FTR Gold |

| Date: | 04/22/2020 | Start: | 9:30 a.m. | Adjourn: | 9:34 a.m. | Courtroom: | | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | | Time in Chambers: | | | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Steven S. Biss | | | | | | |
| | | Defendant(s): | Nathaniel S. Boyer, Ravi V. Sitwala, and Susan P. Elgin | | | | | | |
| | | U.S. Probation: | | | | | | | |
| | | Interpreter: | | | Language: | | Certified: | | Phone: |

| **TYPE OF PROCEEDING:** | Rule 16(b) & 26(f) Scheduling Conference | Contested? | | Continued from a previous date? | | |
|---|---|---|---|---|---|---|

| | Motion(s): | | Ruling: | |
|---|---|---|---|---|
| | Matters discussed: | | | |
| | 16(b) & 26(f) scheduling conference. The parties discussed the deadlines contained in the proposed scheduling order and discovery plan previously provided to the court. A scheduling order and discovery plan will follow. | | | |
| | **Witness/Exhibit List is** | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | |
| | **Miscellaneous:** | | | |