IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Lizza and Hearst Magazine Media, Inc.,<br><br>Defendants. | Case No. 5:20-cv-04003-CJW-MAR<br><br>Declaration of Ravi V. Sitwala in Support of Defendants' Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) |

I, **RAVI V. SITWALA**, declare as follows:

1. I represent defendants Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants") as an attorney of record in this case. I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2. Annexed hereto as **Exhibit A** is a true and correct copy of an article by Ryan Lizza entitled "*Devin Nunes's Family Farm Is Hiding a Politically Explosive Secret*," which was posted on September 30, 2018 to https://www.esquire.com/news-politics/a23471864/devin-nunes-family-farm-iowa-california/ (the "Article"). Esquire.com is a publication of Hearst Magazine Media, Inc. This article is quoted and referenced throughout the amended complaint in this action, *see* ECF No. 28 (the "Amended Complaint").

3. Annexed hereto as **Exhibit B** is a true and correct copy of the Article as printed in the November 2018 print edition of *Esquire* magazine, a publication of Hearst Magazine Media, Inc., together with the cover of that edition of *Esquire*. This article is quoted and referenced throughout the Amended Complaint.

1

4. Annexed hereto as **Exhibit C** is a true and correct copy of a printout from the website of the Official Records Database of the Clerk-Recorder's Office of Tulare County, California (the "Tulare Recorder's Website"), together with a copy of a deed for the transfer of real property that was recorded with the Clerk-Recorder's Office of Tulare County. The printout was generated by an attorney in my office who, acting at my direction, searched the database for deeds in which "Nunes Devin" was listed as a grantor or grantee. As reflected in this official publication, the search returned an entry for a deed reflecting a grant of property from Anthony Jr., Anthony III, Devin Nunes, and others to "Mc Carthy Family Farms Inc." and "White Ranch Land Co. LLC" that was recorded on July 14, 2006. This record can be accessed directly at https://riimsweb.co.tulare.ca.us/riimsweb/Asp/ORDocDetail.asp?DocID=2006-0072864, and was last accessed by an attorney acting at my direction on June 21, 2020. The deed was retrieved from ParcelQuest, a subscription service that aggregates information relating property data and parcel maps for the State of California. The deed bears a stamp in the upper right-hand corner stating that it was recorded with Clerk-Recorder's Office of Tulare County on July 14, 2006.

5. Annexed hereto as **Exhibit D** is a true and correct copy of the obituary for "Anthony L. Nunes," the father of Anthony Jr. and grandfather of Devin Nunes and Anthony Nunes, III. This obituary ran on page 2 of the March 8, 1996 edition of *The Sentinel* of Hanford, California, and it reports that Anthony L. Nunes died on March 6, 1996. This obituary was retrieved by an attorney in my office who, acting at my direction, searched Newspapers.com, an Ancestry.com-affiliated website that collects obituaries from newspapers around the country.

6. Annexed hereto as **Exhibit E** is a true and correct copy of a June 16, 2009 *Dairy Star* article by Jerry Nelson entitled "From the Azores to Iowa," which was printed from the

2

*Dairy Star* website on July 24, 2018.  This article is quoted and referenced throughout the Amended Complaint.

      7.      Annexed hereto as **Exhibit F** is a true and correct copy of Plaintiffs' Rule 26(a) initial disclosures in this matter, served on Defendants on April 14, 2020.

      I declare under penalty of perjury that the foregoing is true and correct.  Executed in Brooklyn, New York, on June 22, 2020.

                                           /s/ Ravi V. Sitwala
                                         Ravi V. Sitwala

**Certificate of Service**

      The undersigned certifies that a true copy of **Declaration of Ravi V. Sitwala in Support of Defendants' Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)** was served upon the following parties through the court's CM/ECF electronic filing system on June 22, 2020.

                                                          /s/ Jonathan R. Donnellan

Copy to:
    Joseph M. Feller
    *jfeller@kkfellerlaw.com*
    Steven S. Biss
    *stevenbiss@earthlink.net*
    *Attorneys for Plaintiff*