# Exhibit C

# Official Records Database Document Detail

Tulare County Recorder's Office

Searchable Indices:
[Official Records](#)
[Fictitious Business Names (DBA)](#)

## Document Detail

| | |
|---|---|
| **Document ID:** | 2006-0072864 |
| **Recorded on:** | 7/14/2006 8:00:00 AM |
| **No. of Pages:** | 10 |
| **Assessor Parcel #:** | None |
| **Book Page #:** | No Book Page Found |
| **Image:** | n/a |

### DEED

**Grantors:**
NUNES ANTHONY
NUNES ANTHONY III
NUNES ANTHONY L JR
NUNES DEVIN G
NUNES TONI DIAN
NUNES TONI DIANE
NUNEZ DEVIN G

**Grantees:**
MC CARTHY FAMILY FARMS INC
WHITE RANCH LAND CO LLC

**Index Items:**
None

**References:**
None

Page last updated 12/16/16

**RECORDING REQUESTED BY**
First American Title Company

**AND WHEN RECORDED MAIL TO:**
WHITE RANCH LAND COMPANY, LLC
2900 AVENUE 112
CORCORAN, CA 93212

Recorded
Official Records
County of
Tulare
GREGORY B. HARDCASTLE
Clerk Recorder

REC FEE 34.00
SURVEY MONUMENT 10.00

NB
08:00AM 14-Jul-2006 | Page 1 of 10

Space Above This Line for Recorder's Use Only

A.P.N.: 311-050-001 and 311-050-006 and 311-050-008 and 311-050-014 and 311-050-015 and 311-060-007 and 311-070-015 and 311-070-016 and 311-070-035 and 311-070-042 and 311-070-043 and 311-070-047 and 311-060-014 and 311-080-001 and 311-080-002 and 311-080-009 and 311-080-007 and 311-080-008 and 311-090-004 and 311-140-004 and 311-070-046 and 311-070-011

File No.: 5405-2080334 (SS)

## GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $ ; CITY TRANSFER TAX $0.00;
SURVEY MONUMENT FEE $

[ X ] computed on the consideration or full value of property conveyed, OR

[ ] computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,

[ X ] unincorporated area; [ ] City of , and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **Anthony L. Nunes, Jr. and Toni Dian Nunes, husband and wife, who acquired title as Anthony Nunes and Toni Diane Nunes and Anthony Nunes, III, a married man and Devin G. Nunes, a married man, who acquired title as Devin G. Nunez**

hereby GRANTS to **WHITE RANCH LAND COMPANY, LLC Limited Liability Company and McCARTHY FAMILY FARMS, INC., a California Corporation, as tenants in common**

the following described property in the unincorporated of , County of **Tulare**, State of **California**:

**SEE EXHIBIT "A" ATTACHED HERETO FOR LEGAL DESCRIPTION**

Dated: __2/6/06__

Mail Tax Statements To: **SAME AS ABOVE**

_Anthony L. Nunes Jr._ (signature)
Anthony L. Nunes Jr.

_Toni Dian Nunes_ (signature)
Toni Dian Nunes

_Anthony Nunes III_ (signature)
Anthony Nunes III

Devin G. Nunes

STATE OF **CALIFORNIA** }
} ss.
COUNTY OF **TULARE** }

On  July 12, 2006 , before me, Teresa Drew, Notary Public personally appeared Anthony L Nunes Jr., Anthony Nunes III, and Toni Dian Nunes, ~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that ~~he/she~~/they executed the same in ~~his/her~~/their authorized capacity(ies) and that ~~his/her~~/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

This area for official notarial seal

Signature _Teresa Drew_

[Notary seal: TERESA DREW, COMM. #1551518, NOTARY PUBLIC - CALIFORNIA, TULARE COUNTY, My Comm. Expires Feb. 10, 2009]

