IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,** <br><br> Plaintiffs, <br><br> v. <br><br> **Ryan Lizza** and **Hearst Magazine Media, Inc.,** <br><br> Defendants. | Case No. 5:20-cv-04003-CJW-MAR <br><br> **Defendants' Motion for Leave to File Overlength Brief in Support of Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)** |

Defendants Hearst Magazine Media, Inc. ("Hearst") and Ryan Lizza ("Lizza") (collectively "Defendants"), pursuant to Local Rule 7, request leave to file their overlength Brief in Support of Their Motion to (i) dismiss the Amended Complaint filed in this case by Plaintiffs NuStar Farms, LLC ("NuStar"), Anthony Nunes, Jr. ("Anthony Jr."), and Anthony Nunes, III ("Anthony III"), *see* ECF No. 28 (the "Amended Complaint"), pursuant to Fed. R. Civ. P. 12(b)(6).

1. The text of Defendants' Brief will run an estimated 35 pages in length (excluding the table of contents, table of authorities, signature, and certificate of service).

2. Defendants believe good cause exits for granting the requested leave because the additional pages are necessary to address all 14 allegedly defamatory statements and one allegedly defamatory implication presented in the Amended Complaint. Further, Defendants' motion to dismiss presents an issue of first impression in the federal courts of the Eighth Circuit, and Defendants believe that the Court will benefit from thorough briefing on this novel question.

3. Defendants submit that the interests of justice and judicial efficiency would be served by permitting the filing of this overlength Brief.

1

4. The granting of this Motion will assist Defendants and the Court and will not prejudice Plaintiffs.

5. In accordance with Local Rule 7(k), counsel for Defendants conferred with counsel for Plaintiffs and has been informed that Plaintiffs do not resist this motion so long as they be given the same consideration with respect to an overlength resistance brief. Defendants consent to Plaintiffs submitting an overlength resistance brief up to 35 pages in length.

6. In accordance with Local Rule 7(h), Defendants have attached their Brief in Support of Their Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) hereto as Exhibit "A."

WHEREFORE, Defendants respectfully request they be granted permission to file the attached overlength Brief in Support of Their Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P.12(b)(6), and that the Court order the Clerk to detach and file the attached Brief as contemplated in Local Rule 7(h).

*[signature block on next page]*

June 22, 2020

**Ryan Lizza and Hearst Magazine Media, Inc.,
Defendants**

By: /s/ Jonathan R. Donnellan
Jonathan R. Donnellan, *Lead Counsel*\*
  *jdonnellan@hearst.com*
Ravi V. Sitwala\*
  *rsitwala@hearst.com*
Nathaniel S. Boyer\*
  *nathaniel.boyer@hearst.com*
THE HEARST CORPORATION
Office of General Counsel
300 West 57th Street
New York, New York 10019
Telephone: (212) 841-7000
Facsimile: (212) 554-7000
*\*Admitted Pro Hac Vice*

Michael A. Giudicessi
  *michael.giudicessi@faegrebd.com*
Nicholas A. Klinefeldt
  *nick.klinefeldt@faegrebd.com*
Susan P. Elgin
  *susan.elgin@faegrebd.com*
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

*Attorneys for Defendants*

## Certificate of Service

      The undersigned certifies that a true copy of **Defendants' Motion for Leave to File Overlength Brief in Support of Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)** was served upon the following parties through the court's CM/ECF electronic filing system on June 22, 2020.

                                                                /s/ Jonathan R. Donnellan

Copy to:

Joseph M. Feller
 *jfeller@kkfellerlaw.com*

Steven S. Biss
 *stevenbiss@earthlink.net*

*Attorneys for Plaintiff*