IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | |
|---|---|
| NUSTAR FARMS, LLC et al<br><br>Plaintiffs,<br><br>v.<br><br>RYAN LIZZA et al<br><br>Defendants. | Case 5:20-cv-04003-CJW-MAR |

# PLAINTIFFS' UNRESISTED MOTION TO EXTEND DEADLINES FOR FILING RESISTANCES TO DEFENDANTS' MOTIONS

Plaintiffs, NuStar Farms, LLC, Anthony Nunes, Jr. and Anthony Nunes, III ("Plaintiffs"), by counsel, pursuant to Local Rule ("LR") 7, respectfully moves the Court to extend the deadlines for filing their resistances and memoranda in opposition to the motion to dismiss amended complaint [*ECF No. 33*] and motion to stay discovery and for a protective order [*ECF No. 35*] filed by Defendants, Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants").

1. This Motion is unresisted.

2. On April 22, 2020, the Court entered a Scheduling Order and Discovery Plan in this case. [*ECF No. 24*]. The Scheduling Order and Discovery Plan establishes deadlines, *inter alia*, for the disclosure of experts and the completion of discovery.

    a. Plaintiff's expert disclosure is due August 10, 2020;

b. All discovery must be completed by January 11, 2021.

3. On April 23, 2020, the Court entered a Trial Management Order ("TMO") in this case. [*ECF No. 25*]. The TMO sets the trial date (August 9, 2021) and the date of the final pretrial conference (July 26, 2021). No party requested a continuance of the trial date within 14 days of entry of the TMO. Accordingly, "no continuance of the trial date will be granted except for exceptional cause."

4. On May 12, 2020, the Court entered an Order [*ECF No. 27*] that denied defendants' motion to dismiss under Rule 12(b)(6) with leave to refile. The Court granted defendants' motion for a more definite statement. The Court granted Plaintiffs 14 days to "file an amended complaint specifically identifying the facts in the contested article they allege are false, and to allege facts which, if proven, would show those facts to be false."

5. On May 24, 2020, Plaintiffs filed an amended complaint and more definite statement in accordance with the Court's May 12 Order.

6. On May 29, 2020, Plaintiffs served Defendant Lizza with a request for production of documents. On June 2, 2020, Plaintiff served Defendant Hearst with a request for production of documents. Plaintiff have also issued four (4) subpoenas for documents on third-parties pursuant to Rule 45 of the Federal Rules of Civil Procedure.

7. On June 22, 2020, Defendants filed a motion to dismiss Plaintiffs' amended complaint and more definite statement. [*ECF No. 33*]. Defendants also filed a motion to stay discovery. [*ECF No. 35*].

8. Plaintiffs intend to resist both of the Defendants' motions.

9. The existing date or deadline for Plaintiffs to file their resistances to the Defendants' motions is July 6, 2020.

10. Plaintiffs request an additional seven (7) days – or until July 13, 2020 – to file their resistances. Plaintiffs' lead counsel (Mr. Biss) will be away from the office with family from July 1 through July 5 for the Independence Day Holiday.

11. The deadline for Plaintiffs to file their resistances has not been continued or extended previously.

12. The undersigned counsel for Plaintiffs has conferred in good faith with counsel for Defendants pursuant to Local Rule 7(k). Defendants consent to this Motion.

## **CONCLUSION**

For the reasons stated above, Plaintiffs respectfully request the Court to grant their unresisted motion and extend the deadline for Plaintiffs to file their resistances to Defendants' motion to dismiss amended complaint and motion to stay discovery to and including July 13, 2020.

DATED: June 30, 2020

Signature of Counsel on Next Page

NUSTAR FARMS, LLC
ANTHONY NUNES, JR.
ANTHONY NUNES, III


By: */s/ Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone:   (804) 501-8272
      Facsimile:    (202) 318-4098
      Email:        stevenbiss@earthlink.net
      (*Admitted Pro Hac Vice*)

      Joseph M. Feller, Esquire
      (Iowa State Bar No. AT0002512)
      Koopman, Kennedy & Feller
      823 3rd Avenue
      Sibley, Iowa 51249
      Telephone:   (712) 754-4654
      Facsimile:    (712) 754-2507
      jfeller@kkfellerlaw.com

      *Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Joseph M. Feller, Esquire
(Iowa State Bar No. AT0002512)
Koopman, Kennedy & Feller
823 3rd Avenue
Sibley, Iowa 51249
Telephone: (712) 754-4654
Facsimile: (712) 754-2507
jfeller@kkfellerlaw.com

*Counsel for the Plaintiffs*