# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR.; ANTHONY NUNES, III; NUSTAR FARMS, LLC,<br>Plaintiffs,<br>vs.<br>RYAN LIZZA; HEARST MAGAZINE MEDIA, INC.,<br>Defendants. | **HEARING MINUTES**  Sealed: No<br>Case No.: 20-CV-4003<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Graham Carl<br>Official Court Record: Sarah Dittmer  Contract? yes<br>Contact Information: reportingwhereur@yahoo.com |

| Date: | 7/23/2020 | Start: | 1:00 p.m. | Adjourn: | 2:47 p.m. | Courtroom: | Courtroom 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Steven Biss | | | | | | |
| | | Defendant(s): | Jonathan Donnellan, Nathaniel Boyer, Ravi Sitwala, Nicholas Klinefeldt | | | | | | |
| | | U.S. Probation: | N/A | | | | | | |
| | | Interpreter: | N/A | | Language: | | Certified: | | Phone: |
| **TYPE OF PROCEEDING:** | | **MOTION HEARING** | | | | | | | |
| | | | | | | Contested? | Yes | Continued from a previous date? | No |
| **MOTION:** | 1. | Motion to Dismiss Amended Complaint | | | | | | Doc. # | 33 |
| | Ruling: | Reserved | | | | | | Order to follow? | Yes |
| | | **Witness/Exhibit List is** | | N/A | | | | | |
| | | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | | | | |
| | | **Miscellaneous:** | | The Court heard argument from counsel on the defendants' motion to dismiss. | | | | | |