IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | | |
|---|---|---|
| NUSTAR FARMS, LLC *et al* | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. C20-4003-CJW-MAR |
| RYAN LIZZA *et al* | ) ) ) ) | **REQUEST FOR EXPEDITED RELIEF PURSUANT TO LR 7(i)** |
| Defendants. | ) ) ) | |

# PLAINTIFFS' RESISTED MOTION TO COMPEL DISCOVERY

Plaintiffs, NuStar Farms, LLC, Anthony Nunes, Jr. and Anthony Nunes, III ("Plaintiffs"), by counsel, pursuant to Rules 37(a)(3)(B) and 37(a)(5) of the Federal Rules of Civil Procedure and Local Civil Rules ("LR") 7 and 37, respectfully move the Court to compel discovery from Defendants, Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants") and to award Plaintiffs their reasonable expenses incurred in making the motion, including attorney's fees.

A copy of the disputed discovery requests and Defendants' responses is attached as *Exhibits "A" and "B"*.

The reasons and bases of this Motion are stated in the accompanying Brief, attached as *Exhibit "C"*.

A proposed Protective Order is attached as *Exhibit "D"*.

## Certification

The parties, by counsel, have personally conferred in good faith by telephone and via email in an effort to resolve the discovery disputes without Court action.

In accordance with Local Rule 37(a). the Declaration of Counsel for Plaintiffs is attached as *Exhibit "E"*.

## CONCLUSION AND REQUEST FOR RELIEF

For the reasons stated above, Plaintiffs respectfully request the Court to grant their Motion to Compel and award their attorney's fees incurred in making this motion.


DATED: November 18, 2020

        NUSTAR FARMS, LLC
        ANTHONY NUNES, JR.
        ANTHONY NUNES, III


By: */s/ Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone: (804) 501-8272
        Facsimile: (202) 318-4098
        Email: stevenbiss@earthlink.net
        (*Admitted Pro Hac Vice*)

        Joseph M. Feller, Esquire
        (Iowa State Bar No. AT0002512)
        Koopman, Kennedy & Feller
        823 3rd Avenue
        Sibley, Iowa 51249
        Telephone: (712) 754-4654
        Facsimile: (712) 754-2507
        jfeller@kkfellerlaw.com

        *Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Joseph M. Feller, Esquire
(Iowa State Bar No. AT0002512)
Koopman, Kennedy & Feller
823 3rd Avenue
Sibley, Iowa 51249
Telephone: (712) 754-4654
Facsimile: (712) 754-2507
jfeller@kkfellerlaw.com

*Counsel for the Plaintiffs*