IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | | |
|---|---|---|
| NUSTAR FARMS, LLC *et al* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. C20-4003-CJW-MAR |
| | ) ) | **REQUEST FOR EXPEDITED** |
| RYAN LIZZA *et al* | ) ) | **RELIEF PURSUANT TO LR 7(i)** |
| | ) ) | |
| Defendants. | ) ) | |

# DECLARATION OF STEVEN S. BISS

Steven S. Biss states and deposes as follows, under penalty of perjury:

1. I am over 21 years of age and otherwise competent to make this Declaration. I have personal knowledge of the statements contained herein. The statements in this Declaration are accurate to the best of my knowledge, information and belief.

2. I am lead counsel for Plaintiffs in this action.

3. I make this Declaration pursuant to Local Civil Rule 37(a). I certify that counsel for Plaintiffs, in good faith, has conferred personally with counsel for the Defendants in an attempt to resolve or narrow by agreement the issues raised by Plaintiffs' motion to compel discovery. The lawyers have been unable to reach an agreement.

1

4. On November 4, 2020, counsel for Plaintiffs emailed counsel for the Defendants about Plaintiffs' concerns with Lizza and Hearst's discovery responses. Defendants' counsel was not available for a telephone conference until November 10, 2020. During that call, little to no progress was made. Defendants promised to review the matter, give it some thought, and promised to produce certain documents, but offered no firm date for any production. Defendants' counsel pointed out that Mr. Lizza was very busy. Defendants' counsel also promised to review and provide comments on a proposed Stipulated Protective Order ("SPO") prepared by Plaintiffs' counsel. However, on November 13, 2020, Defendants' counsel rejected Plaintiffs' proposed SPO. To date, Defendants have produced no documents and, although they have been withholding documents since September 25, 2020, Defendants have failed to provide a privilege list that complies with Rule 26(b)(5).

Further the affiant saith not.

In accordance with 28 U.S.C. § 1746, I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Executed in Charlottesville, Virginia, on November 18, 2020.

/s/ *Steven S. Biss*
STEVEN S. BISS