IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,** | Case No. 5:20-cv-04003-CJW-MAR |
| Plaintiffs, | **[Proposed] Amended Scheduling Order and Discovery Plan** |
| v. | |
| **Ryan Lizza** and **Hearst Magazine Media, Inc.,** | |
| Defendants. | |

Pursuant to Magistrate Judge Roberts's November 24, 2020 Order (ECF No. 55), Defendants Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants"), have conferred with counsel for NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III ("Plaintiffs") and, by and through their undersigned counsel, file this Proposed Amended Scheduling Order and Discovery Plan.

This filing sets forth Defendants' understanding of the parties' positions on the proposed case schedule. Except where indicated, the parties have agreed on the dates set forth below. Defendants do not file this notice "jointly" because, as of the time of this filing, Plaintiffs' counsel has not stated that Plaintiffs join in this filing.

*I.* *INTRODUCTION:* This Order supersedes the Scheduling Order and Discovery Plan entered by the Court on April 22, 2020 (ECF No. 24), and sets forth the deadlines now applicable to this case. The Court expects the parties to adhere strictly to all deadlines specified in this Order. A party who elects to represent himself/herself is held to the same deadlines as an attorney.

*II.* *DEADLINES:*

    *A.* Initial disclosures: Closed (The parties served initial disclosures in April 2020);

- **B.** Motions to add parties: Closed (The parties stipulate that no additional parties are necessary);

- **C.** Motions to amend pleadings: N/A. (The parties anticipate no need to further amend pleadings. Plaintiffs reserve the right to seek leave pursuant to Rule 15(b)(1-2) and Rule 15(d) to amend their second amended complaint to conform to the evidence produced by Defendants in discovery and the evidence adduced at trial)

- ***D.*** ***Expert witness disclosures:***
    1. Plaintiffs' expert(s): December 28, 2021
    2. Defendants' expert(s): February 25, 2021
    3. Plaintiffs' rebuttal expert(s): March 25, 2021

- **E.** Completion of discovery: PLAINTIFFS' PROPOSAL: May 25, 2021
  DEFENDANTS' PROPOSAL: August 2, 2021

- **F.** Dispositive motions: PLAINTIFFS' PROPOSAL: June 25, 2021
  DEFENDANTS' PROPOSE: September 3, 2021

- **G.** Trial ready date: PLAINTIFFS' PROPOSAL: November 25, 2021
  DEFENDANTS' PROPOSAL: February 7, 2022

- **H.** Jury Trial Demanded

- **I.** Estimated length of trial: 5 days.

### III. CONSENT:

The parties unanimously consent to trial, disposition, and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3).

_____ Yes \_\_X\_\_\_\_ No

### IV. REQUESTS FOR HEARINGS:

The Court encourages participation in the conduct of hearings on motions by lawyers who drafted or contributed to the motion or resistance and/or preparation for the hearing. A representation that the argument on motions will be handled, in whole or in part, by the lawyer(s) who drafted or contributed to the motion or resistance may weigh in favor of granting a hearing.

**IT IS SO ORDERED** this ___ day of December, 2020.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa

[signature of submitting counsel on the next page]

Respectfully Submitted,

**Ryan Lizza and Hearst Magazine Media, Inc., Defendants**

By: /s/ Nathaniel S. Boyer
Jonathan R. Donnellan, *Lead Counsel*\*
 *jdonnellan@hearst.com*
Ravi V. Sitwala\*
 *rsitwala@hearst.com*
Nathaniel S. Boyer\*
 *nathaniel.boyer@hearst.com*
Sarah S. Park\*
 *sarah.park@hearst.com*
Nina Shah\*
 *nina.shah@hearst.com*
The Hearst Corporation
Office of General Counsel
300 West 57th Street
New York, New York 10019
Telephone: (212) 841-7000
Facsimile: (212) 554-7000
\**Admitted Pro Hac Vice*

By:  /s/ Michael A. Giudicessi
Michael A. Giudicessi
 *michael.giudicessi@faegredrinker.com*
Nicholas A. Klinefeldt
 *nick.klinefeldt@faegredrinker.com*
Susan P. Elgin
 *susan.elgin@faegredrinker.com*
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

*Counsel for Defendants*

## Certificate of Service

The undersigned certifies that a true copy of **Proposed Amended Scheduling Order and Discovery Plan** was served upon the following parties through the Court's CM/ECF electronic filing system on December 1, 2020.

                                                         /s/ Nathaniel S. Boyer

Copy to:

Joseph M. Feller
 *jfeller@kkfellerlaw.com*

Steven S. Biss
 *stevenbiss@earthlink.net*

*Attorneys for Plaintiff*