1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF IOWA
2                     WESTERN DIVISION

3  ANTHONY NUNES, JR.,                    )
   ANTHONY NUNES III,                     )
4  AND NUSTAR FARMS, LLC,                 )
                                          )
5              Plaintiffs,                )
                                          )
6      VS.                                )    20-CV-4003
                                          )
7  RYAN LIZZA AND HEARST MAGAZINE         )
   MEDIA, INC.,                           )
8                                         )
               Defendants.                )
9

10

11                      *  *  *  *  *

12

13                  STATUS CONFERENCE,

14        HELD BEFORE THE HON. MARK A. ROBERTS,

15  on the 21st day of January, 2021, at 111 Seventh Avenue

16  S.E., Cedar Rapids, Iowa, commencing at 9:00 a.m., and

17  transcribed from an audio recording by Patrice A. Murray,

18  Certified Shorthand Reporter.

19

20  Transcript Ordered:  1/25/21
    Transcript Completed:  2/8/21
21

22

23            Patrice A. Murray, CSR, RMR, FCRR
                      Court Reporter
24                     PO Box 10541
                 Cedar Rapids, Iowa 52410
25             PAMurrayReporting@gmail.com

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 1 of 48

1                    APPEARANCES:

2   ATTORNEY STEVEN SCOTT BISS, Law Office of Steven S. Biss,
    300 West Main Street, Suite 102, Charlottesville,
3   Virginia 22903, appeared on behalf of the Plaintiffs.

4
    ATTORNEYS SARAH PARK, JONATHAN R. DONNELLAN, NATHANIEL S.
5   BOYER, AND NINA N. SHAH, The Hearst Corporation, 300 West
    57th Street, 40th Floor, New York, New York 10019,
6   appeared on behalf of the Defendants.

7   ATTORNEY MICHAEL A. GIUDICESSI, Faegre Drinker Biddle &
    Reath, 801 Grand Avenue, 33rd Floor, Des Moines,
8   Iowa 50309, appeared on behalf of the Defendants.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Contact Patrice Murray at PAMurrayReporting@gmail.com
for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 2 of 48

```
1        (The following transcript was prepared from an audio

2   recording.)

3                        *  *  *  *  *

4        (The following proceedings were held in open court.)

5            THE COURT:  Good morning.  The case before the

6   Court is Nunes versus Ryan Lizza and Hearst Magazine

7   Media, number 20-CV-4003.  The matter comes on for a

8   status conference.  I understand for the plaintiff

9   Mr. Biss is here.

10       Are you there, Mr. Biss?

11           MR. BISS:  Yes, sir, I am, Judge.  Good

12   morning.

13           THE COURT:  Good morning.

14       For the defendants, I understand we have a group of

15   people.  And I'll just read the names that I have.  We

16   have Mr. Donnellan, Mr. Giudicessi, Mr. Boyer, Ms. Shah,

17   and Ms. Park.  Did I miss anybody?  Hearing --

18           MS. PARK:  I believe that's everyone, Your

19   Honor.  This is Sarah Park, and I'll be handling -- I

20   think I'll be handling the vast majority of the argument.

21   And to the extent I need to call on a colleague, I may do

22   so, but I'll try to address all the issues as well.

23           THE COURT: All right.  Thank you.  Speaking of

24   trying to address all the issues, thank you for your

25   letters.  I've reviewed them, and I guess the first thing
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 3 of 48

1    I'll observe is that despite that this is a high-profile

2    and contentious litigation, I'm a glass-is-half-full sort

3    of guy.  And I think I see some efforts, real efforts, on

4    the part of the parties to at least try to narrow the

5    issues and resolve things among themselves, which I am

6    glad to see.

7         I appreciate the defendants' suggestion that maybe

8    more regular status conferences would be helpful.  I'm

9    familiar with Judge Adams's order.  I may take a look at

10   that and adopt something somewhat similar to that in

11   terms of giving us notice of what issues, if any, prior

12   to the next status conference we need to do, but we'll

13   probably have a status conference in about a month, just

14   to make sure we keep things on track.

15        Looking at the letters, again, it looks like you've

16   narrowed down the issues.  There's either two issues

17   or -- according to the plaintiff, but there maybe a few

18   more issues according to the defendants, or at least

19   things that they want to touch on.  So starting with the

20   defendants' letter, the first thing I identified is that

21   there are a couple of agreements that the parties wanted

22   to confirm, or at least the defendants wanted to confirm

23   on the record.  The first being that plaintiffs represent

24   they will produce all categories of documents responsive

25   to defendants' requests for the time period of 2006 to

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 4 of 48

```
1    the present day.  Plaintiff will also agree not to redact
2    any nonprivileged information, including personal
3    identifying information, such as Social Security numbers,
4    addresses, and the like from their of productions, and
5    they state they have not produced a privilege log because
6    they have not withheld or redacted privileged
7    information.
8         Mr. Biss, does that accurately state the parties'
9    agreement?
10         MR. BISS:  Everything except one point, Judge.
11   I just want to be clear on the time period, and I pointed
12   this out to counsel in an e-mail as well and in the --
13   our last meet and confer.  So there may be doc -- so this
14   time period is a long time period, 2006 all the way to
15   the present.  So we may not have documents as part of our
16   routine document retention policies.  We may not have
17   documents that go back as far as 2006.  And what I told
18   my colleagues was we'll produce everything we have.
19   We've objected and we've preserved the objection as to
20   the relevance of the document that may have been created
21   in 2006.  We've -- as I pointed out to Your Honor on the
22   last call, we don't see how that has any bearing on
23   whether or not there was undocumented workers knowingly
24   used in 2018 or whatever time period Mr. Lizza is writing
25   about in the article at issue.
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 5 of 48

```
 1        But having said all that, we've noted our objection.
 2   We've agreed to produce every employment record and other
 3   record that we have in our possession or control for
 4   every -- for the entire time period.  But I just want to
 5   be clear with Your Honor, and as I pointed out to my
 6   colleagues, that if we don't have a document, you know,
 7   if we don't have documents for '06 and '07, if our
 8   documents are only retained for a time period, let's say,
 9   2013 to the present -- we're going to produce everything
10   we have, but I don't want to be criticized and I don't
11   want to hear opposing counsel say to me, "Well, where are
12   the rest of the documents?"  The answer is, they don't
13   exist.  We don't have them.  We didn't retain them
14   because of our normal document retention policies.
15        So I just -- that's the only caveat that I wanted to
16   bring to Your Honor's attention.  The other two points
17   are completely agreed.
18             THE COURT:  Thank you, Mr. Biss.
19        Is that agreeable, Ms. Park?
20             MS. PARK:  Yes, that's agreeable.  Thank you,
21   Your Honor.
22             THE COURT:  The next issue that I have on my
23   list here would be on the next page of the letter, an
24   agreement the defendants wanted to document here today,
25   that defendants have offered to produce the earliest
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 6 of 48

draft of the article by Lizza in their possession, the

final published draft of the article, and all editor's

notes or comments and related communications in between

the first and final drafts that do not disclose any

privilege communication, (indiscernible audio), or advice

provided by or requested from legal counsel subject to

plaintiffs' agreement that such production under the

counsel's eyes only or confidential provisions of the

protective order will resolve this discovery issue.

    That's the -- what the defendants wanted to confirm

today, is that right, Ms. Park?

        MS. PARK:  Yes, that's correct, and that was

our best understanding of our agreement in principle with

plaintiffs' counsel.

        THE COURT:  Is that agreeable, Mr. Biss?

        MR. BISS:  Judge, I'm not sure I understand it.

That's the -- that's the real issue.  I thought I

understood it, but when I read their letter to Your

Honor, I don't know that I really understand it.

Here's -- here's our position -- this is laid out in our

letter on pages 1 and 2.  So there are documents that

they have identified on the first privilege list

Mr. Lizza confirmed -- although he initially said he had

privilege documents, he then confirmed he has no

privilege documents.  He didn't produce a privilege list.

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 7 of 48

1   The first (indiscernible audio) -- and they've identified
2   ten documents on that privilege list that we contend are
3   not privileged.  Document 1 we believe is the -- the
4   initial draft of the article.  We believe that.  We don't
5   know that for certain, but we believe that, based on
6   communications that -- between counsel, that is not
7   really opposed.
8       So then there's another bunch of categories of
9   documents, documents 2 through 10.  And what I thought
10  the agreement was, is that each of those documents, 1
11  through 10, would be produced subject to the entry of an
12  order preserving the defendants' position that by
13  producing the documents, they're not waiving the
14  attorney-client privilege.  And I agree with all that.  I
15  agree that by producing the documents as counsel's eyes
16  only or confidential or however they want to produce
17  them, that does not constitute a waiver of the
18  attorney-client privilege.  I think on our meet and
19  confer, I confirmed that or I at least indicated that,
20  you know, I feel like the attorney-client privilege is
21  very important, so we do need to be cautious, and their
22  approach of asking Your Honor to -- to allow them to
23  produce the documents under the aegis of a court order
24  would I think facilitate their desire not to waive, and
25  it would also, obviously, facilitate my desire to get

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 8 of 48

1  copies of the documents.

2     So -- but I just don't -- now that I see their

3  letter, I'm not sure I really understand that that's what

4  they're going to do, I mean, because the letter suggests

5  that they -- they're going to produce the first draft and

6  any subsequent nonprivileged comments or notes.  Now, I'm

7  not sure what that means.  I'm not sure if they're still

8  taking the position that documents 2 through 10 are

9  privileged and they're not going to produce anything.  So

10  I just -- I just need some clarification from opposing

11  counsel or -- because I'm willing to accept the

12  stipulation, I think that's the way to go, and I think

13  that if the documents are produced under counsel's eyes

14  only, with a -- with a stipulation that they're not

15  waiving the attorney-client privilege, that's the way to

16  go, and the issue would be resolved.  But I -- I'm not --

17  I'm not sure the issue is resolved.

18      THE COURT:  Well, I think you're both in

19  agreement that the privilege would be preserved despite

20  the production, and I would order that that would be the

21  case.  I don't know how to move forward other than to

22  confirm this agreement at this point, have the production

23  occur, and then if there are still issues about it, the

24  parties could meet and confer and try to resolve them.

25  Is that satisfactory, Ms. Park?

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 9 of 48

```
1          MS. PARK:  Your Honor, if I may, certainly, we
2    have -- we had no intention of trying to be unclear in
3    our statement of the agreement, and, in fact, we thought
4    that the fact that Mr. Biss actually copied and pasted a
5    paragraph from my e-mail explaining that we would produce
6    the first draft or subsequent nonprivileged comments and
7    notes, we thought that we had a meeting of the minds.  So
8    I guess there are two issues here for what did we
9    actually agree to in principle.  It sounds like there may
10   be inadvertently some misunderstanding there.
11          Secondly, just on the substance of this issue, Your
12   Honor, we -- we would continue to object to producing
13   those listed documents on the log, and if Your Honor --
14   actually, defendants' counsel -- excuse me, plaintiffs'
15   counsel did attach the log to his letter to the Court.
16   And if Your Honor wanted to take a look at it, you can
17   see that we have described the documents on the log
18   (indiscernible audio) as best we can obviously without
19   waiving privilege, but you'll see that there are
20   confidential e-mail threads among lawyers listed in those
21   documents 2 through 10.  We've been very explicit
22   (indiscernible audio) specifically incorporate legal
23   advice, have comments from lawyers.  So we are really not
24   in a position to say that we can produce those documents
25   even with a court order, but obviously we -- we would
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 10 of 48

1  obey any court order that Your Honor were to enter, but

2  we just want to clarify that there are materials in here

3  that are unquestionably privileged.  The reason why we

4  asserted attorney-client privilege over the interim

5  drafts is because we're concerned that the privilege

6  advice -- lawyers were involved in the prepublication

7  process from relatively early on in the process, and so

8  we're concerned that the advice that was rendered -- the

9  communications with the lawyers are interwoven with the

10  draft, such that if you were to compare versions of the

11  draft, we, you know, may inadvertently waive privilege or

12  reveal legal advice, and, you know, we don't wish to do

13  that.  So we are really trying to with Mr. Biss reach a

14  reasonable compromise where we give him the earliest

15  drafts, and we are able to we think assemble the

16  nonprivileged comments from editors, Mr. Lizza, things

17  like that, and give those to him as well.  But -- but we

18  would continue to object to producing just the draft

19  wholesale.

20          THE COURT:  Okay.  To move this issue forward,

21  though, my suggestion is that under my order that the

22  attorney-client privileged are preserved, as Mr. Biss

23  agrees, that the defendants would produce what they

24  believe is responsive to that paragraph and that sentence

25  that I just read, Mr. Biss would look at those, and if

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 11 of 48

1 the dispute -- he disputes that you've produced what he

2 thinks is covered by that or he thinks that there's

3 additional things, then he would preserve that issue to

4 discuss with you later and bring to the Court's attention

5 if we needed to take it up further. But I don't know how

6 we get off dead center in a different way.

7         MS. PARK: Well, I think I understand. And I

8 apologize if I didn't earlier. We certainly -- if Your

9 Honor were to order that, the language that's in the

10 letter, we're -- we would comply with that, and we're

11 certainly willing to go from there and try to work this

12 out.

13         THE COURT: Does that work for you, Mr. Biss?

14         MR. BISS: Yeah, I agree wholly with that,

15 Judge. That may also allow us to avoid an issue; when I

16 look at these documents, it may just resolve it. So I

17 think your approach is practical and I agree with it.

18         THE COURT: Okay. Hopefully, that's enough on

19 that issue then. The next one that I see here involves

20 plaintiffs' refusal to provide interrogatory responses

21 identifying people who have worked for them. I think the

22 plaintiff should answer the interrogatories. It doesn't

23 seem to me that it's an adequate substitute in this case

24 just to identify documents that may not enable the

25 defendants to identify who worked -- who actually worked

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 12 of 48

for the defendant [sic] and when they worked for him, so
the plaintiffs should answer those interrogatories posed
to them.

