IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>RYAN LIZZA and HEARST MAGAZINE MEDIA, INC., <br><br>　　　　Defendants. | No. 20-cv-4003-CJW <br><br>**ORDER GRANTING DEFENDANTS' RESISTED DISCOVERY MOTION AND DIRECTING THE SOCIAL SECURITY ADMINISTRATION TO PRODUCE CERTAIN RECORDS** |

_____

　　　　Before me is a motion by Defendants Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants") for an order directing the Social Security Administration (the "SSA") to produce certain records. Although the motion anticipated a resistance by Plaintiffs, no resistance was filed. **IT IS HEREBY ORDERED**:

　　　　1.　　For good cause shown the motion is **GRANTED**.

　　　　2.　　The Social Security Administration (the "SSA") is **HEREBY ORDERED** to produce to Defendants' counsel a copy of all "No Match Letters," Correction Request Letters, Requests for Employer Information, or Form SSA-L4112 Letters issued to Plaintiff NuStar Farms, LLC, EIN 205965428 ("NuStar"), Anthony Nunes, Jr., or Anthony Nunes, III; all similar inquiries issued to any or all of the Plaintiffs by which the SSA sought documents or information regarding the names or social security numbers ("SSNs") proffered to the SSA by Plaintiffs, either directly or indirectly; and all file

materials related to any of the above-identified notices, letters, or inquiries (together, the "No Match Files").

3. **IT IS FURTHER ORDERED** that the SSA shall verify the validity of the SSNs of employees disclosed by NuStar to Defendants during discovery in this case. Specifically, within seven (7) days of service of this Order, the SSA shall ask the Court for a chart with names and SSNs, which the Court is maintaining *in camera* (the "Chart"). The SSA shall email its request for the Chart to Amy Steele, Amy_Steele@iand.uscourts.gov, and copy counsel for Defendants and Plaintiffs. The Chart will be in the following form:

|   | NAME | SSN | Match? |
|---|------|-----|--------|
| 1 | John Doe | 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 | |
| 2 | Jane Doe | 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 | |
|   |      |     |        |

The SSA shall complete the Chart by, in the "Match?" column, populating the cells with "Yes" if the name and SSN in that row matches the SSA's records, or "No" if the name and SSN in that row do not match the SSA's records.

4. **IT IS FURTHER ORDERED** that, within seven (7) days of service of this Order, the SSA shall review the protective order in this case concerning the treatment of confidential information (a copy of which is attached) (the "Protective Order"), sign Exhibit A thereto, and email an executed copy of Exhibit A to Defendants' counsel.

5. The SSA is **FURTHER ORDERED** to designate all documents and information it produces in response to this Order as "Counsel's Eyes Only," pursuant to the Protective Order.

6. The SSA is **FURTHER ORDERED** to produce the No Match Files, and a fully populated Chart, to Defendants within twenty-one (21) days of service of this Order.

2

Case 5:20-cv-04003-CJW-MAR   Document 80   Filed 03/15/21   Page 2 of 3

7. Defendants are **HEREBY ORDERED** to serve a copy of this Order on the General Counsel, Social Security Administration, Room 617, Altmeyer Building, 6401 Security Boulevard, Baltimore, MD 21235-6401, by hand delivering this Order to the mail room staff associated with the Office of General Counsel, *see* 20 C.F.R. § 423.3, and to file a certificate of service with the Clerk of the Court once service is completed.

**IT IS SO ORDERED** this 15th day of March, 2021.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa