IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, AND NUSTAR FARMS, LLC, | ) ) ) | No. 20-cv-4003-CJW |
| Plaintiffs, | ) ) |  |
| vs. | ) ) |  |
| RYAN LIZZA and HEARST MAGAZINE MEDIA, INC., | ) ) ) |  |
| Defendants. | ) ) |  |

**OPPOSED MOTION FOR EXTENSION OF TIME**

On March 15, 2021, the Court issued an order, entered as docket entry 80 ("Order"), requiring that the Social Security Administration (1) provide copies to the defendants of certain categories of documents ("'No Match Letters,' Correction Request Letters, Requests for Employer Information, or Form SSA-L4112 Letters issued . . . [as well as] all similar inquiries issued to any or all of the Plaintiffs"), (2) request a chart from the Court of names and social security numbers and then complete a column indicating whether the names and numbers matched based on a review of the "SSA's records," and (3) review and sign a protective order. (Order ¶¶ 2-4.) Paragraph 6 of the protective order, which is attached to the Order as docket entry 80-1, requires signatories to agree, among other things, not to use any information deemed protected "except in strict accordance with the express terms and conditions of [the protective order]."

Regarding timing for compliance, the Order required the document production within 21 days of service, a request for the chart within 7 days of service, completion of the chart within 21 days of service, and return of a signed protective order within 7 days of service. (Order ¶¶ 3-4, 6.)

The Order appears to have resulted from a motion to compel and a motion for an order directing the SSA to produce documents, both of which the plaintiffs filed on February 26, 2021 (docket entries 78 and 79), although the United States cannot access the documents on the Court's cm/ecf system because it appears the docket entries are either sealed or have been assigned a modified security status.

Counsel for the plaintiffs represented that the plaintiffs do not oppose the requested extension. Counsel for the defendants indicated that the defendants oppose the request, at least in part. Because the United States has not been a party to this litigation, it is unclear whether granting this extension request will impact any other deadlines currently applicable to the parties. Counsel for the United States, in fact, is not aware of any effort by counsel for the defendants to contact the United States or its agencies prior to defense counsel requesting that the Court order the United States to produce certain documents and complete certain tasks. This is the first motion seeking an extension of the Order's deadlines.

Good cause supports the United States' extension request because the Order presents multiple complex and important issues. Among other issues, the Order appears to require the production of documents, although potentially in the possession of the SSA, that are tax "return information" for purposes of

26 U.S.C. § 6103(b)(2), meaning that Congress may have specifically prohibited the disclosure of the documents in all but a limited set of exceptions that would not seem to apply here.[1] Also, it is not clear who would be required to sign the protective order for the United States, and the protective order could be understood to limit any such person's ability to use information in the course of that employee's duties as an employee for the United States – something an employee could not agree not to do. In regard to the chart, it is also not certain that the current protective order would suffice to allow the SSA to provide the information requested, assuming the SSA is authorized to provide the information, the SSA has responsive information in its possession, and the chart itself (of undisclosed length) is not too burdensome or voluminous.

For these and other reasons, counsel for the United States needs additional time to consult with attorneys at the affected agencies, to coordinate a response to the Order with other attorneys at other components of the Department of Justice, and to formulate a comprehensive response to the Order. The United States requests an extension of 28 days of all the deadlines in the Order to allow the United States to complete these tasks and respond in full to the Court's order.

---

[1] The scope of information covered by 26 U.S.C. § 6103 and therefore protected from disclosure is "elaborate," *Church of Scientology v. IRS*, 484 U.S. 9, 15 (1987), and "highly inclusive," *King v. IRS*, 688 F.2d 488, 491 (7th Cir. 1982). The SSA Program Operations Manual System appears to identify categorize the type of documents the Order requires be produced as being "Tax Return Information" for purposes of § 6103. *See* Program Operations Manual System GN 03320.001, *https://secure.ssa.gov/apps10/poms.nsf/lnx/0203320001*. The United States also notes that, as written, there is no period specified in the order for how far back SSA is required to search for potentially responsive documents.

Service was completed on the SSA on March 25, 2021, meaning the United States is currently required to request the chart and sign the protective order by April 1, 2021, and to provide the requested information and documents by April 15, 2021. The United States requests that each of these deadlines be extended by 28 days, giving the United States until April 28, 2021, to request the chart and sign the protective order or to file a motion seeking relief from either of those parts of the Court's order, and until May 13, 2021, to provide the requested documents or to file a motion seeking relief from that part of the Court's order. Counsel for the United States will also use the extension period to consult with counsel for both parties to understand better the necessity of what is needed for the litigation and work with the parties to avoid, if possible, the need for further judicial intervention in these issues.

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By, /s/ Jacob A. Schunk

JACOB A. SCHUNK
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
Telephone: (319) 363-6333
Fax: (319) 363-1990
jacob.schunk@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2021 electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ D. Nash