IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,**<br><br>Plaintiffs,<br><br>v.<br><br>**Ryan Lizza** and **Hearst Magazine Media, Inc.,**<br><br>Defendants. | Case No. 5:20-cv-04003-CJW-MAR<br><br>**Order Denying Without Prejudice the Government's Motion for an Extension, and Modifying the Court's Order Directing the Social Security Administration to Produce Certain Records** |

**THIS MATTER**, having come before the Court upon a resisted motion, ECF No. 87 (the "Motion"), made by Interested Party the United States on behalf of the Social Security Administration (the "Government") for an extension of the deadlines set forth in the Court's Order Granting Defendants' Resisted Discovery Motion and Directing the Social Security Administration to Produce Certain Records, ECF No. 80 (the "Order"); and, having considered the papers submitted in support of the Motion, and those papers submitted in response to the Motion by Defendants Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants"); now, therefore, **IT IS HEREBY ORDERED:**

1. The Motion is **DENIED WITHOUT PREJUDICE**, with the additional direction that (i) Defendants shall continue to reach an accommodation with the Government to address reasonable timing concerns, and (ii) if necessary, the Government can re-file a motion for an extension of time.

2. The Order is **SUPPLEMENTED AND MODIFIED** as follows:

    a. By April 5, 2021, Plaintiff NuStar Farms, LLC ("NuStar"), shall provide to counsel for the Government a written request for the Government (including

both the IRS and SSA) to produce the No-Match Files for the years 2006 to 2021.[1] The request must materially comply with the requirements set forth for such requests in 26 U.S.C. § 6103(e) and Part 11, Chapter 3, Section 2 of the Internal Revenue Manual.

b. Upon receipt of such request and payment from Defendants, as required by 42 U.S.C. § 1306(c), the Government shall promptly produce the No-Match Files to the requestor except that the Government need not produce any internal documents, internal correspondence, or any other materials that were not transmitted outside of the Government unless those materials are only file indications that transmissions were sent outside of the Government.

c. Upon receipt of the No-Match Files from the Government, Plaintiffs shall promptly produce the No-Match Files as received from the Government to Defendants.

d. Paragraph 3 of the Order is modified such that, rather than requesting the Chart from the Court within seven (7) days of service of the Order, the Government shall instead request the Chart from Defendants' counsel, and Defendants' counsel shall produce the Chart to the Government on or before April 5, 2021.

e. Paragraph 3 of the Order is further modified such that the Chart will also contain a column for the listed workers' reported dates of birth, to the extent that information is known or available. The Chart will therefore be in the following form:

---

[1] "No-Match Files" and "the Chart" have the same definitions as in the Order.

|   | NAME | SSN | Date of Birth | Match? |
|---|------|-----|---------------|--------|
| 1 | John Doe | | | |
| 2 | Jane Doe | | | |
|   | | | | |

      f.   Paragraph 4 of the Order is stricken and replaced with: "The Government will treat the Chart as confidential, and will not further disclose the chart unless doing so is consistent with its normal operations."

3. The Order remains effective except as supplemented and modified herein.

**IT IS SO ORDERED** this 5th day of April, 2021.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa