# HEARST

**Office of General Counsel**

Eve Burton
**Executive Vice President
Chief Legal Officer**

Jonathan R. Donnellan
Mark C. Redman
**Vice President
Co-General Counsel**

Kenan J. Packman
Maureen Walsh Sheehan
Ravi V. Sitwala
Jack Spizz
**Associate General Counsel**

Carolene S. Eaddy
**Vice President
Corporate Human Resources**

Jennifer G. Tancredi
Debra S. Weaver
**Senior Counsel**

Catherine A. Bostron
**Corporate Secretary**

Sultan Barazi
Liddy Barrow*
Nathaniel S. Boyer
Lisa Bozman
David Brioso
Michael A. Canencia
James Coil
Adam Colón
Howard Davis
Travis P. Davis
Ignacio Diaz*
Vincent Floyd*
Kerry A. Flynn
Matthew Greenfield
Diego Ibargüen
Monika Jedrzejowska
Kate Mayer
Marianne Chow Newman
Aimee Nisbet*
Sarah S. Park
Suzanne Peters
Andrea S. Ryken
Eva M. Saketkoo
Jennifer Schanes
Nina Shah
Federica Tigani*
Kitty Yang*
Stephen H. Yuhan
Jim Zeng
**Counsel**

* Not admitted or resident in New York

Nathaniel S. Boyer
Counsel

May 11, 2021

**VIA ECF**

The Hon. Mark A. Roberts
United States Magistrate Judge
U.S. District Court for the Northern District of Iowa
111 Seventh Avenue SE
Cedar Rapids, IA 52401

Re: *NuStar Farms, LLC et al. v. Lizza et al.*,
  Case No. 5:20-cv-04003-CJW-MAR

Dear Judge Roberts:

We and Faegre Drinker Biddle & Reath LLP represent Defendants Ryan Lizza and Hearst Magazine Media, Inc. in this defamation action brought by Plaintiffs NuStar Farms, LLC ("NuStar"), Anthony Nunes, Jr., and Anthony Nunes, III ("Plaintiffs"). We submit this notice in advance of the upcoming status conference scheduled before the Court for 9 a.m. on May 13, 2021. *See* ECF No. 71.

We are pleased to report that Defendants do not have any matters that they wish to address with the Court at the conference scheduled for Thursday. Defendants would be amenable to canceling the conference, but are of course happy to appear and answer any questions the Court may have. As always, we appreciate the Court's willingness to make itself available for these conferences.

Respectfully submitted,

/s/  Nathaniel S. Boyer
  Nathaniel S. Boyer*

*Admitted pro hac vice

cc: all counsel of record (by CM/ECF)

300 West 57th Street
New York, NY 10019
T 212.649.2030
Nathaniel.Boyer@hearst.com