# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC, <br> Plaintiff(s) <br> vs. <br> RYAN LIZZA and HEARST MAGAZINE MEDIA, INC., <br> Defendant(s) | **HEARING MINUTES**   Sealed: No <br><br> Case No.: 20-CV-4003-CJW <br> Presiding Judge: Mark A. Roberts <br> Deputy Clerk: AMS <br> Official Court Record: FTR Gold |

| Date: | 05/13/2021 | Start: | 9:03 a.m. | Adjourn: | 9:53 a.m. | Courtroom: | | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Steven S. Biss | | | | | |
| | | Defendant(s): | Jonathan R. Donnellan, Michael A. Giudicessi, Nathaniel S. Boyer, Nicholas A. Klinefeldt, Nina N. Shah, and Ravi V. Sitwala | | | | | |
| | | Other: | | | | | | |
| | | Interpreter: | | Language: | | Certified: | | Phone: |

**TYPE OF PROCEEDING:** Status Conference   Contested?   Continued from a previous date?

Motion(s):   Ruling:

Matters discussed:

The parties discussed with the Court various issues to be resolved.

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**

Page **1** of **1**