IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,** | Case No. 5:20-cv-04003-CJW-MAR |
| Plaintiffs, | |
| v. | **Defendants' Unresisted Motion to Extend Deadlines for Expert Disclosures** |
| **Ryan Lizza** and **Hearst Magazine Media, Inc.,** | |
| Defendants. | |

Defendants Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants"), through their undersigned counsel, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16(f), move for an amendment to the Scheduling Order and Discovery Plan, *see* ECF Nos. 61, 66, 76, 77, to extend the expert disclosure deadlines as follows:

*Expert witness disclosures:*

    1. Defendants' expert(s): **July 30, 2021**

    2. Plaintiffs' rebuttal expert(s): **August 16, 2021**

As good cause for this request, Defendants state as follows:

    1.    At present, Defendants' expert disclosures are due on June 22, 2021, *see* ECF No. 77, with Plaintiffs' rebuttal expert disclosures due July 13, 2021, *see id*.

    2.    Pursuant to Local Rule 16(f), Defendants state that the expert disclosure deadline as originally set in the Court's scheduling order was February 25, 2021. S*ee* ECF No. 61. It has been extended two prior times: once in connection with an unresisted motion filed by Plaintiffs to extend their disclosure deadline, *see* ECF No. 66, and once on an unresisted motion by Defendants, *see* ECF No. 77.

1

3. Further, pursuant to Local Rule 16(f)(5), Defendants state that this requested extension does not disturb the currently scheduled trial date of February 14, 2022, *see* ECF No. 64, nor does it affect the dispositive motion deadline of September 3, 2021, *see* ECF No. 61. Further, Defendants are not seeking an extension of the August 2, 2021 discovery deadline, with the limited exception of (i) depositions, if any, of Defendants' experts,[1] and (ii) disclosure of Plaintiffs' rebuttal experts, if any, whom Defendants may then depose.

4. Defendants have engaged three independent consultants whom Defendants anticipate will be named as testifying experts: (1) a former ICE Special Agent in Charge and Deputy Assistant Director, (2) an agricultural labor economist, and (3) a forensic accountant. All three experts' analyses will be greatly informed by the testimony of NuStar's employees (the "Employees") and Plaintiffs, *i.e.*, NuStar itself, by Rule 30(b)(6), and by its officers and owners, the Nuneses (as defined below).

5. Defendants sought to depose at least some of the Employees between May 12-14, and to depose NuStar by Rule 30(b)(6) by early June, so their deposition transcripts could be prepared and reviewed by the experts well in advance of the June 22 disclosure deadline. To date, none of those depositions have been completed. *See, e.g.*, ECF No. 103 (motion regarding adjournment of depositions of Employees).

6. Plaintiffs' counsel has recently informed Defendants' counsel that NuStar is not available to be deposed by Rule 30(b)(6) until July 14, 2021, at the earliest, and that Plaintiffs Anthony Nunes, Jr., and Anthony Nunes, III, and NuStar's co-owner (Toni Dian Nunes) and its secretary (Lori Nunes) (together, "the Nuneses"), are also unavailable until mid-July.

---

[1] If Plaintiffs wish to depose Defendants' experts, Defendants would make their experts available for deposition for 30 days after their reports are disclosed, notwithstanding the August 2, 2021 discovery cut-off date.

7. Defendants can accommodate these July dates (July 14-16, 19-20) for the depositions, but, accordingly, believe their expert disclosures cannot be completed by the current deadline.

8. Pursuant to Local Rule 7(k), Defendants' counsel has conferred in good faith with Plaintiffs' counsel regarding extending these expert disclosure deadlines as requested by this motion. Plaintiffs consented to Defendants' request, on the condition that they be provided an opportunity to serve any rebuttal expert reports on a similar timeframe. Defendants agreed to Plaintiffs' condition. Resultingly, Plaintiffs consent to the proposed dates set forth in this motion.

WHEREFORE, Defendants respectfully request that the Court issue an order amending the Scheduling Order and Discovery Plan by re-setting the expert disclosure deadlines, as set forth above.

*[signature block on next page]*

Dated: June 2, 2021

Respectfully Submitted,

**Ryan Lizza and Hearst Magazine Media, Inc., Defendants**

By: /s/ Nathaniel S. Boyer
Jonathan R. Donnellan, *Lead Counsel*\*
  jdonnellan@hearst.com
Ravi V. Sitwala\*
  rsitwala@hearst.com
Nathaniel S. Boyer\*
  nathaniel.boyer@hearst.com
Sarah S. Park\*
  sarah.park@hearst.com
Nina Shah\*
  nina.shah@hearst.com
The Hearst Corporation
Office of General Counsel
300 West 57th Street
New York, New York 10019
Telephone: (212) 841-7000
*\*Admitted Pro Hac Vice*

Michael A. Giudicessi
  michael.giudicessi@faegredrinker.com
Nicholas A. Klinefeldt
  nick.klinefeldt@faegredrinker.com
Susan P. Elgin
  susan.elgin@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
*Counsel for Defendants*

## Certificate of Service

The undersigned certifies that a true copy of **Defendants' Unresisted Motion to Extend Deadlines for Expert Disclosures** was served upon the following parties through the Court's CM/ECF electronic filing system on June 2, 2021.

                                                              /s/ Nathaniel S. Boyer

Copy to:

Joseph M. Feller
  *jfeller@kkfellerlaw.com*

Steven S. Biss
  *stevenbiss@earthlink.net*

*Attorneys for Plaintiff*