IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,

Plaintiffs,

v.

Ryan Lizza and Hearst Magazine Media, Inc.,

Defendants.

Case No. 5:20-cv-04003-CJW-MAR

### REPLY DECLARATION OF NATHANIEL S. BOYER

I, **NATHANIEL S. BOYER**, declare as follows pursuant to 28 U.S.C. § 1746:

1. I, Nathaniel S. Boyer, represent defendants Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants") in this case. I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2. I have reviewed all documents produced to date by Plaintiffs NuStar Farms, LLC ("NuStar"), Anthony Nunes, Jr., and Anthony Nunes, III ("Plaintiffs"), Bates Numbers PX0001 through PX4110 (the "Production"). Plaintiffs have produced ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, *see* ECF No. 103-5, who has been subpoenaed for deposition testimony in this case, *see* ECF No. 103-14. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were produced ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. When asked about this, on June 3, 2021, Plaintiffs' counsel produced ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. However, Plaintiffs' counsel neither produced nor stated that Plaintiffs possess ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

1

I declare under penalty of perjury that the following is true and correct. Executed this 4th day of June, 2021, in New York, New York.

                                               /s/     Nathaniel S. Boyer
                                               **NATHANIEL S. BOYER**