IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III, <br><br> Plaintiffs, <br><br> v. <br><br> Ryan Lizza and Hearst Magazine Media, Inc., <br><br> Defendants. | Case No. 5:20-cv-04003-CJW-MAR <br><br> **Motion to Appear *Pro Hac Vice* of Kristen L. Hauser** |

  Kristen L. Hauser, a lawyer who is not a member of the bar of this district, hereby moves to appear in this case pro hac vice on behalf of Ryan Lizza and Hearst Magazine Media, Inc. Ms. Hauser is a member in good standing of the bar of the State of New York, and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

  Kristen L. Hauser further states that she will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Michael A. Giudicessi, Faegre Baker Daniels LLP, 801 Grand Avenue, Des Moines, Iowa 50309, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

                 By:  /s/ Kristen L. Hauser_____
                 Kristen L. Hauser
                 (NY State Bar No. 2938470)
                 Hearst Corporation
                 Office of General Counsel
                 300 West 57th Street
                 New York, NY 10019
                 Tel.: (212) 649-2076
                 khauser@hearst.com

                 *Applicant for Admission Pro Hac Vice on behalf of Defendants*

## Certificate of Service

      The undersigned certifies that a true copy of **Motion to Appear *Pro Hac Vice* of Kristen L. Hauser** was served upon the following parties through the court's CM/ECF electronic filing system on June 16, 2021.

                                            /s/ Kristen L. Hauser

Copy to:

Joseph M. Feller
  *jfeller@kkfellerlaw.com*

Steven S. Biss
  *stevenbiss@earthlink.net*

*Attorneys for Plaintiff*