IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | |
|---|---|
| NUSTAR FARMS, LLC et al<br><br>Plaintiffs,<br><br>v.<br><br>RYAN LIZZA et al<br><br>Defendants. | Case 5:20-cv-04003-CJW-MAR |

# NOTICE OF WITHDRAWAL

Joseph M. Feller, Esquire, Koopman, Kennedy & Feller, 823 3rd Avenue, P.O. Box 37, Sibley, IA 51249, pursuant to Local Civil Rule 83(d)(6), hereby files his Notice of Withdrawal as legal counsel for the Plaintiffs. William. F. McGinn has appeared of record for client as local counsel.

DATED: June 28, 2021

*[signature]*

Joseph M. Feller # 0002512
Koopman, Kennedy & Feller
823 3rd Avenue, P.O. Box 37
Sibley, IA 51249
Telephone (712) 754-4654
Facsimile (712) 754-2507
Email: jfeller@kkfellerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021 a copy of the foregoing was filed electronically using the Court's CM/ECF System, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF

*/s/ Joseph M. Feller*

Joseph M. Feller # 0002512
Koopman, Kennedy & Feller
823 3rd Avenue, P.O. Box 37
Sibley, IA 51249
Telephone (712) 754-4654
Facsimile (712) 754-2507
Email: jfeller@kkfellerlaw.com