IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,** | Case No. 5:20-cv-04003-CJW-MAR |
| Plaintiffs, | **Defendants' Resisted Motion to Compel Testimony of and Production of Documents by Amanda Bahena** |
| v. | |
| **Ryan Lizza and Hearst Magazine Media, Inc.,** | **(Expedited Treatment and Oral Argument Requested)** |
| Defendants. | |

Through this Motion to Compel (the "Motion"), Defendants Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants"), seek an order compelling the testimony of Amanda Bahena, and the production of certain documents. Defendants request that the Court's order in that regard find in material part that Plaintiffs NuStar Farms, LLC ("NuStar"), Anthony Nunes Jr. ("Anthony Jr;"), and Anthony Nunes III ("Anthony III") (together, "Plaintiffs") waived the ability to assert the attorney-client privilege and attorney work product protection over all matters relating to an immigration fact review and audit that NuStar and/or Plaintiffs commissioned by Bahena and her law firm in 2018 (the "2018 Audit").

In this regard, Defendants seek expedited entry of a discovery order that:

(1) Compels the production of an email, a memorandum, and "sticky notes" that Plaintiffs and Bahena, a partner with Woods, Fuller, Shultz & Smith, P.C., withheld after asserting the attorney-client privilege (the "2018 Audit Documents");

(2) Directs Plaintiffs to allow Bahena to answer all questions posed to her by Defendants' counsel regarding the 2018 Audit and the 2018 Audit Documents at her deposition (currently scheduled for July 29, 2021 at 9 a.m. CT, but which may need rescheduling in light of this Motion, as described below), without objection based on or assertion of the attorney-client or attorney work product privileges;

(3) Requires Bahena to appear for and testify at the deposition under an order of the Court that holds that (a) the attorney-client and attorney work product privileges do not apply to the 2018 Audit, the 2018 Audit Documents, or her testimony about those matters and records, or (b) Plaintiffs waived any such privileges; and

(4) Continues the depositions of NuStar / Anthony III, Anthony Jr., and Lori Nunes for the limited purpose of examining each witness regarding the 2018 Audit, the 2018 Audit Documents, and Bahena's testimony.

The undersigned counsel for Defendants conferred orally with counsel for Plaintiffs pursuant to and in compliance with Local Rule 7(k). He is advised that Plaintiffs resist this motion.

Because Defendants by necessity file this Motion seven days before the close of discovery and less than six weeks before the dispositive motion deadline, Defendants respectfully request that this Court afford the Motion expedited treatment, as follows:

(A) Plaintiffs' Resistance is due one week from today, Monday, August 2, 2021, and

(B) Defendants' reply, if any, is due one business day later, Tuesday, August 3, 2021.

Concurrently with filing this Motion, Defendants ask Plaintiffs' counsel and Bahena to stipulate that, notwithstanding the August 2, 2021 close of discovery, Bahena's deposition may take place within one week of the Court's ruling on this Motion, thereby avoiding the need to take her deposition twice.

If either Plaintiffs or Bahena do not agree, then Defendants (i) intend to proceed with Bahena's deposition on July 29, 2021, as scheduled, but (ii) will leave the deposition open pending a ruling on this Motion if she fails to appear or if she or Plaintiffs assert a privilege that impedes her ability to provide full and complete testimony regarding the 2018 Audit and the 2018 Audit Documents.

Because of the nature of the issues and good cause presented, including applicability of state law to privilege issues, Defendants request that the Court set this matter for a telephonic oral argument on an expedited basis immediately after the expedited briefing schedule requested above.

| | |
|---|---|
| Dated: July 26, 2021 | **Ryan Lizza and Hearst Magazine Media, Inc., Defendants** |
| | /s/ Nathaniel S. Boyer |
| | Jonathan R. Donnellan, *Lead Counsel\** |
| |   jdonnellan@hearst.com |
| | Ravi R. Sitwala\* |
| |   rsitwala@hearst.com |
| | Nathaniel S. Boyer\* |
| |   nathaniel.boyer@hearst.com |
| | Sarah S. Park\* |
| |   sarah.park@hearst.com |
| | Nina Shah\* |
| |   nina.shah@hearst.com |
| | Kristen Hauser |
| |   khauser@hearst.com |
| | THE HEARST CORPORATION |
| | Office of General Counsel |
| | 300 West 57th Street |
| | New York, New York 10019 |
| | Telephone: (212) 841-7000 |
| | Facsimile: (212) 554-7000 |
| | *\*Admitted Pro Hac Vice* |
| | |
| | Michael A. Giudicessi |
| |   michael.giudicessi@faegredrinker.com |
| | Nicholas A. Klinefeldt |
| |   nick.klinefeldt@faegredrinker.com |
| | Susan P. Elgin |
| |   susan.elgin@faegredrinker.com |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 801 Grand Avenue, 33rd Floor |
| | Des Moines, Iowa 50309-8003 |
| | Telephone: (515) 248-9000 |
| | Facsimile: (515) 248-9010 |
| | |
| | **Attorneys for Defendants** |

## Certificate of Service

The undersigned certifies that a true copy of **Defendants' Resisted Motion to Compel Testimony of and Production of Documents by Amanda Bahena (Expedited Treatment and Oral Argument Requested)** was served upon the following parties through the court's CM/ECF electronic filing system on July 26, 2021.

/s/ Nathaniel S. Boyer

Copy to:

Bill McGinn
  bmcginn@mcginnlawfirm.com

Steven S. Biss
  stevenbiss@earthlink.net
*Attorneys for Plaintiff*

The undersigned certifies that a true copy of **Defendants' Resisted Motion to Compel Testimony of and Production of Documents by Amanda Bahena (Expedited Treatment and Oral Argument Requested)** was served upon the following via email at his last known email address as shown below July 26, 2021.

/s/ Nathaniel S. Boyer

Copy to:

Sander J. Moorhead
  sander.moorhead@woodsfuller.com

*Counsel for Amanda Bahena and Woods, Fuller, Shultz & Smith, P.C.*