My Commission Expires: Feb. 10, 2009

Notary Name: Teresa Drew
Notary Registration Number: 1551518

Notary Phone: 559-734-1700
County of Principal Place of Business: Tulare

Case 5:20-cv-04003-CJW-MAR   Document 33-4   Filed 06/22/20   Page 4 of 12

_____   _____
Anthony L. Nunes Jr.            Toni Dian Nunes

                                *Devin Nunes* (signature)
_____   _____
Anthony Nunes III               Devin G. Nunes

STATE OF   ~~CALIFORNIA~~                 }
                                          } ss.
COUNTY OF  ~~TULARE~~ DISTRICT OF COLUMBIA }

On  July 11, 2006                                                    , before
me, ~~Devin G. Nunes~~ Delois J. Nuckols, Notary Public     personally
appeared    Devin G. Nunes                                          ,
~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose
name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same
in his/her/their authorized capacity(ies) and that his/her/their signature(s) on the instrument the person(s) or the
entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.                              This area for official
                                                                notarial seal

Signature
                                                                Delois J. Nuckols
*Delois J. Nuckols* (signature)                                 Notary Public, District of Columbia
                                                                My Commission Expires 3-14-2008

My Commission Expires: 3/14/08

Notary Name: Delois J. Nuckols          Notary Phone: 202-225-8000
Notary Registration Number: _____     County of Principal Place of Business: Washington, DC

Title Order Number:
File Number:  5405-2080334

## Exhibit "A"

Real property in the City of , County of Tulare, State of California, described as follows:

PARCEL NO. 1: APN 311-050-001

THE WEST ½ OF SECTION 14, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTH 150 FEET THEREOF.

ALSO EXCEPTING THEREFROM A TRACT 100 FEET SQUARE IN THE SOUTHWEST CORNER THEREOF.

ALSO EXCEPTING TO PACIFIC STATES SAVINGS AND LOAN COMPANY CORPORATION, ITS SUCCESSORS OR ASSIGNS ONE-TENTH PART OF THE TOTAL (GROSS) OIL, GAS, OR OTHER KINDRED SUBSTANCES OR OTHER MINERALS EXTRACTED FROM SAID PREMISES, AS RESERVED IN DEED TO G.E. KINSEY AND MATTIE B. KINSEY, (HUSBAND AND WIFE, AS JOINT TENANTS) RECORDED MAY 12, 1938 AS DOCUMENT NO. 8407 OF OFFICIAL RECORDS, WHICH DEED PROVIDES THAT SAID RESERVATION SHALL NOT BE CONSTRUCTED AS OBLIGATED THE GRANTEE THEREIN OR HIS ASSIGNS TO EXTRACT MINERALS FROM SAID PROPERTY.

PARCEL NO. 2: APN 311-080-007

THE EAST ½ OF THE EAST ½ OF THE SOUTHEAST ¼ OF SECTION 23, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL NO. 3: A PORTION OF APN 311-080-001

THE NORTH 100 FEET OF THE NORTH ½ OF SECTION 23, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL NO. 3A: A PORTION OF APN 311-080-001

THE NORTH ½ OF SECTION 23, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTH 100 FEET THEREOF.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ½ OF ALL OIL, GAS, AND MINERALS AND ALL OIL, GAS,

AND MINERAL RIGHTS UPON AND UNDER THE ABOVE DESCRIBED LANDS AND THE RIGHT TO ENTER THEREON AND TO USE IN A PROPERTY MANNER SO MUCH OF THE SURFACE AS MAY BE REASONABLE FOR THE PURPOSE OF EXTRACTING OIL, GAS, AND MINERALS THEREON AND THEREUNDER, AS RESERVED BY SECURITY FIRST NATIONAL BANK OF LOS ANGELES (A NATIONAL BANKING ASSOCIATION) IN DEED DATED FEBRUARY 13, 1936 AND RECORDED APRIL 15, 1936 IN BOOK 680, PAGE 131 OF OFFICIAL RECORDS.