MR. BISS:  Judge, may I (indiscernible audio)
be heard on that just briefly?  This is Steve Biss.

THE COURT:  Yes, yes.

MR. BISS:  Judge, we've produced all the
documents.  I'll just give you a play report.  You
haven't seen the documents.  They've been stamped
counsel's eyes only, but just as a flavor for what the
documents show, they identify every piece of evidence,
every piece of information that's responsive to the
interrogatory.  And so we produced them subject to Rule
33(d), which allows us to produce the business records
where the -- it's -- the answer is equally ascertainable
to both parties.

Now, we're dealing with 14 years, I think, or more
of employment records potentially, and, really, the
defendants are asking us to create charts for them and --
when they can do the same thing.  They can take employee
X, they can put him in the chart.  They can say here's
his address, put it in the chart.  Here's his Social
Security number, put it in the chart.  They can do all of
this exactly the same way I could do it.  And it
really -- so the burden is equal to both parties,

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 13 of 48

```
 1  absolutely equal.  And so the only thing I object to is
 2  creating charts for them.  I've given them every bit of
 3  information that they could possibly -- that exists for
 4  them to be able to answer the interrogatory based on the
 5  business records, and so that's the -- that's the nature
 6  of the objection here, is it's going to take a massive
 7  amount of time and effort for somebody to create charts
 8  for them.  And I just -- that's what the plaintiffs
 9  object to here.
10       It's not the production of the information, because
11  we're happy to produce it.  We're happy to produce it.
12  We've produced it, all of it that we have, except for
13  one year.  I think we're at now, one-and-a-half years,
14  '19 -- 2019 and the -- and -- two years.  I keep
15  forgetting we're in 2021.  So we have yet to produce and
16  we're gathering the documents now for '19, '20, and then
17  the part of 2021 that we're in right now.
18       But it's going to be the same, the same documents,
19  the same wage reports, the same payroll summaries, the
20  same categories of documents.  They all have exactly the
21  same information about each employee.  And, you know,
22  that's really what our position was.  I just -- it's just
23  a massive amount of work, Judge, and the burden -- I
24  mean, on this call, for instance, Your Honor, and the
25  calls that we've had, Your Honor can glean that it's me
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 14 of 48

```
 1   and Joe Feller, and on the other side of the coin
 2   representing the defendants there's a multitude, there's
 3   ten lawyers.  I mean, it would seem to me that it would
 4   be a lot easier for the defendants to do this work than
 5   it would be for two sole practitioners, to fill out all
 6   these charts, and then -- that's -- I appreciate Your
 7   Honor hearing me out on that.  That's all.
 8            THE COURT:  Ms. Park, why can't the defendants
 9   fill out the charts?  Is that information not available
10   from the documents that have been produced?
11            MS. PARK:  Well, Your Honor, there are two, I
12   think, important points that I'd like to make here.  I
13   think they're equally important, actually.  But the first
14   is that it's actually not true that Mr. Biss has produced
15   these documents.  He has not produced any documents that
16   are under a confidential or counsel's eyes only category.
17   We've received 350 pages that are nonconfidential that
18   are primarily articles about Devin Nunes and social media
19   posts, but we have not received the productions that he's
20   describing.  To be candid, I think there have been some
21   exchanges over the last few weeks that suggest Mr. Biss
22   may not fully understand -- I don't want to speak for
23   him, but, you know, the mechanics of producing documents,
24   I think there's been some perhaps misunderstanding there,
25   but I can tell Your Honor that he has not produced them
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 15 of 48

1  and we have not received them.

2          MR. BISS:  Judge --

3          THE COURT:  Let her finish.

4          MR. BISS:  I'm sorry, Judge.  I didn't mean to

5  cut her off.  Thank you.

6          MS. PARK:  Yeah, on January 14th, for example,

7  he did send us an e-mail saying he had instructed the

8  discovery vendor to release counsel's eyes only documents

9  to us.  You know, I don't know if that's what he's

10  referring to by a production, but we didn't then receive

11  any documents.  Then four days later he told us he had

12  instructed the vendor to stop the transfer of documents

13  to us.  So, you know, again, I'm not sure what the

14  earlier e-mail was, what he would consider the

15  production, but the bottom line is that we don't have

16  access to those.

17      The second and I think perhaps even more important

18  point, because I do eventually hope that we will receive

19  the documents, but even when we do receive the documents,

20  this is a case where plaintiffs are refusing to say in a

21  verified interrogatory response who worked for them and

22  how the plaintiffs know these individuals are authorized

23  to work in the United States.  This is plaintiffs'

24  defamation case and the sole (indiscernible audio)

25  defamation claim has to do with their knowledge.  It's

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 16 of 48

whether they have any knowledge as to whether their own
workers are undocumented. So we are asking them what
they know and they won't say. That's simply not
permitted under the rules. And the cases have
essentially harsh things to say about plaintiffs who try
to avoid answering questions about their own case. I
certainly appreciate that Mr. Biss, you know, may be
short-staffed, but this is an obligation that plaintiffs
have frankly brought upon themselves. These answers were
due at the end of November. We have met and conferred
multiple times since then. But the plaintiffs have made
clear, they've made clear again today, they don't intend
to answer those. And we would reserve the right to seek
appropriate sanctions for -- if we don't receive the
answers to the very basic question that goes to the
single claim that is in this case.

        THE COURT: Mr. Biss, I sense that you wanted
to respond.

        MR. BISS: I appreciate it, Judge. And, look,
I -- I'm -- I'm not going to respond to what sort of
appeared to me to be a couple of, you know, not really
appropriate comments. I'm not short-staffed. I'm a sole
practitioner. We -- my clients have never refused to
produce these documents. We want them produced because
they a thousand percent corroborate our position. The

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 17 of 48

1  documents were produced on the 14th.  I did instruct the

2  vendor, KLDiscovery, to release the documents to them.

3  And then an issue came up, an issue came up with my

4  inability to access their documents.  And so I instructed

5  KLD to the extent that they hadn't produced them

6  already -- and I guess I'm hearing for the first time

7  they don't have the counsel's eyes only documents, we'll

8  solve that problem today.  But this is -- this is the

9  first time I'm hearing that my instructions to KLD were

10 not followed, because I authorized them the same day that

11 the defendants produced their counsel's eyes only

12 documents to me on the 14th of January, I authorized the

13 same vendor to go ahead and release our documents to

14 them, through this secure vault process that we've agreed

15 to.

16     So the plaintiffs have never refused to produce

17 documents, not once.  I want that to be very clear to

18 Your Honor, that that is -- that's an inaccurate

19 statement.  We want the documents produced because the

20 documents show that every single one of our workers,

21 every single year, for as many years as there are

22 records, we have the documentation in our document

23 production -- the defendants will see every single

24 document that's required by law for every single

25 employee, and none of it is being withheld, none of it is

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 18 of 48

```
 1    being redacted, and none of it -- none -- there's been no
 2    attempt whatsoever, Judge, to put blinders on the
 3    defendants.  And so I do resist any effort by counsel to
 4    suggest that my clients have been -- have not been
 5    forthcoming in discovery.  And again, I will -- I will
 6    contact my project manager at KLD today and make sure
 7    that my instruction, which was given to them on the 14th,
 8    is followed today and that the defendants get the
 9    documents.
10         One other comment I want to make about the rest of
11    the document production.  It's not -- it's not as
12    Ms. Park suggested.  It's not that we have produced a
13    bunch of documents about Devin Nunes and what you.  What
14    we have produced in very clear fashion is all of the
15    documents that relate to this article.  I'll give Your
16    Honor one example.  So the article in the very beginning
17    talks about a secret, and the document also refers to a
18    *Wall Street Journal* article about Devin Nunes's -- the
19    Devin Nunes's farm in California, so we produced all
20    those documents because they're relevant to the article.
21    We went and we made copies of them.  We produced them
22    because they're relevant to the article.  And we produced
23    a whole bunch of other documents that are relevant to the
24    issues in this case.  And then we produced all of the --
25    in the counsel's eyes only, all the employment records,
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 19 of 48

 1   banking records, everything that they asked for that we
 2   have.  So I just want to be very clear with Your Honor
 3   that this is -- that this -- contrary to what Ms. Park
 4   was suggesting, this is not -- this is not in any stretch
 5   of the imagination a case where the plaintiffs refused to
 6   produce documents or that plaintiffs are trying to hide
 7   the ball, in any way, shape, or form.  That's never
 8   occurred, not once.

 9         Now, you know from the letter that I've sent to the
10   Court, we're missing a whole bunch of documents from the
11   defendants.  I assume we'll get to that at some point.
12   But here, Judge, the -- Ms. Park didn't really respond to
13   Your Honor's question, which was, you know, why would it
14   be difficult for the defendants, who are fully staffed
15   with all these lawyers and what have you, to have you do
16   the same chart that I'd have to do?  And the answer is,
17   it would not be -- it would be the same burden on both
18   parties.  And that's why I would suggest, respectfully,
19   that this is really a Rule 33(d) issue, just absolutely
20   on its face.

21         Again, the employment -- and I -- I want to say
22   this, I also appreciate that Ms. Park hasn't seen these
23   documents yet.  Once she sees these documents -- and this
24   is something I emphasized on a couple of the calls.  Once
25   she sees these documents, you go, "Oh, all right.  Well,

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 20 of 48

```
 1   I know here's employee 1," because they're actually all
 2   numbered, 1, 2, 3, 4, through 15 or through 20, and then
 3   the addresses, and then the Social Security numbers, and
 4   then everything, every bit of information they requested
 5   is on the actual face of the document.  If you look at a
 6   wage report, for instance, for January 2018, you'll see
 7   who was working then, who -- what their identifying
 8   information is.  And, Judge, they can just plug it into
 9   their chart.  They can have a paralegal plug it into the
10   chart, you know --
11            THE COURT:  Okay.  Let's --
12            MR. BISS:  Thank you.
13            THE COURT:  Thanks.
14            MS. PARK:  Your Honor, may I --
15            THE COURT:  Not -- not just yet, Ms. Park.  I
16   don't want to get involved in finger pointing about why
17   documents have not been produced or whose fault it may
18   be.  At this point I don't care that much about that.
19   What I care about is injecting some urgency into the
20   production of documents in this case.  And I appreciate
21   Mr. Biss is going to get on the phone with his project
22   manager and he's going to get these documents released
23   ASAP.  That's what needs to happen.
24        In terms of the signing of -- or completing of the
25   interrogatories, I understand the defendants' point that
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 21 of 48

```
 1   they need or are entitled to verified answers to
 2   interrogatories, wherein the defendant would be -- or the
 3   plaintiff would be committed to who they actually
 4   employed.  Now, it may be that the defendants will get
 5   these production of documents and what Mr. Biss says is
 6   true, that it will be obvious because there have been --
 7   it's documented who worked, who they were and when and
 8   what they relied on, and they may not at that point feel
 9   it's necessary to have the plaintiff further pinned down
10   by signing interrogatory answers, but I'm going to leave
11   that up to the defendants at this stage.  I'm going to
12   let them look at the documents as soon as they're
13   released, and then they can meet and confer with
14   Mr. Biss.  And I'll just let the parties know that it
15   would be my inclination that if the defendants were
16   insistent that they get signed answers to interrogatories
17   on this sort of central issue to their case, then they
18   would be able to get it.  I don't know if you still
19   wanted to respond --
20             MS. PARK:  Your Honor --
21             THE COURT:  -- to something, Ms. Park, or not.
22             MS. PARK:  Sorry, Your Honor.  If I may just
23   say a couple of points, and I do appreciate your
24   recognition of the urgency with which we need
25   information.  We -- regardless of what the documents
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 22 of 48

purport to show, we are going to require verified

interrogatory responses, and there are a few reasons for

that.  One, as I said, this is a case about their

knowledge.  They do have to respond to what their

knowledge is.  In that sense, it's like a contention

interrogatory.  So, you know, under Federal Rule of

Evidence 803(7) (indiscernible audio), if we were then to

discover additional workers on this property, that would

be pretty much virtually dispositive truth that those

workers are not documented.  We should be entitled to

this information.  This is again about their case.

     With respect to the burden, Your Honor, this is the

plaintiffs telling us that it is more -- or just as

burdensome for them to tell us who works for them as it

is for defendants to tell that information.  That's

simply not logical.  They know who works for them.  And

so it really cannot be the same burden.  These are their

records that we would really have no access to otherwise.

And so I -- I do just want to point out that essentially,

regardless of what we do get, more -- there is

information that we have requested that simply would not

be reflected in the type of documents that they're

describing, such as I-9 records, so we have requested

last known contact information, employer information, the

date and the nature of their employment, you know, we

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 23 of 48