PARCEL NO. 4: APN 311-080-008

THE SOUTHWEST ¼ AND THE WEST ½ OF THE SOUTHEAST ¼ AND THE WEST ½ OF THE EAST ½ OF THE SOUTHEAST ¼ OF SECTION 23, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL NO. 5: APN 311-070-043

THE NORTHEAST ¼ OF THE NORTHWEST ¼ OF SECTION 22, AND THE NORTHWEST ¼ OF THE NORTHEAST ¼ OF SECTION 22, AND THE WEST ½ OF THE SOUTHEAST ¼ OF THE NORTHWEST ¼ OF SECTION 22, AND THE NORTHEAST ¼ OF THE SOUTHWEST ¼ OF THE NORTHEAST ¼ OF SECTION 22, AND THE WEST ½ OF THE SOUTHWEST ¼ OF THE NORTHEAST ¼ OF SECTION 22, AND THE EAST ½ OF THE SOUTHEAST ¼ OF THE NORTHWEST ¼ OF SECTION 22, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ½ OF ALL OIL, GAS, AND MINERALS IN SAID LAND AS EXCEPTED IN THE DEED FROM JAMES A. LAW (THE DULY APPOINTED, QUALIFIED, AND ACTING ADMINISTRATOR WITH WILL ANNEXED OF THE ESTATE OF JOHN K. LAW [DECEASED]) RECORDED DECEMBER 3, 1946 IN BOOK 1226, PAGE 82 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM A ¼ INTEREST IN AND TO ALL OIL, GAS, AND MINERALS IN SAID LAND, AS RESERVED BY PHINEAS H. ADAMS (ET UX) IN DEED RECORDED JANUARY 2, 1963 IN BOOK 2384, OF OFFICIAL RECORDS.

PARCEL 6: APN: 311-070-047

LOT 226 OF SECOND HOME EXTENSION COLONY, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7, PAGE 32 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM AN UNDIVIDED 50% OF ALL OIL, GAS, MINERALS AND HYDROCARBON SUBSTANCES, IN, ON OR UNDER SAID LAND AS RESERVED BY MARCIA D. NICKELL, TRUSTEE OF THE MARCIA NICKELL LIVING TRUST DATED AUGUST 31, 1993, AS TO AN UNDIVIDED 1/2 INTEREST AND MARCIA D. NICKELL, TRUSTEE OF THE WENDELL LAVALE NICKELL TESTAMENTARY TRUST, AS TO AN UNDIVIDED 1/2 INTEREST BY DEED RECORDED MARCH 2, 2005 AS INSTRUMENT NO. 2005-0021565.

PARCEL 7: APN: 311-090-004

LOTS 253, 254, 255, 256 AND 257 OF SECOND HOME EXTENSION COLONY IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7, PAGE 32 OF MAPS, TULARE COUNTY RECORDS.

PARCEL 8: APN: 311-060-007 AND PORTION OF 311-060-014

THE EAST ½ OF THE SOUTHEAST ¼ OF SECTION 15 AND THE SOUTHEAST ¼ OF THE NORTHEAST ¼

OF SECTION 15, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, AND MINERALS IN AND UNDER SAID LAND; TOGETHER WITH RIGHTS INCIDENTAL TO THE DEVELOPMENT OF THE SAME, AS RESERVED BY ETHEL B. COOPER AND FINIS G. COOPER (HER HUSBAND) IN DEED RECORDED FEBRUARY 23, 1945 IN BOOK 1114, PAGE 174 OF OFFICIAL RECORDS.

PARCEL 9: A PORTION OF APN: 311-050-014

THE NORTHWEST ¼ OF THE NORTHEAST ¼ OF SECTION 14, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTH 150 FEET.

ALSO EXCEPTING AN UNDIVIDED ½ INTEREST OF OIL, GAS, AND MINERALS, AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER THE NORTHWEST ¼ OF THE NORTHWEST ¼ OF SAID LAND, AS RESERVED BY EDWIN P. BANKS, ET AL BY DEED DATED MAY 26, 1976.