```
1   would like to know what type of work each -- each person
2   was doing.  We don't expect that to be covered in an I-9
3   form or the attachments to an I-9 form.  And that's all
4   this -- this is a case about undocumented workers, Your
5   Honor, so it simply stands to reason that there would be
6   workers for which there are no documents.  They're
7   obligated to provide information about those workers, you
8   know, in a verified formal response.  So for all those
9   reasons, Your Honor, regardless, you know, we can
10  represent now that even when we do receive this
11  production, we are going to expect verified formal
12  responses to this interrogatory, which again, goes to the
13  heart of their case.
14           THE COURT:  Okay.  I appreciate --
15           MR. BISS:  There's one -- there's one -- I
16  agree with Your Honor's approach, and I guess I hear
17  they're going to make me do all this work, and we'll do
18  it.  That's fine, we'll create the charts if we have to.
19  But I -- you know, looking at their letter on page 3,
20  Judge, they have -- they sort of put in the chart there
21  for Your Honor, and, you know, this suit is going to go
22  way beyond the scope of the number of interrogatories,
23  the subparts that they can ask, by making me do this.
24  For instance, they want for every worker, for every month
25  and every year, they want one, two, three, four -- eight
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 24 of 48

```
1   or nine categories of information, and that's -- that's a
2   lot -- you know, that's obviously going to be a lot of
3   charts, a lot of charts and a lot of information, and it
4   will definitely exceed the subparts, the 30
5   interrogatories with subparts.  But we're not going to
6   object on that ground.  We're going -- if they want a
7   chart, Judge -- I hope they don't.  I hope they look at
8   this and they look at the documents that we send them and
9   they say, all right, there's the Social Security numbers,
10  there's the alien registration number, there's the
11  driver's license number for every one of these employees,
12  and that type of thing.  I hope it satisfies them.  But I
13  understand what Your Honor said.
14          THE COURT:  All right.  Thank you.  I
15  appreciate both of your positions on that, and hopefully
16  my comments on it will resolve that.
17      Let's turn to the next issue that I see, and that is
18  the refusal to identify the litigation funders of this
19  action, which -- it's a very interesting issue, and I
20  wish we had more time this morning to kind of delve into
21  it.  I'm like Judge Williams -- I read his opinion again
22  about this issue this morning -- and it is -- the
23  existence of involuntary public figures is fascinating.
24  He seems to be fairly clear in his ruling, however, that
25  they're exceedingly rare and potentially mythical, and it
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 25 of 48

     1    doesn't seem to me that discovery in order on -- to find
     2    the funders to prove that the plaintiffs are limited
     3    public -- purpose public figures is warranted in this
     4    case.  I'm imagining if there were cases out there where
     5    discovery was ordered so that someone could determine if
     6    someone fit that category, the defendants would have
     7    called it to my attention probably rather than citing
     8    Senator Grassley's proposed legislation on a similar
     9    issue, but there may be cases out there that you just
    10    haven't told me about.  I was kind of thinking maybe they
    11    would come up, at least something analogous, in -- I
    12    don't know -- environmental litigation where John Q.
    13    Public was suing Shell Oil over some environmental damage
    14    to his farm and they wanted to find out if the Sierra
    15    Club or someone else was funding it.  But nothing like
    16    that has been called to my attention here, so it
    17    doesn't -- you know, and given what Judge Williams has
    18    said, I'm not inclined to permit discovery of funders per
    19    se in this case.
    20        What strikes me as more to the point is the comment
    21    on page 7 of the defendants' argument, that there may be
    22    witnesses, including Congressman Nunes, who has an
    23    interest in the case, is going to be a witness in the
    24    case, that, you know, you need to explore the biases of
    25    witnesses who may stand to benefit from this.  Whether

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 26 of 48

 1  that's the congressman or others, I think the defendants
 2  should be permitted to explore those potential biases by
 3  getting information relevant to those issues.
 4      Now, it -- I guess I made my remarks about our
 5  limited time today because I guess I'm not particularly
 6  anxious to open the floor to what could probably be
 7  fairly lengthy arguments about legal issues here that we
 8  just don't have time to resolve that I don't think are
 9  probably teed up for me to issue a formal ruling on it,
10  so I guess those comments are more in the way of me
11  getting out my crystal ball and telling you how I think
12  it's likely to come out if you were to fully brief this
13  and maybe find that Shell Oil case that I haven't seen or
14  find some other cases that are analogous, and then we can
15  decide it after we did all that.  It's my hope that, as
16  an alternative to that, you can meet and confer further
17  on the issue of what's discoverable under those
18  parameters or decide now this is really at the sort of
19  impasse where we need to present this to the Court in
20  motions and have them decided that way.
21      So as much as I would like to discuss this
22  fascinating topic more this morning, I don't know as that
23  would be productive given some of the more nuts and bolts
24  sort of discovery issues that we've been talking about in
25  terms of document production and what's been redacted and

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR  Document 72  Filed 02/09/21  Page 27 of 48

```
 1   getting vendors to release things, which seems probably
 2   the sorts of things we can resolve this morning.  So I'd
 3   like to be able to leave that, but I'll give each party,
 4   you know, just a brief opportunity if they think there's
 5   something -- that I just completely missed the ball or
 6   there's something we can resolve easily this morning on
 7   that.  How about from the defendants since they're the
 8   ones pressing this issue.
 9             MS. PARK:  Well, thank you, Your Honor.  And we
10   would certainly welcome the opportunity to brief this
11   issue more fully than we can do in a brief letter, and
12   so -- so we welcome the suggestion that the parties could
13   do that.  Just briefly on the Court's order, because Your
14   Honor focused on that -- rightfully so -- we just want to
15   point out that that is -- it is a motion to dismiss, and
16   so we didn't have the benefit of any kind of a record
17   from discovery in this case.  Discovery has so far been
18   fairly limited, as Your Honor knows, I think all too well
19   at this point.  But, you know, we did make the argument
20   with regard to involuntary public figures, and the Court
21   recognized that it was a somewhat novel argument, but we
22   reserve the right to supplement -- to raise that argument
23   again with the benefit of a record and we may -- and we
24   believe we may be able to argue that these are a
25   limited-purpose public figures that really did have
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 28 of 48

access to the media with the ability to shape the
narrative and shape public opinion, which is really the
key inquiry when it comes to the public figure analysis.
And so we just want to point out that we don't see the
Court order as the last word on the subject, and that is
really why we feel we're entitled to discovery and that,
although it is a somewhat unusual situation to grant
discovery on this, we believe that this case presents
quite unusual facts. And I'm mindful that the Court does
not necessarily want to hear lengthy argument on this
topic and so I don't want to do that, but I think we have
good reason -- you know, every reason to believe that
Congressman Nunes, possibly other, you know,
well-connected political figures, have an interest in
this case that goes well beyond as a mere fact witness,
or that they're somehow -- that Congressman Nunes or
others are somehow involved in securing the financing of
that case, then that really would be directly relevant to
the public figure inquiry, and we believe we can make a
convincing argument for Your Honor on the papers that,
although it's unusual, that the cases do bear out that
where the identity of the funders or the nature of their
funding arrangement is relevant to a claim in a case or
are relevant to the potential bias of a key witness in
the case, which are the two -- the *Grover* and the *Bryant*

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 29 of 48

```
1   cases that we cited for Your Honor, then discovery on
2   that issue is entirely proper.  So -- so I'll stop there.
3   I'm mindful of Your Honor's time, but, again we would
4   welcome the opportunity to brief this issue more fully.
5           THE COURT:  Okay.  Mr. Biss, I assume you'd
6   like to respond briefly.
7           MR. BISS:  I'm going to respond briefly, Judge.
8   This is nothing more than an attempt to create a fake
9   news narrative.  This -- of course, when you engage in
10  discovery, you have to have some good faith basis for
11  what it is that you are -- that you say you are trying to
12  seek.  This is a -- this is a -- this idea of funding of
13  Devin Nunes's lawsuits is nothing more than something
14  that was born in what I refer to as the Twitter sewer,
15  and that's really where it was born.
16      So they suggest here in their letter that if the
17  litigation is being funded in whole or in part by
18  Congressman Devin Nunes, his supporters, or associated
19  political entities, or is being handled pro bono or for a
20  reduced fee by Congressman Nunes's counsel, that strongly
21  suggests that plaintiff had access to resources.  That's
22  where they -- they say their public figure connection is
23  here.  And, Judge, they don't have a good faith basis, I
24  would respectfully suggest.  If they do, then they should
25  come out and say who are these political entities, who
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 30 of 48

```
1   are Devin Nunes's supporters.  They don't have any
2   evidence.  This is nothing more than -- it's -- if there
3   was a phrase greater than pure speculation, if there was
4   something more that I could -- some adverb I could think
5   of, I would, but there's nothing.  This is pure
6   speculation, and what they're -- what they're doing here
7   is, in writing these letters, they know these letters are
8   being picked up by news organizations and published.  And
9   they want this information published solely for -- for
10  a -- an improper purpose not related to this litigation,
11  but to create bad press for Devin Nunes.  It has nothing
12  to do with my clients.  My clients in this case aren't
13  Devin Nunes.  My client's NuStar Farms, dairy farmers in
14  this case, who just happen to be related to him by birth
15  and blood.  And that's my response here.
16      Not only is there no possible relevance to -- to the
17  question of funding of the litigation, no possible
18  relevance, I'm not entitled to attorneys' fees here in
19  this case.  There's no -- no grounds could be said I'm
20  entitled to attorneys' fees.  I'm not even making a claim
21  for attorneys' fees.  When I -- when I identified
22  Congressman Nunes in 21 -- 26(a)(1) disclosures, he's not
23  going to testify about funding; he's not going to testify
24  about attorney fees or anything.  And so the reference
25  there is telling.  No possible relevance.  But it's
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 31 of 48

```
 1   really -- it's just pure speculation.  It's the interest
 2   of possibly hundreds of Twitter accounts.  At first they
 3   all speculated that it was Sheldon Adelson that was
 4   paying me to file this lawsuit.  This is -- Judge, this
 5   is rampant speculation, and I would just very, very
 6   respectfully ask the Court not to go down this rabbit
 7   hole.  This is a horrible, horrible rabbit hole to go
 8   down.  And, again, it is -- it's just -- there is -- I
 9   don't believe -- with great respect to my colleagues, I
10   don't think there's any good faith basis to believe that
11   there's any supporter or political entity or -- they've
12   even suggested that the Twitter -- the Twitter people,
13   the honest Twitter accounts have even suggested that it
14   was MAGA activists who were paying me, or Peter Thiel,
15   the guy who funded the Gawker lawsuit, he's paying me.
16   Judge, they -- this is nonsense.  That's -- I would just
17   implore the Court not to go down this road.
18            THE COURT:  Okay.  Thank you, Mr. Biss.  I do
19   note in your letter that you were concerned that the
20   defendants were seeking to drag the Court into this
21   Twitter sewer, that -- if I weren't so serious and was
22   more inclined to levity, I might point out that some
23   people might consider "Twitter sewer" to be redundant,
24   but I'm not going to go down that particular road and try
25   to add any levity to this matter today, so . . .  That was
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 32 of 48

```
 1   supposed to be a joke, so --
 2            MR. BISS:  Well, I would actually agree with
 3   Your Honor on that.  But, yeah, it -- I agree with you.
 4   It's not worth it.
 5            THE COURT:  And I don't really mean to imply
 6   one way or the other how that argument's going to come
 7   out, other than what I said earlier from my crystal ball,
 8   that it seems to me that the argument about funders in
 9   generally -- generally, to flesh out argument about
10   whether they're involuntary or limited public figures
11   doesn't seem to me to be a part of the case anymore, but
12   I appreciate the defendants' argument that they did that
13   at the motion to dismiss stage and they haven't had their
14   record, so if there are going to be briefs on the issue,
15   I'll certainly be anxious to see what additional
16   authority everybody can find that would kind of
17   illuminate the issue.
18       And as I said, it does seem to me that some of this
19   information might be more directly discoverable as the
20   possible biases of witnesses.  So maybe we need to leave
21   that issue and move to the next one.  I think perhaps,
22   since we've already addressed having a status conference,
23   the only additional issue might be one from the
24   plaintiffs' letter regarding missing documents.  Maybe
25   that's come up somehow, but are there other issues that
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 33 of 48

```
1   we need to talk about this morning, Mr. Biss?

2          MR. BISS:  Judge, there's just one other that I

3   think there's actually agreement on.  It begins on

4   page -- at the top of page 3 of my letter.  And this is

5   the notes or records that are in possession of the staff

6   researchers, editors, directors of Hearst.  And the

7   letter really speaks for itself, but the defendants have

8   not produced any documents, e-mails, notes, records,

9   et cetera, for any of the individuals or the, quote,

10  *Esquire* staff that is -- that was involved in either the

11  rigorous process of confirming the accuracy of the

12  statements in the article -- so that's one category of

13  documents that I would like to have produced.  Or -- and

14  I think counsel, in their letter, they seem to agree that

15  they'll produce them, but again, it wasn't clear to me

16  that they would agree to produce that category.  And

17  again, it would be for the *Esquire* staff -- Mr. Handy;

18  Mr. McDonald; Mr. Scheffler; Sebastian; Boskovich; the

19  editor in chief, Jay Fielden; and Michael Hainey -- these

20  are all editorial or research individuals.  These are not

21  lawyers.  So that's -- that's one category.

22       And then the other category, as Your Honor pointed

23  out, is missing documents.  I will say -- this is on page

24  4 now of the letter.  They -- they have produced

25  photographs, video and audio recordings and dash cam
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 34 of 48