A PORTION OF APN: 311-050-014

THE SOUTHWEST ¼ OF THE NORTHEAST ¼ OF SECTION 14, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING AN UNDIVIDED ½ INTEREST OF OIL, GAS, AND MINERALS, AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER THE NORTHWEST ¼ OF THE NORTHEAST ¼ OF SAID LAND, AS RESERVED BY EDWIN P. BANKS, ET AL BY DEED DATED MAY 26, 1976.

A PORTION OF 311-050-014

THE SOUTHEAST ¼ OF SECTION 14, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING AN UNDIVIDED ½ INTEREST OF OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER THE NORTHWEST ¼ OF THE NORTHEAST ¼ OF SAID LAND, AS RESERVED BY EDWIN P. BANKS, ET AL BY DEED DATED MAY 26, 1976.

A PORTION OF APN: 311-050-014

THE EAST ½ OF THE NORTHEAST ¼ OF SECTION 14, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTH 150 FEET OF THE NORTHEAST ¼ OF THE NORTHEAST ¼ OF SAID SECTION 14.

ALSO EXCEPTING AN UNDIVIDED ½ INTEREST OF OIL, GAS, AND MINERALS, AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER THE NORTHWEST OF THE NORTHEAST ¼ OF SAID LAND, AS RESERVED BY EDWIN P. BANKS, ET AL BY DEED DATED MAY 26, 1976.

PARCEL 10: A PORTION OF APN: 311-050-015

THAT PORTION OF THE SOUTHEAST ¼ OF SECTION 13, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF LYING SOUTHERLY AND WESTERLY OF THAT CERTAIN STRIP OF LAND (100 FEET IN WIDTH) BEING 50 FEET ON EACH SIDE OF A STRAIGHT LINE, THE STARTING POINT OF WHICH IS ON THE SOUTH LINE OF SAID SECTION 13, 50 FEET WEST OF THE SOUTHEAST CORNER OF SAID SECTION AND EXTENDING NORTHWESTERLY IN A STRAIGHT LINE TO THE CENTER OF SAID SECTION, AS GRANTED TO DEER CREEK STORM WATER DISTRICT OF TULARE AND KINGS COUNTIES, BY DEEDS RECORDED IN BOOK 194, PAGE 233 AND IN BOOK 211, PAGE 442 OF DEEDS AS RIGHT-OF-WAY FOR LEVEE.

A PORTION OF APN: 311-050-015

THAT PORTION OF THE SOUTHWEST ¼ OF SECTION 13, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF LYING SOUTHERLY AND WESTERLY OF THE SOUTHWESTERLY LINE OF THE RIGHT-OF-WAY FOR LEVEE (100 FEET) CONVEYED TO THE STORM WATER DISTRICT OF TULARE AND KINGS COUNTIES (A CORPORATION) BY DEED DATED DECEMBER 2, 1911 AND RECORDED IN BOOK 192, PAGE 150 OF DEEDS OF TULARE COUNTY RECORDS, THE CENTER LINE OF SAID RIGHT-OF-WAY BEING DESCRIBED IN SAID DEED AS EXTENDING FROM A POINT 2641 FEET NORTH OF THE ¼ SECTION CORNER ON THE SOUTH LINE OF SAID SECTION, NORTHWESTERLY TO A POINT 31.84 FEET EAST OF THE NORTHWEST CORNER OF SAID SECTION 13.

EXCEPTING ½ OF ALL CRUDE OIL, PETROLEUM, GAS, BREA, ASPHALTUM AND ALL KINDRED SUBSTANCES AND OTHER MINERALS UNDER AND IN SAID LAND, AS RESERVED BY FRANK G. HOOPER (WHO ACQUIRED TITLE AS FRANK GEORGE HOOPER) AND NELLIE M. HOOPER (HUSBAND AND WIFE) IN DEED DATED DECEMBER 17, 1947 AND RECORDED JANUARY 29, 1948 IN BOOK 1282, PAGE 232 OF OFFICIAL RECORDS.