```
1   footage, and that -- those documents were produced on the
2   14th of January; took me eight hours to download them.
3   There was a lot of recordings, very large files.  But the
4   other categories, Judge, they have not produced:
5   Mr. Lizza's notes, records of conversations, transcripts.
6   And these are carryovers from our earlier motion to
7   compel, documents that show that the statements about the
8   plaintiffs' hiring and employment practices were true or
9   substantially true; documents that show that NuStar ran
10  or benefited or relied on undocumented labor, no
11  documents there; and then, of course, Mr. Lizza's phone
12  records.  Those documents were agreed, they were going to
13  produce them.  They haven't produced them.
14       And then the final category is the standards or
15  guidelines, code of ethics, et cetera, that govern the --
16  that govern people like Mr. Lizza in the news gathering,
17  reporting, editing, or publishing of articles similar to
18  that at issue in this case.  I assume they have a code of
19  ethics or they have some type of standards or guidelines,
20  but if they don't, they can just tell me, "We don't have
21  any," and not -- you know, that will answer that
22  question.  But on the missing documents, they need to
23  produce the missing documents, or tell me they don't
24  exist, and I've suggested on phone records, for instance,
25  tell me the carrier, I'll go subpoena the carrier, but it
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 35 of 48

```
1   would seem to me that the easy solution is, because I
2   know everybody can do this now, you just go online and
3   type in a password or something, and you can upload or
4   download all your phone records.  If they can't do that,
5   if Mr. Lizza can't do it for some reason, tell me the
6   carrier, tell me the account number, and I'll subpoena
7   Verizon or whoever it may be, AT&T, and I know that
8   process is pretty easy to do.  But it would seem to me,
9   you know, that it's even easier for Mr. Lizza to go ahead
10  and get the phone records.  The other categories are
11  directly -- these are essential to the case.  And
12  essential to their defense of substantial truth.  I want
13  to know if they have any documents that show -- that show
14  that NuStar relied on unauthorized workers and -- or
15  didn't document their labor.  If they don't have any
16  documents, just tell me that and then that's a different
17  animal.
18              THE COURT:  Okay.  Ms. Park.
19              MS. PARK:  Well, yes, Your Honor.  I think, you
20  know, the headline here is that -- I don't believe the
21  parties are in a dispute, because we have agreed to
22  produce everything that is responsive that is not
23  privileged and that is in our possession, custody, and
24  control, and we have actually reached the point where we
25  have produced nearly everything.  So I think that
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 36 of 48

statement is true across the board and applies to all

these different categories, which I'm happy to go into in

more detail.  But we've -- for example, on the issue of

(indiscernible audio) we have produced Mr. Lizza's

research files, all the research that supported his

reporting we produced.  As Mr. Biss recognized, his

recorded interviews with his sources, all of that is

relevant certainly to -- to this issue of his recording,

so, I mean -- so Mr. Biss has mentioned quite a number of

categories.  We can certainly clarify for him, you know,

where we didn't have documents, but it's pretty much the

same thing he mentioned earlier, which is that we also

have a document retention policy.  We have a general

policy, auto deletion of e-mail communications within 30

or 60 days.  The plaintiffs waited exactly a year to

bring Devin Nunes's case, and then another four months or

so to bring the plaintiffs' case, and that's just a very

simple explanation for why there are not troves of

e-mails that have been sent and received.  So we are

producing what we have.

Again, if there's -- the phone records, you know,

perhaps I can address those specifically as well, because

Mr. Biss mentioned those.  Mr. Lizza uses a well-known

national carrier.  We cannot represent at this time that

we have possession, custody or control of his phone

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 37 of 48

1   records because they go so far back in time.  Contrary to

2   what Mr. Biss is suggesting, the records from that time

3   are not readily available through his online account.  He

4   has requested them several times from the carrier.  But

5   at this time, we don't have them, and if we did, we would

6   produce them subject to redaction.

7        Mr. Biss is -- you know, we certainly wouldn't block

8   him from subpoenaing the carrier or issuing an

9   interrogatory to seek more information about that.  We

10  would have to arrange to have the opportunity for notice

11  if he were to subpoena the carrier because we would then

12  seek to redact privileged news gathering information or

13  attorney-client confidential information from the

14  records, but essentially.  We're not withholding that

15  information, we're not in a dispute where we're refusing

16  to produce anything.  So I hope that addresses the main

17  points.

18           THE COURT:  I hope it does.  And it sounds to

19  me like that might be an area for additional meet and

20  confer, where you can discuss what efforts you've tried

21  to obtain such things as phone records, where that's run

22  into difficulties, what you do have, where you've

23  produced everything, and where things just aren't

24  available because of records retention policies, things

25  like that.  But unfortunately, I need to be in the

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 38 of 48