A PORTION OF APN: 311-050-015

THAT PORTION OF THE NORTHWEST ¼ OF SECTION 13, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF LYING SOUTHERLY AND WESTERLY OF THE SOUTHWESTERLY LINE OF THE RIGHT-OF-WAY FOR LEVEE (100 FEET) CONVEYED TO THE STORM WATER DISTRICT OF TULARE AND KINGS COUNTIES (A CORPORATION) BY DEED DATED DECEMBER 2, 1911 AND RECORDED IN BOOK 192, PAGE 150 OF DEEDS OF TULARE COUNTY RECORDS, THE CENTER LINE OF SAID RIGHT-OF-WAY BEING DESCRIBED IN SAID DEED AS EXTENDING FROM A POINT 2641 FEET NORTH OF THE ¼ SECTION CORNER ON THE SOUTH LINE OF SAID SECTION, NORTHWESTERLY TO A POINT 31.84 FEET EAST OF THE NORTHWEST CORNER OF SAID SECTION 13.

PARCEL 11: APN: 311-050-008

THAT PORTION OF THE EAST ½ OF SECTION 13, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF LYING WEST OF THE WESTERLY LINE OF THE RIGHT-OF-WAY FOR THE ATCHISON, TOPEKA AND SANTA FE RAILROAD.

EXCEPTING THEREFROM THAT PORTION OF SAID SECTION 13 LYING SOUTHERLY AND WESTERLY OF THE NORTHEASTERLY LINE OF THAT CERTAIN STRIP OF LAND (100 FEET IN WIDTH) BEING 50 FEET ON EACH SIDE OF A STRAIGHT LINE, THE STARTING POINT OF WHICH IS ON THE SOUTH LINE OF SAID SECTION 13, 50 FEET WEST OF THE SOUTHEAST CORNER OF SAID SECTION AND EXTENDING NORTHWESTERLY IN A STRAIGHT LINE TO THE CENTER OF SAID SECTION, AS GRANTED TO DEER CREEK STORM WATER DISTRICT OF TULARE AND KINGS COUNTIES, BY DEEDS RECORDED IN BOOK

Case 5:20-cv-04003-CJW-MAR    Document 33-4    Filed 06/22/20    Page 9 of 12

174, PAGE 220 AND IN BOOK 211, PAGE 440 OF DEEDS AS RIGHT-OF-WAY FOR LEVEE.

ALSO EXCEPTING AN UNDIVIDED ½ INTEREST IN AND TO ALL OIL, GAS, AND OTHER HYDROCARBON AND MINERALS NOW OR AT ANY TIME HEREAFTER SITUATED THEREIN AND THEREUNDER, TOGETHER WITH ALL RIGHTS NECESSARY OR CONVENIENT FOR THE PRODUCTION, STORAGE, AND TRANSPORTATION THEREOF AND THE EXPLORATION AND TESTING OF THE SAID REAL PROPERTY AND ALSO THE RIGHT TO DRILL FOR, PRODUCE, AND USE WATER FROM THE SAID REAL PROPERTY IN CONNECTION WITH DRILLING OR MINING OPERATIONS THEREON, AS EXCEPTED AND RESERVED IN THE DEED FROM PETE HILARIDES AND ALICE HILARIDES, HIS WIFE, DATED AUGUST 2, 1952 AND RECORDED AUGUST 25, 1952 IN BOOK 1465, PAGE 173 OF OFFICIAL RECORDS.

PARCEL 12: APN: 311-050-002

THAT PORTION OF THE NORTHWEST ¼ OF SECTION 13, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF LYING NORTHERLY AND EASTERLY OF THE NORTHEASTERLY LINE OF THE RIGHT-OF-WAY FOR LEVEE (100 FEET WIDE) CONVEYED BY FRED G. PICKERING AND WIFE TO THE STORM WATER DISTRICT OF TULARE AND KINGS COUNTIES (A CORPORATION), BY DEED DATED DECEMBER 2, 1911 AND RECORDED IN BOOK 152, PAGE 150 OF DEEDS.