```
 1   courtroom at ten o'clock, so I don't have lots of time to
 2   try to sort through any of those.  We will, as I said,
 3   schedule an additional status conference in about a month
 4   and address any issues that might remain at that point,
 5   and I apologize that that's all the time I have for you
 6   this morning, but I am going to have to conclude our
 7   hearing.  Everybody have a good day.
 8          MR. BISS:  You too, Judge.  Thank you.
 9          MS. PARK:  Thank you very much, Your Honor.
10       (Proceedings concluded at 9:54 a.m.)
11                        *  *  *  *  *
12       (This concludes the transcription of the audio
13   recording.)
14
15
16
17
18
19
20
21
22
23
24
25
```

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 39 of 48

                    C E R T I F I C A T E

1

2          I, Patrice A. Murray, a Certified Shorthand
   Reporter of the State of Iowa, do hereby certify that at
3  the time and place heretofore indicated, a hearing was
   held before the Honorable Mark A. Roberts; that I
4  transcribed from an audio recording to the best of my
   ability the proceedings of said hearing; and that the
5  foregoing transcript is a true record of all proceedings
   had on the taking of said hearing at the above time and
6  place.

7          I further certify that I am not related to or
   employed by any of the parties to this action, and
8  further, that I am not a relative or employee of any
   attorney or counsel employed by the parties hereto or
9  financially interested in the action.

10      IN WITNESS WHEREOF, I have set my hand this 8th day
   of February, 2021.

11

12          /s/ Patrice A. Murray
            Patrice A. Murray, CSR, RMR, FCRR
13          Court Reporter
            PO Box 10541
14          Cedar Rapids, Iowa 52410

15

16

17

18

19

20

21

22

23

24

25

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 40 of 48

**'**

**'06** [1] - 6:7
**'07** [1] - 6:7
**'19** [2] - 14:14, 14:16
**'20** [1] - 14:16

**/**

**/s** [1] - 40:12

**1**

**1** [5] - 7:21, 8:3, 8:10, 21:1, 21:2
**1/25/21** [1] - 1:20
**10** [4] - 8:9, 8:11, 9:8, 10:21
**10019** [1] - 2:5
**102** [1] - 2:2
**10541** [2] - 1:24, 40:13
**111** [1] - 1:15
**14** [1] - 13:17
**14th** [5] - 16:6, 18:1, 18:12, 19:7, 35:2
**15** [1] - 21:2

**2**

**2** [5] - 7:21, 8:9, 9:8, 10:21, 21:2
**2/8/21** [1] - 1:20
**20** [1] - 21:2
**20-CV-4003** [2] - 1:6, 3:7
**2006** [4] - 4:25, 5:14, 5:17, 5:21
**2013** [1] - 6:9
**2018** [2] - 5:24, 21:6
**2019** [1] - 14:14
**2021** [5] - 1:15, 14:15, 14:17, 40:10
**21** [1] - 31:22
**21st** [1] - 1:15
**22903** [1] - 2:3
**26(a)(1** [1] - 31:22

**3**

**3** [3] - 21:2, 24:19, 34:4
**30** [2] - 25:4, 37:14
**300** [2] - 2:2, 2:5
**33(d** [2] - 13:14, 20:19
**33rd** [1] - 2:7
**350** [1] - 15:17

**4**

**4** [2] - 21:2, 34:24

**40th** [1] - 2:5

**5**

**50309** [1] - 2:8
**52410** [2] - 1:24, 40:14
**57th** [1] - 2:5

**6**

**60** [1] - 37:15

**7**

**7** [1] - 26:21

**8**

**801** [1] - 2:7
**803(7** [1] - 23:7
**8th** [1] - 40:10

**9**

**9:00** [1] - 1:16
**9:54** [1] - 39:10

**A**

**a.m** [2] - 1:16, 39:10
**ability** [2] - 29:1, 40:4
**able** [5] - 11:15, 14:4, 22:18, 28:3, 28:24
**absolutely** [2] - 14:1, 20:19
**accept** [1] - 9:11
**access** [5] - 16:16, 18:4, 23:18, 29:1, 30:21
**according** [2] - 4:17, 4:18
**account** [2] - 36:6, 38:3
**accounts** [2] - 32:2, 32:13
**accuracy** [1] - 34:11
**accurately** [1] - 5:8
**action** [3] - 25:19, 40:7, 40:9
**activists** [1] - 32:14
**actual** [1] - 21:5
**add** [1] - 32:25
**additional** [6] - 12:3, 23:8, 33:15, 33:23, 38:19, 39:3
**address** [5] - 3:22, 3:24, 13:22, 37:22, 39:4
**addressed** [1] - 33:22
**addresses** [3] - 5:4, 21:3, 38:16
**Adelson** [1] - 32:3
**adequate** [1] - 12:23
**adopt** [1] - 4:10

**advice** [5] - 7:5, 10:23, 11:6, 11:8, 11:12
**aegis** [1] - 8:23
**agree** [11] - 5:1, 8:14, 8:15, 10:9, 12:14, 12:17, 24:16, 33:2, 33:3, 34:14, 34:16
**agreeable** [3] - 6:19, 6:20, 7:15
**agreed** [5] - 6:2, 6:17, 18:14, 35:12, 36:21
**agreement** [9] - 5:9, 6:24, 7:7, 7:13, 8:10, 9:19, 9:22, 10:3, 34:3
**agreements** [1] - 4:21
**agrees** [1] - 11:23
**ahead** [2] - 18:13, 36:9
**alien** [1] - 25:10
**allow** [2] - 8:22, 12:15
**allows** [1] - 13:14
**alternative** [1] - 27:16
**amount** [2] - 14:7, 14:23
**analogous** [2] - 26:11, 27:14
**analysis** [1] - 29:3
**AND** [3] - 1:4, 1:7, 2:5
**animal** [1] - 36:17
**answer** [8] - 6:12, 12:22, 13:2, 13:15, 14:4, 17:13, 20:16, 35:21
**answering** [1] - 17:6
**answers** [5] - 17:9, 17:15, 22:1, 22:10, 22:16
**ANTHONY** [2] - 1:3, 1:3
**anxious** [2] - 27:6, 33:15
**apologize** [2] - 12:8, 39:5
**APPEARANCES** [1] - 2:1
**appeared** [4] - 2:3, 2:6, 2:8, 17:21
**applies** [1] - 37:1
**appreciate** [10] - 4:7, 15:6, 17:7, 17:19, 20:22, 21:20, 22:23, 24:14, 25:15, 33:12
**approach** [3] - 8:22, 12:17, 24:16
**appropriate** [2] - 17:14, 17:22
**area** [1] - 38:19
**argue** [1] - 28:24
**argument** [10] - 3:20, 26:21, 28:19, 28:21, 28:22, 29:10, 29:20, 33:8, 33:9, 33:12
**argument's** [1] - 33:6
**arguments** [1] - 27:7
**arrange** [1] - 38:10
**arrangement** [1] - 29:23
**article** [10] - 5:25, 7:1, 7:2, 8:4, 19:15, 19:16, 19:18, 19:20, 19:22, 34:12
**articles** [2] - 15:18, 35:17
**ASAP** [1] - 21:23
**ascertainable** [1] - 13:15
**assemble** [1] - 11:15

**asserted** [1] - 11:4
**associated** [1] - 30:18
**assume** [3] - 20:11, 30:5, 35:18
**AT&T** [1] - 36:7
**attach** [1] - 10:15
**attachments** [1] - 24:3
**attempt** [2] - 19:2, 30:8
**attention** [4] - 6:16, 12:4, 26:7, 26:16
**ATTORNEY** [2] - 2:2, 2:7
**attorney** [9] - 8:14, 8:18, 8:20, 9:15, 11:4, 11:22, 31:24, 38:13, 40:8
**attorney-client** [7] - 8:14, 8:18, 8:20, 9:15, 11:4, 11:22, 38:13
**ATTORNEYS** [1] - 2:4
**attorneys'** [3] - 31:18, 31:20, 31:21
**audio** [13] - 1:17, 3:1, 7:5, 8:1, 10:18, 10:22, 13:4, 16:24, 23:7, 34:25, 37:4, 39:12, 40:4
**authority** [1] - 33:16
**authorized** [3] - 16:22, 18:10, 18:12
**auto** [1] - 37:14
**available** [3] - 15:9, 38:3, 38:24
**Avenue** [2] - 1:15, 2:7
**avoid** [2] - 12:15, 17:6

**B**

**bad** [1] - 31:11
**ball** [4] - 20:7, 27:11, 28:5, 33:7
**banking** [1] - 20:1
**based** [2] - 8:5, 14:4
**basic** [1] - 17:15
**basis** [3] - 30:10, 30:23, 32:10
**bear** [1] - 29:21
**bearing** [1] - 5:22
**BEFORE** [1] - 1:14
**beginning** [1] - 19:16
**begins** [1] - 34:3
**behalf** [3] - 2:3, 2:6, 2:8
**benefit** [3] - 26:25, 28:16, 28:23
**benefited** [1] - 35:10
**best** [3] - 7:13, 10:18, 40:4
**between** [2] - 7:3, 8:6
**beyond** [2] - 24:22, 29:15
**bias** [1] - 29:24
**biases** [3] - 26:24, 27:2, 33:20
**Biddle** [1] - 2:7
**birth** [1] - 31:14
**BISS** [16] - 2:2, 3:11, 5:10, 7:16, 12:14, 13:4, 13:7, 16:2,

16:4, 17:19, 21:12, 24:15, 30:7, 33:2, 34:2, 39:8

**Biss** [27] - 2:2, 3:9, 3:10, 5:8, 6:18, 7:15, 10:4, 11:13, 11:22, 11:25, 12:13, 13:5, 15:14, 15:21, 17:7, 17:17, 21:21, 22:5, 22:14, 30:5, 32:18, 34:1, 37:6, 37:9, 37:23, 38:2, 38:7

**bit** [2] - 14:2, 21:4
**blinders** [1] - 19:2
**block** [1] - 38:7
**blood** [1] - 31:15
**board** [1] - 37:1
**bolts** [1] - 27:23
**bono** [1] - 30:19
**born** [2] - 30:14, 30:15
**Boskovich** [1] - 34:18
**bottom** [1] - 16:15
**Box** [2] - 1:24, 40:13
**Boyer** [1] - 3:16
**BOYER** [1] - 2:5
**brief** [5] - 27:12, 28:4, 28:10, 28:11, 30:4
**briefly** [4] - 13:5, 28:13, 30:6, 30:7
**briefs** [1] - 33:14
**bring** [4] - 6:16, 12:4, 37:16, 37:17
**brought** [1] - 17:9
**Bryant** [1] - 29:25
**bunch** [4] - 8:8, 19:13, 19:23, 20:10
**burden** [5] - 13:25, 14:23, 20:17, 23:12, 23:17
**burdensome** [1] - 23:14
**business** [2] - 13:14, 14:5

## C

**California** [1] - 19:19
**call** [3] - 3:21, 5:22, 14:24
**called** [2] - 26:7, 26:16
**calls** [2] - 14:25, 20:24
**cam** [1] - 34:25
**candid** [1] - 15:20
**cannot** [2] - 23:17, 37:24
**care** [2] - 21:18, 21:19
**carrier** [7] - 35:25, 36:6, 37:24, 38:4, 38:8, 38:11
**carryovers** [1] - 35:6
**case** [34] - 3:5, 9:21, 12:23, 16:20, 16:24, 17:6, 17:16, 19:24, 20:5, 21:20, 22:17, 23:3, 23:11, 24:4, 24:13, 26:4, 26:19, 26:23, 26:24, 27:13, 28:17, 29:8, 29:15, 29:18, 29:23, 29:25, 31:12, 31:14, 31:19, 33:11, 35:18, 36:11, 37:16, 37:17
**cases** [6] - 17:4, 26:4, 26:9, 27:14, 29:21, 30:1

**categories** [8] - 4:24, 8:8, 14:20, 25:1, 35:4, 36:10, 37:2, 37:10
**category** [7] - 15:16, 26:6, 34:12, 34:16, 34:21, 34:22, 35:14
**cautious** [1] - 8:21
**caveat** [1] - 6:15
**Cedar** [3] - 1:16, 1:24, 40:14
**center** [1] - 12:6
**central** [1] - 22:17
**certain** [1] - 8:5
**certainly** [9] - 10:1, 12:8, 12:11, 17:7, 28:10, 33:15, 37:8, 37:10, 38:7
**Certified** [1] - 1:18, 40:2
**certify** [2] - 40:2, 40:7
**cetera** [1] - 34:9, 35:15
**Charlottesville** [1] - 2:2
**chart** [8] - 13:21, 13:22, 13:23, 20:16, 21:9, 21:10, 24:20, 25:7
**charts** [8] - 13:19, 14:2, 14:7, 15:6, 15:9, 24:18, 25:3
**chief** [1] - 34:19
**cited** [1] - 30:1
**citing** [1] - 26:7
**claim** [4] - 16:25, 17:16, 29:23, 31:20
**clarification** [1] - 9:10
**clarify** [2] - 11:2, 37:10
**clear** [9] - 5:11, 6:5, 17:12, 18:17, 19:14, 20:2, 25:24, 34:15
**client** [7] - 8:14, 8:18, 8:20, 9:15, 11:4, 11:22, 38:13
**client's** [1] - 31:13
**clients** [4] - 17:23, 19:4, 31:12
**Club** [1] - 26:15
**code** [2] - 35:15, 35:18
**coin** [1] - 15:1
**colleague** [1] - 3:21
**colleagues** [3] - 5:18, 6:6, 32:9
**commencing** [1] - 1:16
**comment** [2] - 19:10, 26:20
**comments** [8] - 7:3, 9:6, 10:6, 10:23, 11:16, 17:22, 25:16, 27:10
**committed** [1] - 22:3
**communication** [1] - 7:5
**communications** [4] - 7:3, 8:6, 11:9, 37:14
**compare** [1] - 11:10
**compel** [1] - 35:7
**Completed** [1] - 1:20
**completely** [2] - 6:17, 28:5
**completing** [1] - 21:24
**comply** [1] - 12:10
**compromise** [1] - 11:14

**concerned** [3] - 11:5, 11:8, 32:19
**conclude** [1] - 39:6
**concluded** [1] - 39:10
**concludes** [1] - 39:12
**confer** [6] - 5:13, 8:19, 9:24, 22:13, 27:16, 38:20
**conference** [5] - 3:8, 4:12, 4:13, 33:22, 39:3
**CONFERENCE** [1] - 1:13
**conferences** [1] - 4:8
**conferred** [1] - 17:10
**confidential** [5] - 7:8, 8:16, 10:20, 15:16, 38:13
**confirm** [4] - 4:22, 7:10, 9:22
**confirmed** [3] - 7:23, 7:24, 8:19
**confirming** [1] - 34:11
**Congressman** [6] - 26:22, 29:13, 29:16, 30:18, 30:20, 31:22
**congressman** [1] - 27:1
**connected** [1] - 29:14
**connection** [1] - 30:22
**consider** [2] - 16:14, 32:23
**constitute** [1] - 8:17
**contact** [2] - 19:6, 23:24
**contend** [1] - 8:2
**contention** [1] - 23:5
**contentious** [1] - 4:2
**continue** [2] - 10:12, 11:18
**contrary** [2] - 20:3, 38:1
**control** [3] - 6:3, 36:24, 37:25
**conversations** [1] - 35:5
**convincing** [1] - 29:20
**copied** [1] - 10:4
**copies** [2] - 9:1, 19:21
**Corporation** [1] - 2:5
**correct** [1] - 7:12
**corroborate** [1] - 17:25
**counsel** [12] - 5:12, 6:11, 7:6, 7:14, 8:6, 9:11, 10:14, 10:15, 19:3, 30:20, 34:14, 40:8
**counsel's** [9] - 7:8, 8:15, 9:13, 13:10, 15:16, 16:8, 18:7, 18:11, 19:25
**couple** [4] - 4:21, 17:21, 20:24, 22:23
**course** [2] - 30:9, 35:11
**COURT** [26] - 1:1, 3:5, 3:13, 3:23, 6:18, 6:22, 7:15, 9:18, 11:20, 12:13, 12:18, 13:6, 15:8, 16:3, 17:17, 21:11, 21:13, 21:15, 22:21, 24:14, 25:14, 30:5, 32:18, 33:5, 36:18, 38:18
**court** [4] - 3:4, 8:23, 10:25, 11:1
**Court** [12] - 1:23, 3:6, 10:15,

20:10, 27:19, 28:20, 29:5, 29:9, 32:6, 32:17, 32:20, 40:13