EXCEPTING THEREFROM ALL OIL, GAS, AND MINERALS LOCATED IN AND UNDER SAID LAND; TOGETHER WITH THE RIGHT OF ENTRY AS RESERVED BY GEORGE A. BENHAM, ET UX IN DEED RECORDED DECEMBER 14, 1973 IN BOOK 3288, PAGE 210 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM THAT PORTION OF SAID SECTION 13, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN LYING SOUTHERLY AND WESTERLY OF THE SOUTHWESTERLY LINE OF THE RIGHT-OF-WAY FOR LEVEE (100 FEET WIDE) CONVEYED TO THE STORM WATER DISTRICT OF TULARE AND KINGS COUNTIES (A CORPORATION), BY DEED DATED DECEMBER 2, 1911 AND RECORDED IN BOOK 152, PAGE 150 OF DEEDS, RECORDS OF SAID COUNTY; THE CENTER LINE OF SAID RIGHT-OF-WAY BEING DESCRIBED IN SAID DEED AS EXTENDING FROM A POINT 2641 FEET NORTH OF THE ¼ SECTION CORNER OF SAID SOUTH LINE OF SAID SECTION, NORTHWESTERLY TO A POINT 31.84 FEET EAST OF THE NORTHWEST CORNER OF SAID SECTION 13.

PARCEL 13: (A PORTION OF 311-080-002)

THE NORTHWEST ¼ OF SECTION 24, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM 40% OF ALL OIL, GAS, AND OTHER HYDROCARBON SUBSTANCES IN SAID PROPERTY, AS RESERVED BY GEORGE TRUMAN PARKER, ET AL IN DEED RECORDED DECEMBER 17, 1951 IN BOOK 1557, PAGE 593 OF OFFICIAL RECORDS.

ALSO EXCEPTING 30% OF ALL OIL, GAS, AND MINERALS THEREUNDER, AS RESERVED BY FALCONER E. CAMPBELL, ET UX IN DEED RECORDED APRIL 17, 1952 IN BOOK 1589, PAGE 644 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 30% OF ALL OIL, GAS AND MINERALS THEREUNDER, AS RESERVED BY FLORENCE FIELD ALLEN BY DEED DATED MARCH 29, 1977.

(A PORTION OF 311-080-002)

A.P.N.: **311-050-001**  Grant Deed - continued  File No.:**5405-2080334 (SS)**
Date: **07/13/2006**

THE WEST ½ OF THE NORTHEAST ¼ OF SECTION 24, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM 40% OF ALL OIL, GAS, AND OTHER HYDROCARBON SUBSTANCES IN SAID PROPERTY, AS RESERVED BY GEORGE TRUMAN PARKER, ET AL IN DEED RECORDED DECEMBER 17, 1951 IN BOOK 1557, PAGE 593 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 30% OF ALL MINERALS THEREUNDER, AS RESERVED BY FALCONER E. CAMPBELL, ET UX IN DEED RECORDED APRIL 17, 1952 IN BOOK 1589, PAGE 644 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 30% OF ALL OIL, GAS, AND MINERALS THEREUNDER, AS RESERVED BY FLORENCE FIELD ALLEN BY DEED DATED MARCH 29, 1977.

PARCEL 14: (311-080-009)

THE NORTHEAST ¼ OF THE NORTHEAST ¼ OF SECTION 24, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM 50% OF ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, AS EXCEPTED AND RESERVED BY W.L. BARBIAN AND V.L. BARBIAN (HUSBAND AND WIFE), BY DEED DATED AUGUST 27, 1979.

PARCEL 15: APN: 311-070-42 PORTION AND 311-070-015

LOTS 215, 216, 249, AND 250 OF THE SECOND HOME EXTENSION COLONY IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7, PAGE 32 OF MAPS OF TULARE COUNTY RECORDS.