**Court's** [2] - 12:4, 28:13
**courtroom** [1] - 39:1
**covered** [2] - 12:2, 24:2
**create** [5] - 13:19, 14:7, 24:18, 30:8, 31:11
**created** [1] - 5:20
**creating** [1] - 14:2
**criticized** [1] - 6:10
**crystal** [2] - 27:11, 33:7
**CSR** [1] - 1:23, 40:12
**custody** [2] - 36:23, 37:25
**cut** [1] - 16:5

## D

**dairy** [1] - 31:13
**damage** [1] - 26:13
**dash** [1] - 34:25
**date** [1] - 23:25
**days** [2] - 16:11, 37:15
**dead** [1] - 12:6
**dealing** [1] - 13:17
**decide** [2] - 27:15, 27:18
**decided** [1] - 27:20
**defamation** [2] - 16:24, 16:25
**defendant** [2] - 13:1, 22:2
**Defendants** [3] - 1:8, 2:6, 2:8
**defendants** [27] - 3:14, 4:18, 4:22, 6:24, 6:25, 7:10, 11:23, 12:25, 13:19, 15:2, 15:4, 15:8, 18:11, 18:23, 19:3, 19:8, 20:11, 20:14, 22:4, 22:11, 22:15, 23:15, 26:6, 27:1, 28:7, 32:20, 34:7
**defendants'** [8] - 4:7, 4:20, 4:25, 8:12, 10:14, 21:25, 26:21, 33:12
**defense** [1] - 36:12
**definitely** [1] - 25:4
**deletion** [1] - 37:14
**delve** [1] - 25:20
**Des** [1] - 2:7
**described** [1] - 10:17
**describing** [2] - 15:20, 23:23
**desire** [2] - 8:24, 8:25
**despite** [2] - 4:1, 9:19
**detail** [1] - 37:3
**determine** [1] - 26:5
**Devin** [10] - 15:18, 19:13, 19:18, 19:19, 30:13, 30:18, 31:1, 31:11, 31:13, 33:19
**different** [3] - 12:6, 36:16, 37:2
**difficult** [1] - 20:14
**difficulties** [1] - 38:22
**directly** [2] - 29:18, 33:19, 36:11

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*

**directors** [1] - 34:6
**disclose** [1] - 7:4
**disclosures** [1] - 31:22
**discover** [1] - 23:8
**discoverable** [2] - 27:17, 33:19
**discovery** [13] - 7:9, 16:8, 19:5, 26:1, 26:5, 26:18, 27:24, 28:17, 29:6, 29:8, 30:1, 30:10
**discuss** [3] - 12:4, 27:21, 38:20
**dismiss** [2] - 28:15, 33:13
**dispositive** [1] - 23:9
**dispute** [3] - 12:1, 36:21, 38:15
**disputes** [1] - 12:1
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**doc** [1] - 5:13
**Document** [1] - 8:3
**document** [5] - 5:16, 5:20, 6:6, 6:14, 6:24, 18:22, 18:24, 19:11, 19:17, 21:5, 27:25, 36:15, 37:13
**documentation** [1] - 18:22
**documented** [2] - 22:7, 23:10
**documents** [83] - 4:24, 5:15, 5:17, 6:7, 6:8, 6:12, 7:21, 7:24, 7:25, 8:2, 8:9, 8:10, 8:13, 8:15, 8:23, 9:1, 9:8, 9:13, 10:13, 10:17, 10:21, 10:24, 12:16, 12:24, 13:8, 13:9, 13:11, 14:16, 14:18, 14:20, 15:10, 15:15, 15:23, 16:8, 16:11, 16:12, 16:19, 17:24, 18:1, 18:2, 18:4, 18:7, 18:12, 18:13, 18:17, 18:19, 18:20, 19:9, 19:13, 19:15, 19:20, 19:23, 20:6, 20:10, 20:23, 20:25, 21:17, 21:20, 21:22, 22:5, 22:12, 22:25, 23:22, 24:6, 25:8, 33:24, 34:8, 34:13, 34:23, 35:1, 35:7, 35:9, 35:11, 35:12, 35:22, 35:23, 36:13, 36:16, 37:11
**DONNELLAN** [1] - 2:4
**Donnellan** [1] - 3:16
**down** [4] - 4:16, 22:9, 32:6, 32:8, 32:17, 32:24
**download** [2] - 35:2, 36:4
**draft** [8] - 7:1, 7:2, 8:4, 9:5, 10:6, 11:10, 11:11, 11:18
**drafts** [3] - 7:4, 11:5, 11:15
**drag** [1] - 32:20
**Drinker** [1] - 2:7
**driver's** [1] - 25:11
**due** [1] - 17:10

## E

**e-mail** [6] - 5:12, 10:5, 10:20, 16:7, 16:14, 37:14
**e-mails** [2] - 34:8, 37:19
**earliest** [2] - 6:25, 11:14
**early** [1] - 11:7
**easier** [2] - 15:4, 36:9
**easily** [1] - 28:6
**easy** [2] - 36:1, 36:8
**editing** [1] - 35:17
**editor** [1] - 34:19
**editor's** [1] - 7:2
**editorial** [1] - 34:20
**editors** [2] - 11:16, 34:6
**effort** [2] - 14:7, 19:3
**efforts** [3] - 4:3, 38:20
**eight** [2] - 24:25, 35:2
**either** [2] - 4:16, 34:10
**emphasized** [1] - 20:24
**employed** [3] - 22:4, 40:7, 40:8
**employee** [5] - 13:20, 14:21, 18:25, 21:1, 40:8
**employees** [1] - 25:11
**employer** [1] - 23:24
**employment** [6] - 6:2, 13:18, 19:25, 20:21, 23:25, 35:8
**enable** [1] - 12:24
**end** [1] - 17:10
**engage** [1] - 30:9
**enter** [1] - 11:1
**entire** [1] - 6:4
**entirely** [1] - 30:2
**entities** [2] - 30:19, 30:25
**entitled** [5] - 22:1, 23:10, 29:6, 31:18, 31:20
**entity** [1] - 32:11
**entry** [1] - 8:11
**environmental** [2] - 26:12, 26:13
**equal** [2] - 13:25, 14:1
**equally** [2] - 13:15, 15:13
**Esquire** [2] - 34:10, 34:17
**essential** [2] - 36:11, 36:12
**essentially** [3] - 17:5, 23:19, 38:14
**et** [2] - 34:9, 35:15
**ethics** [2] - 35:15, 35:19
**eventually** [1] - 16:18
**Evidence** [1] - 23:7
**evidence** [2] - 13:11, 31:2
**exactly** [3] - 13:24, 14:20, 37:15
**example** [3] - 16:6, 19:16, 37:3
**exceed** [1] - 25:4
**exceedingly** [1] - 25:25
**except** [2] - 5:10, 14:12
**exchanges** [1] - 15:21

**excuse** [1] - 10:14
**exist** [2] - 6:13, 35:24
**existence** [1] - 25:23
**exists** [1] - 14:3
**expect** [2] - 24:2, 24:11
**explaining** [1] - 10:5
**explanation** [1] - 37:18
**explicit** [1] - 10:21
**explore** [2] - 26:24, 27:2
**extent** [2] - 3:21, 18:5
**eyes** [9] - 7:8, 8:15, 9:13, 13:10, 15:16, 16:8, 18:7, 18:11, 19:25

## F

**face** [2] - 20:20, 21:5
**facilitate** [1] - 8:24, 8:25
**fact** [3] - 10:3, 10:4, 29:15
**facts** [1] - 29:9
**Faegre** [1] - 2:7
**fairly** [3] - 25:24, 27:7, 28:18
**faith** [3] - 30:10, 30:23, 32:10
**fake** [1] - 30:8
**familiar** [1] - 4:9
**far** [3] - 5:17, 28:17, 38:1
**farm** [2] - 19:19, 26:14
**farmers** [1] - 31:13
**FARMS** [1] - 1:4
**Farms** [1] - 31:13
**fascinating** [2] - 25:23, 27:22
**fashion** [1] - 19:14
**fault** [1] - 21:17
**FCRR** [2] - 1:23, 40:12
**February** [1] - 40:10
**Federal** [1] - 23:6
**fee** [1] - 30:20
**feel** [3] - 8:20, 22:8, 29:6
**fees** [4] - 31:18, 31:20, 31:21, 31:24
**Feller** [1] - 15:1
**few** [3] - 4:17, 15:21, 23:2
**Fielden** [1] - 34:19
**figure** [3] - 29:3, 29:19, 30:22
**figures** [6] - 25:23, 26:3, 28:20, 28:25, 29:14, 33:10
**file** [1] - 32:4
**files** [2] - 35:3, 37:5
**fill** [2] - 15:5, 15:9
**final** [3] - 7:2, 7:4, 35:14
**financially** [1] - 40:9
**financing** [1] - 29:17
**find** [5] - 26:1, 26:14, 27:13, 27:14, 33:16
**fine** [1] - 24:18
**finger** [1] - 21:16
**finish** [1] - 16:3
**first** [12] - 3:25, 4:20, 4:23,

15:13, 18:6, 18:9, 32:2
**fit** [1] - 26:6
**flavor** [1] - 13:10
**flesh** [1] - 33:9
**Floor** [2] - 2:5, 2:7
**floor** [1] - 27:6
**focused** [1] - 28:14
**followed** [2] - 18:10, 19:8
**following** [2] - 3:1, 3:4
**footage** [1] - 35:1
**FOR** [1] - 1:1
**foregoing** [1] - 40:5
**forgetting** [1] - 14:15
**form** [3] - 20:7, 24:3
**formal** [3] - 24:8, 24:11, 27:9
**forthcoming** [1] - 19:5
**forward** [2] - 9:21, 11:20
**four** [3] - 16:11, 24:25, 37:16
**frankly** [1] - 17:9
**full** [1] - 4:2
**fully** [5] - 15:22, 20:14, 27:12, 28:11, 30:4
**funded** [2] - 30:17, 32:15
**funders** [5] - 25:18, 26:2, 26:18, 29:22, 33:8
**funding** [5] - 26:15, 29:23, 30:12, 31:17, 31:23

## G

**gathering** [3] - 14:16, 35:16, 38:12
**Gawker** [1] - 32:15
**general** [1] - 37:13
**generally** [2] - 33:9
**get** [12] - 8:25, 12:6, 19:8, 20:11, 21:16, 21:21, 21:22, 22:4, 22:16, 22:18, 23:20, 36:10
**getting** [3] - 27:3, 27:11, 28:1
**Giudicessi** [1] - 3:16
**GIUDICESSI** [1] - 2:7
**give** [5] - 11:14, 11:17, 13:8, 19:15, 28:3
**given** [4] - 14:2, 19:7, 26:17, 27:23
**giving** [1] - 4:11
**glad** [1] - 4:6
**glass** [1] - 4:2
**glass-is-half-full** [1] - 4:2
**glean** [1] - 14:25
**govern** [2] - 35:15, 35:16
**Grand** [1] - 2:7
**grant** [1] - 29:7
**Grassley's** [1] - 26:8
**great** [1] - 32:9
**greater** [1] - 31:3
**ground** [1] - 25:6
**grounds** [1] - 31:19
**group** [1] - 3:14

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 43 of 48

**Grover** [1] - 29:25
**guess** [7] - 3:25, 10:8, 18:6, 24:16, 27:4, 27:5, 27:10
**guidelines** [2] - 35:15, 35:19
**guy** [2] - 4:3, 32:15

## H

**Hainey** [1] - 34:19
**half** [2] - 4:2, 14:13
**hand** [1] - 40:10
**handled** [1] - 30:19
**handling** [2] - 3:19, 3:20
**handy** [1] - 34:17
**happen** [2] - 21:23, 31:14
**happy** [3] - 14:11, 37:2
**harsh** [1] - 17:5
**headline** [1] - 36:20
**hear** [3] - 6:11, 24:16, 29:10
**heard** [1] - 13:5
**hearing** [8] - 3:17, 15:7, 18:6, 18:9, 39:7, 40:3, 40:4, 40:5
**Hearst** [3] - 2:5, 3:6, 34:6
**HEARST** [1] - 1:7
**heart** [1] - 24:13
**HELD** [1] - 1:14
**held** [2] - 3:4, 40:3
**helpful** [1] - 4:8
**hereby** [1] - 40:2
**hereto** [1] - 40:8
**heretofore** [1] - 40:3
**hide** [1] - 20:6
**high** [1] - 4:1
**high-profile** [1] - 4:1
**hiring** [1] - 35:8
**hole** [2] - 32:7
**HON** [1] - 1:14
**honest** [1] - 32:13
**Honor** [37] - 3:19, 5:21, 6:5, 6:21, 7:19, 8:22, 10:1, 10:12, 10:13, 10:16, 11:1, 12:9, 14:24, 14:25, 15:7, 15:11, 15:25, 18:18, 19:16, 20:2, 21:14, 22:20, 22:22, 23:12, 24:5, 24:9, 24:21, 25:13, 28:9, 28:14, 28:18, 29:20, 30:1, 33:3, 34:22, 36:19, 39:9
**Honor's** [4] - 6:16, 20:13, 24:16, 30:3
**Honorable** [1] - 40:3
**hope** [7] - 16:18, 25:7, 25:12, 27:15, 38:16, 38:18
**hopefully** [2] - 12:18, 25:15
**horrible** [2] - 32:7
**hours** [1] - 35:2
**hundreds** [1] - 32:2

## I

**I-9** [3] - 23:23, 24:2, 24:3
**idea** [1] - 30:12
**identified** [4] - 4:20, 7:22, 8:1, 31:21
**identify** [4] - 12:24, 12:25, 13:11, 25:18
**identifying** [3] - 5:3, 12:21, 21:7
**identity** [1] - 29:22
**Ill** [1] - 1:3
**illuminate** [1] - 33:17
**imagination** [1] - 20:5
**imagining** [1] - 26:4
**impasse** [1] - 27:19
**implore** [1] - 32:17
**imply** [1] - 33:5
**important** [4] - 8:21, 15:12, 15:13, 16:17
**improper** [1] - 31:10
**IN** [2] - 1:1, 40:10
**inability** [1] - 18:4
**inaccurate** [1] - 18:18
**inadvertently** [2] - 10:10, 11:11
**INC** [1] - 1:7
**inclination** [1] - 22:15
**inclined** [2] - 26:18, 32:22
**including** [2] - 5:2, 26:22
**incorporate** [1] - 10:22
**indicated** [2] - 8:19, 40:3
**indiscernible** [7] - 7:5, 8:1, 10:18, 10:22, 13:4, 16:24, 23:7, 37:4
**individuals** [3] - 16:22, 34:9, 34:20
**information** [26] - 5:2, 5:3, 5:7, 13:12, 14:3, 14:10, 14:21, 15:9, 21:4, 21:8, 22:25, 23:11, 23:15, 23:21, 23:24, 24:7, 25:1, 25:3, 27:3, 31:9, 33:19, 38:9, 38:12, 38:13, 38:15
**initial** [1] - 8:4
**injecting** [1] - 21:19
**inquiry** [2] - 29:3, 29:19
**insistent** [1] - 22:16
**instance** [4] - 14:24, 21:6, 24:24, 35:24
**instruct** [1] - 18:1
**instructed** [3] - 16:7, 16:12, 18:4
**instruction** [1] - 19:7
**instructions** [1] - 18:9
**intend** [1] - 17:12
**intention** [1] - 10:2
**interest** [3] - 26:23, 29:14, 32:1
**interested** [1] - 40:9
**interesting** [1] - 25:19

**interrogatories** [7] - 12:22, 13:2, 21:25, 22:2, 22:16, 24:22, 25:5
**interrogatory** [9] - 12:20, 13:13, 14:4, 16:21, 22:10, 23:2, 23:6, 24:12, 38:9
**interviews** [1] - 37:7
**interwoven** [1] - 11:9
**involuntary** [3] - 25:23, 28:20, 33:10
**involved** [4] - 11:6, 21:16, 29:17, 34:10
**involves** [1] - 12:19
**IOWA** [1] - 1:1
**Iowa** [5] - 1:16, 1:24, 2:8, 40:2, 40:14
**issue** [32] - 5:25, 6:22, 7:9, 7:17, 9:16, 9:17, 10:11, 11:20, 12:3, 12:15, 12:19, 18:3, 20:19, 22:17, 25:17, 25:19, 25:22, 26:9, 27:9, 27:17, 28:8, 28:11, 30:2, 30:4, 33:14, 33:17, 33:21, 33:23, 35:18, 37:3, 37:8
**issues** [15] - 3:22, 3:24, 4:5, 4:11, 4:16, 4:18, 9:23, 10:8, 19:24, 27:3, 27:7, 27:24, 33:25, 39:4
**issuing** [1] - 38:8
**itself** [1] - 34:7

## J

**January** [5] - 1:15, 16:6, 18:12, 21:6, 35:2
**Jay** [1] - 34:19
**Joe** [1] - 15:1
**John** [1] - 26:12
**joke** [1] - 33:1
**JONATHAN** [1] - 2:4
**Journal** [1] - 19:18
**JR** [1] - 1:3
**Judge** [9] - 3:11, 4:9, 5:10, 12:15, 14:23, 16:4, 17:19, 19:2, 20:12, 21:8, 24:20, 25:7, 25:21, 26:17, 30:7, 30:23, 32:4, 35:4, 39:8
**judge** [6] - 7:16, 13:4, 13:7, 16:2, 32:16, 34:2

## K

**keep** [2] - 4:14, 14:14
**key** [2] - 29:3, 29:24
**kind** [4] - 25:20, 26:10, 28:16, 33:16
**KLD** [3] - 18:5, 18:9, 19:6
**KLDiscovery** [1] - 18:2
**knowingly** [1] - 5:23
**knowledge** [4] - 16:25, 17:1,

23:4, 23:5