PARCEL 16: APN: 311-070-035

LOTS 222, 223, 224 AND 225 OF SECOND HOME EXTENSION COLONY, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7, PAGE 32 OF MAPS OF TULARE COUNTY RECORDS.

EXCEPTING THEREFROM AN UNDIVIDED ½ INTEREST IN ALL OIL, GAS, AND/OR MINERALS IN AND UNDER SAID LANDS; TOGETHER WITH RIGHTS INCIDENTAL TO THE DEVELOPMENT OF THE SAME, THERETOFORE CONVEYED TO CALIFORNIA LANDS, INC. (A CORPORATION), BY DEEDS DATED DECEMBER 15, 1934, JULY 15, 1935, AND MAY 14, 1936 AND RECORDED DECEMBER 27, 1934, JULY 19, 1935, AND MAY 26, 1936 IN BOOK 601, PAGE 477, BOOK 636, PAGE 139 AND IN BOOK 685, PAGE 112 (RESPECTIVELY) OF OFFICIAL RECORDS.

PARCEL 17: APN: 311-070-016 & 311-140-004

LOTS 247, 248, 261, AND 262 OF SECOND HOME EXTENSION COLONY IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7, PAGE 32 OF MAPS OF TULARE COUNTY RECORDS.

EXCEPTING THEREFROM SAID LOTS 247 AND 262, AN UNDIVIDED ½ OF ALL OIL, GAS, AND MINERAL RIGHTS, AS RESERVED BY Z.C. MATHIS IN DEED DATED DECEMBER 13, 1923 AND RECORDED IN BOOK 4346, PAGE 169 OF OFFICIAL RECORDS.

ALSO EXCEPTING FROM SAID LOTS 248 AND 261 ALL THE OIL, GAS, AND OTHER HYDROCARBONS AND MINERALS NOW OR AT ANY TIME THEREAFTER SITUATED THEREIN AND THEREUNDER AND FROM LOTS 247 AND 262, AN UNDIVIDED ½ INTEREST IN ALL OF THE OIL, GAS, AND OTHER HYDROCARBONS AND MINERAL NOW OR AT ANY TIME HEREAFTER SITUATED THEREIN AND THEREUNDER BEING THE ½ INTEREST NOT HERETOFORE RESERVED UNTO C.R. CLARK AND ELLA CLARK (AS ABOVE SETFORTH), AS RESERVED BY OCCIDENTAL LIFE INSURANCE COMPANY (A CORPORATION) IN DEED RECORDED APRIL 20, 1943 AS DOCUMENT NO. 7989 IN BOOK --, PAGE -- OF OFFICIAL RECORDS.

PARCEL 18: APN 311-070-046

LOT 227 OF SECOND HOME EXTENSION COLONY, IN THE COUNTY OF TULARE STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7, PAGE 32 OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM 50% OF ALL OIL, GAS, MINERALS AND HYDROCARBON SUBSTANCES IN, ON OR UNDER SAID LAND AS RESERVED BY WENDELL L. NICKELL AND MARCIA D. NICKELL, HUSBAND AND WIFE, THEIR HEIRS AND ASSIGNS, IN DEED RECORDED DECEMBER 27, 1985, IN VOLUME 4376, PAGE 596 OF OFFICIAL RECORDS.

PARCEL 19: APN 311-070-011

THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 22, TOWNSHIP 23 SOUTH, RANGE 23 EAST, MOUNT DIABLO BASE AND MERIDIAN IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ONE-HALF OF ALL OIL, GAS, AND MINERALS IN SAID LAND AS EXCEPTED IN THE DEED FROM JAMES A. LAW (THE DULY APPOINTED, QUALIFIED, AND ACTING ADMINISTRATOR WITH WILL ANNEXED OF THE ESTATE OF JOHN K. LAW[DECEASED]) RECORDED DECEMBER 3, 1946 IN BOOK 1226, PAGE 82 OF OFFICIAL RECORDS.