**known** [2] - 23:24, 37:23
**knows** [1] - 28:18

## L

**labor** [2] - 35:10, 36:15
**laid** [1] - 7:20
**language** [1] - 12:9
**large** [1] - 35:3
**last** [5] - 5:13, 5:22, 15:21, 23:24, 29:5
**law** [1] - 18:24
**Law** [1] - 2:2
**lawsuit** [2] - 32:4, 32:15
**lawsuits** [1] - 30:13
**lawyers** [7] - 10:20, 10:23, 11:6, 11:9, 15:3, 20:15, 34:21
**least** [5] - 4:4, 4:18, 4:22, 8:19, 26:11
**leave** [3] - 22:10, 28:3, 33:20
**legal** [4] - 7:6, 10:22, 11:12, 27:7
**legislation** [1] - 26:8
**lengthy** [2] - 27:7, 29:10
**letter** [18] - 4:20, 6:23, 7:18, 7:21, 9:3, 9:4, 10:15, 12:10, 20:9, 24:19, 28:11, 30:16, 32:19, 33:24, 34:4, 34:7, 34:14, 34:24
**letters** [4] - 3:25, 4:15, 31:7
**levity** [2] - 32:22, 32:25
**license** [1] - 25:11
**likely** [1] - 27:12
**limited** [5] - 26:2, 27:5, 28:18, 28:25, 33:10
**limited-purpose** [1] - 28:25
**line** [1] - 16:15
**list** [4] - 6:23, 7:22, 7:25, 8:2
**listed** [2] - 10:13, 10:20
**litigation** [6] - 4:2, 25:18, 26:12, 30:17, 31:10, 31:17
**LIZZA** [1] - 1:7
**Lizza** [9] - 3:6, 5:24, 7:1, 7:23, 11:16, 35:16, 36:5, 36:9, 37:23
**Lizza's** [3] - 35:5, 35:11, 37:4
**LLC** [1] - 1:4
**log** [4] - 5:5, 10:13, 10:15, 10:17
**logical** [1] - 23:16
**look** [4] - 4:9, 10:16, 11:25, 12:16, 17:19, 21:5, 22:12, 25:7, 25:8
**looking** [2] - 4:15, 24:19
**looks** [1] - 4:15

## M

**made** [4] - 17:11, 17:12,

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*

19:21, 27:4
**MAGA** [1] - 32:14
**MAGAZINE** [1] - 1:7
**Magazine** [1] - 3:6
**mail** [6] - 5:12, 10:5, 10:20, 16:7, 16:14, 37:14
**mails** [2] - 34:8, 37:19
**Main** [1] - 2:2
**main** [1] - 38:16
**majority** [1] - 3:20
**make** [7] - 4:14, 15:12, 19:6, 19:10, 24:17, 28:19, 29:19
**making** [2] - 24:23, 31:20
**manager** [2] - 19:6, 21:22
**MARK** [1] - 1:14
**Mark** [1] - 40:3
**massive** [2] - 14:6, 14:23
**materials** [1] - 11:2
**matter** [2] - 3:7, 32:25
**McDonald** [1] - 34:18
**mean** [6] - 9:4, 14:24, 15:3, 16:4, 33:5, 37:9
**means** [1] - 9:7
**mechanics** [1] - 15:23
**Media** [1] - 3:7
**media** [2] - 15:18, 29:1
**MEDIA** [1] - 1:7
**meet** [6] - 5:13, 8:18, 9:24, 22:13, 27:16, 38:19
**meeting** [1] - 10:7
**mentioned** [3] - 37:9, 37:12, 37:23
**mere** [1] - 29:15
**met** [1] - 17:10
**MICHAEL** [1] - 2:7
**Michael** [1] - 34:19
**might** [6] - 32:22, 32:23, 33:19, 33:23, 38:19, 39:4
**mindful** [2] - 29:9, 30:3
**minds** [1] - 10:7
**miss** [1] - 3:17
**missed** [1] - 28:5
**missing** [5] - 20:10, 33:24, 34:23, 35:22, 35:23
**misunderstanding** [2] - 10:10, 15:24
**Moines** [1] - 2:7
**month** [3] - 4:13, 24:24, 39:3
**months** [1] - 37:16
**morning** [10] - 3:5, 3:12, 3:13, 25:20, 25:22, 27:22, 28:2, 28:6, 34:1, 39:6
**motion** [3] - 28:15, 33:13, 35:6
**motions** [1] - 27:20
**move** [3] - 9:21, 11:20, 33:21
**MR** [15] - 3:11, 5:10, 7:16, 12:14, 13:4, 13:7, 16:2, 16:4, 17:19, 21:12, 24:15, 30:7, 33:2, 34:2, 39:8
**MS** [13] - 3:18, 6:20, 7:12,

10:1, 12:7, 15:11, 16:6, 21:14, 22:20, 22:22, 28:9, 36:19, 39:9
**multiple** [1] - 17:11
**multitude** [1] - 15:2
**Murray** [5] - 1:17, 1:23, 40:2, 40:12, 40:12
**mythical** [1] - 25:25

**N**

**names** [1] - 3:15
**narrative** [2] - 29:2, 30:9
**narrow** [1] - 4:4
**narrowed** [1] - 4:16
**NATHANIEL** [1] - 2:4
**national** [1] - 37:24
**nature** [3] - 14:5, 23:25, 29:22
**nearly** [1] - 36:25
**necessarily** [1] - 29:10
**necessary** [1] - 22:9
**need** [12] - 3:21, 4:12, 8:21, 9:10, 22:1, 22:24, 26:24, 27:19, 33:20, 34:1, 35:22, 38:25
**needed** [1] - 12:5
**needs** [1] - 21:23
**never** [3] - 17:23, 18:16, 20:7
**New** [2] - 2:5
**news** [4] - 30:9, 31:8, 35:16, 38:12
**next** [6] - 4:12, 6:22, 6:23, 12:19, 25:17, 33:21
**NINA** [1] - 2:5
**nine** [1] - 25:1
**nonconfidential** [1] - 15:17
**none** [4] - 18:25, 19:1
**nonprivileged** [4] - 5:2, 9:6, 10:6, 11:16
**nonsense** [1] - 32:16
**normal** [1] - 6:14
**NORTHERN** [1] - 1:1
**note** [1] - 32:19
**noted** [1] - 6:1
**notes** [6] - 7:3, 9:6, 10:7, 34:5, 34:8, 35:5
**nothing** [4] - 26:15, 30:8, 30:13, 31:2, 31:5, 31:11
**notice** [2] - 4:11, 38:10
**novel** [1] - 28:21
**November** [1] - 17:10
**number** [7] - 3:7, 13:23, 24:22, 25:10, 25:11, 36:6, 37:9
**numbered** [1] - 21:2
**numbers** [3] - 5:3, 21:3, 25:9
**NUNES** [1] - 1:3, 1:3
**Nunes** [10] - 3:6, 15:18, 19:13, 26:22, 29:13, 29:16,

Nunes's [6] - 19:18, 19:19, 30:13, 30:20, 31:1, 37:16
**NuStar** [3] - 31:13, 35:9, 36:14
**NUSTAR** [1] - 1:4
**nuts** [1] - 27:23

**O**

**o'clock** [1] - 39:1
**obey** [1] - 11:1
**object** [5] - 10:12, 11:18, 14:1, 14:9, 25:6
**objected** [1] - 5:19
**objection** [3] - 5:19, 6:1, 14:6
**obligated** [1] - 24:7
**obligation** [1] - 17:8
**observe** [1] - 4:1
**obtain** [1] - 38:21
**obvious** [1] - 22:6
**obviously** [4] - 8:25, 10:18, 10:25, 25:2
**occur** [1] - 9:23
**occurred** [1] - 20:8
**OF** [1] - 1:1
**offered** [1] - 6:25
**Office** [1] - 2:2
**Oil** [2] - 26:13, 27:13
**once** [4] - 18:17, 20:8, 20:23, 20:24
**one** [18] - 5:10, 12:19, 14:13, 18:20, 19:10, 19:16, 23:3, 24:15, 24:25, 25:11, 33:6, 33:21, 33:23, 34:2, 34:12, 34:21
**one-and-a-half** [1] - 14:13
**ones** [1] - 28:8
**online** [2] - 36:2, 38:3
**open** [2] - 3:4, 27:6
**opinion** [2] - 25:21, 29:2
**opportunity** [4] - 28:4, 28:10, 30:4, 38:10
**opposed** [1] - 8:7
**opposing** [2] - 6:11, 9:10
**order** [12] - 4:9, 7:9, 8:12, 8:23, 9:20, 10:25, 11:1, 11:21, 12:9, 26:1, 28:13, 29:5
**Ordered** [1] - 1:20
**ordered** [1] - 26:5
**organizations** [1] - 31:8
**otherwise** [1] - 23:18
**own** [2] - 17:1, 17:6

**P**

**page** [6] - 6:23, 24:19, 26:21, 34:4, 34:23
**pages** [2] - 7:21, 15:17
**PAMurrayReporting@**

gmail.com [1] - 1:25
**papers** [1] - 29:20
**paragraph** [2] - 10:5, 11:24
**paralegal** [1] - 21:9
**parameters** [1] - 27:18
**park** [12] - 3:17, 6:19, 7:11, 9:25, 15:8, 19:12, 20:3, 20:12, 20:22, 21:15, 22:21, 36:18
**PARK** [14] - 2:4, 3:18, 6:20, 7:12, 10:1, 12:7, 15:11, 16:6, 21:14, 22:20, 22:22, 28:9, 36:19, 39:9
**Park** [1] - 3:19
**part** [5] - 4:4, 5:15, 14:17, 30:17, 33:11
**particular** [1] - 32:24
**particularly** [1] - 27:5
**parties** [11] - 4:4, 4:21, 9:24, 13:16, 13:25, 20:18, 22:14, 28:12, 36:21, 40:7, 40:8
**parties'** [1] - 5:8
**party** [1] - 28:3
**password** [1] - 36:3
**pasted** [1] - 10:4
**Patrice** [5] - 1:17, 1:23, 40:2, 40:12, 40:12
**paying** [3] - 32:4, 32:14, 32:15
**payroll** [1] - 14:19
**people** [5] - 3:15, 12:21, 32:12, 32:23, 35:16
**per** [1] - 26:18
**percent** [1] - 17:25
**perhaps** [4] - 15:24, 16:17, 33:21, 37:22
**period** [7] - 4:25, 5:11, 5:14, 5:24, 6:4, 6:8
**permit** [1] - 26:18
**permitted** [2] - 17:4, 27:2
**person** [1] - 24:1
**personal** [1] - 5:2
**Peter** [1] - 32:14
**phone** [8] - 21:21, 35:11, 35:24, 36:4, 36:10, 37:21, 37:25, 38:21
**photographs** [1] - 34:25
**phrase** [1] - 31:3
**picked** [1] - 31:8
**piece** [2] - 13:11, 13:12
**pinned** [1] - 22:9
**place** [2] - 40:3, 40:6
**plaintiff** [7] - 3:8, 4:17, 5:1, 12:22, 22:3, 22:9, 30:21
**plaintiffs** [15] - 1:5, 4:23, 13:2, 14:8, 16:20, 16:22, 17:5, 17:8, 17:11, 18:16, 20:5, 20:6, 23:13, 26:2, 37:15
**Plaintiffs** [1] - 2:3
**plaintiffs'** [8] - 7:7, 7:14, 10:14, 12:20, 16:23, 33:24, 35:8, 37:17

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*
Case 5:20-cv-04003-CJW-MAR   Document 72   Filed 02/09/21   Page 45 of 48

**play** [1] - 13:8
**plug** [2] - 21:8, 21:9
**PO** [2] - 1:24, 40:13
**point** [15] - 5:10, 9:22, 16:18, 20:11, 21:18, 21:25, 22:8, 23:19, 26:20, 28:15, 28:19, 29:4, 32:22, 36:24, 39:4
**pointed** [4] - 5:11, 5:21, 6:5, 34:22
**pointing** [1] - 21:16
**points** [4] - 6:16, 15:12, 22:23, 38:17
**policies** [3] - 5:16, 6:14, 38:24
**policy** [2] - 37:13, 37:14
**political** [4] - 29:14, 30:19, 30:25, 32:11
**posed** [1] - 13:2
**position** [6] - 7:20, 8:12, 9:8, 10:24, 14:22, 17:25
**positions** [1] - 25:15
**possession** [5] - 6:3, 7:1, 34:5, 36:23, 37:25
**possible** [4] - 31:16, 31:17, 31:25, 33:20
**possibly** [3] - 14:3, 29:13, 32:2
**posts** [1] - 15:19
**potential** [2] - 27:2, 29:24
**potentially** [2] - 13:18, 25:25
**practical** [1] - 12:17
**practices** [1] - 35:8
**practitioner** [1] - 17:23
**practitioners** [1] - 15:5
**prepared** [1] - 3:1
**prepublication** [1] - 11:6
**present** [4] - 5:1, 5:15, 6:9, 27:19
**presents** [1] - 29:8
**preserve** [1] - 12:3
**preserved** [3] - 5:19, 9:19, 11:22
**preserving** [1] - 8:12
**press** [1] - 31:11
**pressing** [1] - 28:8
**pretty** [3] - 23:9, 36:8, 37:11
**primarily** [1] - 15:18
**principle** [2] - 7:13, 10:9
**privilege** [16] - 5:5, 7:5, 7:22, 7:24, 7:25, 8:2, 8:14, 8:18, 8:20, 9:15, 9:19, 10:19, 11:4, 11:5, 11:11
**privileged** [7] - 5:6, 8:3, 9:9, 11:3, 11:22, 36:23, 38:12
**pro** [1] - 30:19
**problem** [1] - 18:8
**Proceedings** [1] - 39:10
**proceedings** [3] - 3:4, 40:4, 40:5
**process** [5] - 11:7, 18:14, 34:11, 36:8

**produce** [27] - 4:24, 5:18, 6:2, 6:9, 6:25, 7:25, 8:16, 8:23, 9:5, 9:9, 10:5, 10:24, 11:23, 13:14, 14:11, 14:15, 17:24, 18:16, 20:6, 34:15, 34:16, 35:13, 35:23, 36:22, 38:6, 38:16
**produced** [33] - 5:5, 8:11, 9:13, 12:1, 13:7, 13:13, 14:12, 15:10, 15:14, 15:15, 15:25, 17:24, 18:1, 18:5, 18:11, 18:19, 19:12, 19:14, 19:19, 19:21, 19:22, 19:24, 21:17, 34:8, 34:13, 34:24, 35:1, 35:4, 35:13, 36:25, 37:4, 37:6, 38:23
**producing** [6] - 8:13, 8:15, 10:12, 11:18, 15:23, 37:20
**production** [12] - 7:7, 9:20, 9:22, 14:10, 16:10, 16:15, 18:23, 19:11, 21:20, 22:5, 24:11, 27:25
**productions** [2] - 5:4, 15:19
**productive** [1] - 27:23
**profile** [1] - 4:1
**project** [2] - 19:6, 21:21
**proper** [1] - 30:2
**property** [1] - 23:8
**proposed** [1] - 26:8
**protective** [1] - 7:9
**prove** [1] - 26:2
**provide** [2] - 12:20, 24:7
**provided** [1] - 7:6
**provisions** [1] - 7:8
**public** [10] - 25:23, 26:3, 28:20, 28:25, 29:2, 29:3, 29:19, 30:22, 33:10
**Public** [1] - 26:13
**published** [2] - 7:2, 31:8, 31:9
**publishing** [1] - 35:17
**pure** [3] - 31:3, 31:5, 32:1
**purport** [1] - 23:1
**purpose** [3] - 26:3, 28:25, 31:10
**put** [5] - 13:21, 13:22, 13:23, 19:2, 24:20

# Q

**questions** [1] - 17:6
**quite** [2] - 29:9, 37:9
**quote** [1] - 34:9

# R

**rabbit** [2] - 32:6, 32:7
**raise** [1] - 28:22
**rampant** [1] - 32:5
**ran** [1] - 35:9

**Rapids** [3] - 1:16, 1:24, 40:14
**rare** [1] - 25:25
**rather** [1] - 26:7
**reach** [1] - 11:13
**reached** [1] - 36:24
**read** [4] - 3:15, 7:18, 11:25, 25:21
**readily** [1] - 38:3
**real** [2] - 4:3, 7:17
**really** [22] - 7:19, 8:7, 9:3, 10:23, 11:13, 13:18, 13:25, 14:22, 17:21, 20:12, 20:19, 23:17, 23:18, 27:18, 28:25, 29:2, 29:6, 29:18, 30:15, 32:1, 33:5, 34:7
**reason** [5] - 11:3, 24:5, 29:12, 36:5
**reasonable** [1] - 11:14
**reasons** [2] - 23:2, 24:9
**Reath** [1] - 2:7
**receive** [5] - 16:10, 16:18, 16:19, 17:14, 24:10
**received** [4] - 15:17, 15:19, 16:1, 37:19
**recognition** [1] - 22:24
**recognized** [2] - 28:21, 37:6
**record** [7] - 4:23, 6:2, 6:3, 28:16, 28:23, 33:14, 40:5
**recorded** [1] - 37:7
**recording** [5] - 1:17, 3:2, 37:8, 39:13, 40:4
**recordings** [2] - 34:25, 35:3
**records** [21] - 13:14, 13:18, 14:5, 18:22, 19:25, 20:1, 23:18, 23:23, 34:5, 34:8, 35:5, 35:12, 35:24, 36:4, 36:10, 37:21, 38:1, 38:2, 38:14, 38:21, 38:24
**redact** [2] - 5:1, 38:12
**redacted** [3] - 5:6, 19:1, 27:25
**redaction** [1] - 38:6
**reduced** [1] - 30:20
**redundant** [1] - 32:23
**refer** [1] - 30:14
**reference** [1] - 31:24
**referring** [1] - 16:10
**refers** [1] - 19:17
**reflected** [1] - 23:22
**refusal** [2] - 12:20, 25:18
**refused** [3] - 17:23, 18:16, 20:5
**refusing** [2] - 16:20, 38:15
**regard** [1] - 28:20
**regarding** [1] - 33:22
**regardless** [3] - 22:25, 23:20, 24:9
**registration** [1] - 25:10
**regular** [1] - 4:8
**relate** [1] - 19:15

**related** [4] - 7:3, 31:10, 31:14, 40:7
**relative** [1] - 40:8
**relatively** [1] - 11:7
**release** [4] - 16:8, 18:2, 18:13, 28:1
**released** [2] - 21:22, 22:13
**relevance** [4] - 5:20, 31:16, 31:18, 31:25
**relevant** [8] - 19:20, 19:22, 19:23, 27:3, 29:18, 29:23, 29:24, 37:8
**relied** [3] - 22:8, 35:10, 36:14
**remain** [1] - 39:4
**remarks** [1] - 27:4
**rendered** [1] - 11:8
**report** [2] - 13:8, 21:6
**Reporter** [4] - 1:18, 1:23, 40:2, 40:13
**reporting** [2] - 35:17, 37:6
**reports** [1] - 14:19
**represent** [4] - 4:23, 24:10, 37:24
**representing** [1] - 15:2
**requested** [5] - 7:6, 21:4, 23:21, 23:23, 38:4
**requests** [1] - 4:25
**require** [1] - 23:1
**required** [1] - 18:24
**research** [3] - 34:20, 37:5
**researchers** [1] - 34:6
**reserve** [2] - 17:13, 28:22
**resist** [1] - 19:3
**resolve** [8] - 4:5, 7:9, 9:24, 12:16, 25:16, 27:8, 28:2, 28:6
**resolved** [2] - 9:16, 9:17
**resources** [1] - 30:21
**respect** [2] - 23:12, 32:9
**respectfully** [3] - 20:18, 30:24, 32:6
**respond** [7] - 17:18, 17:20, 20:12, 22:19, 23:4, 30:6, 30:7
**response** [3] - 16:21, 24:8, 31:15
**responses** [3] - 12:20, 23:2, 24:12
**responsive** [4] - 4:24, 11:24, 13:12, 36:22
**rest** [2] - 6:12, 19:10
**retain** [1] - 6:13
**retained** [1] - 6:8
**retention** [4] - 5:16, 6:14, 37:13, 38:24
**reveal** [1] - 11:12
**reviewed** [1] - 3:25
**rightfully** [1] - 28:14
**rigorous** [1] - 34:11
**RMR** [2] - 1:23, 40:12
**road** [2] - 32:17, 32:24
**ROBERTS** [1] - 1:14
**Roberts** [1] - 40:3

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*

**routine** [1] - 5:16
**Rule** [3] - 13:13, 20:19, 23:6
**rules** [1] - 17:4
**ruling** [2] - 25:24, 27:9
**run** [1] - 38:21
**Ryan** [1] - 3:6
**RYAN** [1] - 1:7

## S

**S.E** [1] - 1:16
**sanctions** [1] - 17:14
**SARAH** [1] - 2:4
**Sarah** [1] - 3:19
**satisfactory** [1] - 9:25
**satisfies** [1] - 25:12
**schedule** [1] - 39:3
**Scheffler** [1] - 34:18
**scope** [1] - 24:22
**SCOTT** [1] - 2:2
**se** [1] - 26:19
**Sebastian** [1] - 34:18
**second** [1] - 16:17
**secondly** [1] - 10:11
**secret** [1] - 19:17
**secure** [1] - 18:14
**securing** [1] - 29:17
**Security** [4] - 5:3, 13:23, 21:3, 25:9
**see** [12] - 4:3, 4:6, 5:22, 9:2, 10:17, 10:19, 12:19, 18:23, 21:6, 25:17, 29:4, 33:15
**seek** [4] - 17:13, 30:12, 38:9, 38:12
**seeking** [1] - 32:20
**seem** [8] - 12:23, 15:3, 26:1, 33:11, 33:18, 34:14, 36:1, 36:8
**sees** [2] - 20:23, 20:25
**Senator** [1] - 26:8
**send** [2] - 16:7, 25:8
**sense** [2] - 17:17, 23:5
**sent** [2] - 20:9, 37:19
**sentence** [1] - 11:24
**serious** [1] - 32:21
**set** [1] - 40:10
**Seventh** [1] - 1:15
**several** [1] - 38:4
**sewer** [3] - 30:14, 32:21, 32:23
**SHAH** [1] - 2:5
**Shah** [1] - 3:16
**shape** [3] - 20:7, 29:1, 29:2
**Sheldon** [1] - 32:3
**Shell** [2] - 26:13, 27:13
**short** [2] - 17:8, 17:22
**short-staffed** [2] - 17:8, 17:22
**Shorthand** [2] - 1:18, 40:2
**show** [7] - 13:11, 18:20, 23:1, 35:7, 35:9, 36:

**sic** [1] - 13:1
**side** [1] - 15:1
**Sierra** [1] - 26:14
**signed** [1] - 22:16
**signing** [2] - 21:24, 22:10
**similar** [3] - 4:10, 26:8, 35:17
**simple** [1] - 37:18
**simply** [4] - 17:3, 23:16, 23:21, 24:5
**single** [5] - 17:16, 18:20, 18:21, 18:23, 18:24
**situation** [1] - 29:7
**Social** [4] - 5:3, 13:22, 21:3, 25:9
**social** [1] - 15:18
**solo** [4] - 15:5, 16:24, 17:22
**solely** [1] - 31:9
**solution** [1] - 36:1
**solve** [1] - 18:8
**someone** [2] - 26:5, 26:6, 26:15
**somewhat** [2] - 4:10, 28:21, 29:7
**soon** [1] - 22:12
**sorry** [2] - 16:4, 22:22
**sort** [7] - 4:2, 17:20, 22:17, 24:20, 27:18, 27:24, 39:2
**sorts** [1] - 28:2
**sounds** [2] - 10:9, 38:18
**sources** [1] - 37:7
**speaking** [1] - 3:23
**speaks** [1] - 34:7
**specifically** [2] - 10:22, 37:22
**speculated** [1] - 32:3
**speculation** [4] - 31:3, 31:6, 32:1, 32:5
**staff** [3] - 34:5, 34:10, 34:17
**staffed** [3] - 17:8, 17:22, 20:14
**stage** [2] - 22:11, 33:13
**stamped** [1] - 13:9
**stand** [1] - 26:25
**standards** [2] - 35:14, 35:19
**stands** [1] - 24:5
**starting** [1] - 4:19
**state** [2] - 5:5, 5:8
**State** [1] - 40:2
**statement** [3] - 10:3, 18:19, 37:1
**statements** [2] - 34:12, 35:7
**States** [1] - 16:23
**STATES** [1] - 1:1
**status** [6] - 3:8, 4:8, 4:12, 4:13, 33:22, 39:3
**STATUS** [1] - 1:13
**Steve** [1] - 13:5
**STEVEN** [1] - 2:2
**Steven** [1] - 2:2
**still** [3] - 9:7, 9:23, 22:18
**stipulation** [2] - 9:12, 9:14

**stop** [2] - 16:12, 30:2
**Street** [3] - 2:2, 2:5, 19:18
**stretch** [1] - 20:4
**strikes** [1] - 26:20
**strongly** [1] - 30:20
**subject** [5] - 7:6, 8:11, 13:13, 29:5, 38:6
**subparts** [3] - 24:23, 25:4, 25:5
**subpoena** [3] - 35:25, 36:6, 38:11
**subpoenaing** [1] - 38:8
**subsequent** [2] - 9:6, 10:6
**substance** [1] - 10:11
**substantial** [1] - 36:12
**substantially** [1] - 35:9
**substitute** [1] - 12:23
**suggest** [5] - 15:21, 19:4, 20:18, 30:16, 30:24
**suggested** [4] - 19:12, 32:12, 32:13, 35:24
**suggesting** [1] - 20:4, 38:2
**suggestion** [3] - 4:7, 11:21, 28:12
**suggests** [2] - 9:4, 30:21
**suing** [1] - 26:13
**suit** [1] - 24:21
**Suite** [1] - 2:2
**summaries** [1] - 14:19
**supplement** [1] - 28:22
**supported** [1] - 37:5
**supporter** [1] - 32:11
**supporters** [2] - 30:18, 31:1
**supposed** [1] - 33:1

## T

**talk** [1] - 34:1
**talking** [1] - 27:24
**talks** [1] - 19:17
**teed** [1] - 27:9
**tell** [9] - 15:25, 23:14, 23:15, 35:20, 35:23, 35:25, 36:5, 36:6, 36:16
**telling** [3] - 23:13, 27:11, 31:25
**ten** [3] - 8:2, 15:3, 39:1
**terms** [3] - 4:11, 21:24, 27:25
**testify** [2] - 31:23
**THE** [28] - 1:1, 1:1, 1:14, 3:5, 3:13, 3:23, 6:18, 6:22, 7:15, 9:18, 11:20, 12:13, 12:18, 13:6, 15:8, 16:3, 17:17, 21:11, 21:13, 21:15, 22:21, 24:14, 25:14, 30:5, 32:18, 33:5, 36:18, 38:18
**themselves** [2] - 4:5, 17:9
**they've** [4] - 8:1, 13:9, 17:12, 32:11
**Thiel** [1] - 32:14

**thinks** [2] - 12:2
**thousand** [1] - 17:25
**threads** [1] - 10:20
**three** [1] - 24:25
**today** [8] - 6:24, 7:11, 17:12, 18:8, 19:6, 19:8, 27:5, 32:25
**took** [1] - 35:2
**top** [1] - 34:4
**topic** [2] - 27:22, 29:11
**touch** [1] - 4:19
**track** [1] - 4:14
**transcribed** [2] - 1:17, 40:4
**transcript** [2] - 3:1, 40:5
**Transcript** [1] - 1:20, 1:20
**transcription** [1] - 39:12
**transcripts** [1] - 35:5
**transfer** [1] - 16:12
**tried** [1] - 38:20
**troves** [1] - 37:18
**true** [6] - 15:14, 22:6, 35:8, 35:9, 37:1, 40:5
**truth** [2] - 23:9, 36:12
**try** [7] - 3:22, 4:4, 9:24, 12:11, 17:5, 32:24, 39:2
**trying** [5] - 3:24, 10:2, 11:13, 20:6, 30:11
**turn** [1] - 25:17
**Twitter** [7] - 30:14, 32:2, 32:12, 32:13, 32:21, 32:23
**two** [8] - 4:16, 6:16, 10:8, 14:14, 15:5, 15:11, 24:25, 29:25
**type** [5] - 23:22, 24:1, 25:12, 35:19, 36:3

## U

**unauthorized** [1] - 36:14
**unclear** [1] - 10:2
**under** [8] - 7:7, 8:23, 9:13, 11:21, 15:16, 17:4, 23:6, 27:17
**understood** [1] - 7:18
**undocumented** [4] - 5:23, 17:2, 24:4, 35:10
**unfortunately** [1] - 38:25
**United** [1] - 16:23
**UNITED** [1] - 1:1
**unquestionably** [1] - 11:3
**unusual** [3] - 29:7, 29:9, 29:21
**up** [8] - 12:5, 18:3, 22:11, 26:11, 27:9, 31:8, 33:25
**upload** [1] - 36:3
**urgency** [2] - 21:19, 22:24
**used** [1] - 5:24
**uses** [1] - 37:23

*Contact Patrice Murray at PAMurrayReporting@gmail.com*
*for a complete copy of the transcript.*

## V

**vast** [1] - 3:20
**vault** [1] - 18:14
**vendor** [4] - 16:8, 16:12, 18:2, 18:13
**vendors** [1] - 28:1
**verified** [5] - 16:21, 22:1, 23:1, 24:8, 24:11
**Verizon** [1] - 36:7
**versions** [1] - 11:10
**versus** [1] - 3:6
**video** [1] - 34:25
**Virginia** [1] - 2:3
**virtually** [1] - 23:9
**vS** [1] - 1:6

## W

**wage** [2] - 14:19, 21:6
**waited** [1] - 37:15
**waive** [2] - 8:24, 11:11
**waiver** [1] - 8:17
**waiving** [3] - 8:13, 9:15, 10:19
**Wall** [1] - 19:18
**want** [25] - 4:19, 5:11, 6:4, 6:10, 6:11, 8:16, 11:2, 15:22, 17:24, 18:17, 18:19, 19:10, 20:2, 20:21, 21:16, 23:19, 24:24, 24:25, 25:6, 28:14, 29:4, 29:10, 29:11, 31:9, 36:12
**wanted** [9] - 4:21, 4:22, 6:15, 6:24, 7:10, 10:16, 17:17, 22:19, 26:14
**warranted** [1] - 26:3
**weeks** [1] - 15:21
**welcome** [3] - 28:10, 28:12, 30:4
**well-connected** [1] - 29:14
**well-known** [1] - 37:23
**West** [2] - 2:2, 2:5
**WESTERN** [1] - 1:2
**whatsoever** [1] - 19:2
**wherein** [1] - 22:2
**WHEREOF** [1] - 40:10
**whole** [3] - 19:23, 20:10, 30:17
**wholesale** [1] - 11:19
**wholly** [1] - 12:14
**Williams** [2] - 25:21, 26:17
**willing** [2] - 9:11, 12:11
**wish** [2] - 11:12, 25:20
**withheld** [2] - 5:6, 18:25
**withholding** [1] - 38:14
**witness** [3] - 26:23, 29:15, 29:24
**WITNESS** [1] - 40:10
**witnesses** [3] - 26:22, 26:25,

33:20
**word** [1] - 29:5
**work** [7] - 12:11, 12:13, 14:23, 15:4, 16:23, 24:1, 24:17
**worked** [6] - 12:21, 12:25, 13:1, 16:21, 22:7
**worker** [1] - 24:24
**workers** [9] - 5:23, 17:2, 18:20, 23:8, 23:10, 24:4, 24:6, 24:7, 36:14
**working** [1] - 21:7
**works** [2] - 23:14, 23:16
**worth** [1] - 33:4
**writing** [2] - 5:24, 31:7

## Y

**year** [4] - 14:13, 18:21, 24:25, 37:15
**years** [4] - 13:17, 14:13, 14:14, 18:21
**York** [2] - 2:5

*Contact Patrice Murray at PAMurrayReporting@gmail.com for a complete copy of the transcript.*