IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III, | Case No. 5:20-cv-04003-CJW-MAR |
| Plaintiffs, | |
| v. | **Defendants' Unresisted Motion to Extend Certain Deposition Discovery Deadlines** |
| Ryan Lizza and Hearst Magazine Media, Inc., | |
| Defendants. | |

For their Unresisted Motion to Extend Certain Deposition Discovery Deadlines, Defendants Ryan Lizza ("Lizza") and Hearst Magazine Media, Inc. ("Hearst") (collectively "Defendants"), by and through the undersigned counsel, state:

1. Plaintiffs served a discovery pleading captioned Plaintiffs' Amended and Supplemental Rule 26(a)(1) Disclosures on Thursday, July 29, 2021 (the "supplemental disclosures"), two business days prior to the August 2, 2021 close of discovery set by the Court's presently operative scheduling order [ECF No. 61].

2. The supplemental disclosures expanded the claimed knowledge of certain previously-listed witnesses and indicated for the first time that Plaintiffs intend to rely on these three previously undisclosed witnesses: two area farmers and one former NuStar employee.

3. If the Court were to permit Plaintiffs to rely on the knowledge of these newly-disclosed witnesses and to offer their testimony in this case, it should first afford Defendants ample time to research and analyze the backgrounds, knowledge, and veracity of those individuals and permit Defendants to take their depositions if Defendants' counsel determines such discovery is needed to prepare and present the defenses of Hearst or Lizza.

4. Under the presently operative Scheduling Order, ECF No. 61, discovery closes on August 2, 2021 (the date of filing of this motion), with the exception of (i) certain discovery related to Defendants' experts, *see* ECF No. 110, and (ii) Defendants' deadline to complete depositions of the NuStar employees for whom the Court recently appointed independent counsel, which deposition deadline for those six witnesses presently is set to close on August 13, 2021, *see* ECF No. 122.

5. Therefore, Defendants respectfully request that this Court extend the discovery deadline for Defendants to complete depositions of the two area farmers and the former NuStar employee by 11 days, to that same August 13, 2021 deadline.

6. Defendants also ask that the Court ratify and confirm the informal agreement between counsel for Plaintiffs and Defendants that depositions of Congressman Devin Nunes and Plaintiffs' designated expert Christopher Buskirk may occur after August 2, 2021.

7. Because of scheduling issues, counsel for the parties agreed informally to accommodate Congressman Nunes by taking his deposition during the week of August 8, 2021, and to accommodate Buskirk by taking his deposition on August 4, 2021.

8. Defendants ask that any Order relating to the extension of their deadline for completion of the depositions of the two area farmers and the former NuStar employee confirm and authorize they also have until August 13, 2021, to complete the depositions of Congressman Nunes and Buskirk.

9. In compliance with L.R. 7(j) Defendants advise the Court that it previously extended the August 2, 2021 deposition deadline, once at the request of Defendants, *see* ECF No. 110, and again to allow for certain discovery related to Defendants' experts, *see* ECF No. 110,

US.134047895.08

2

Case 5:20-cv-04003-CJW-MAR   Document 128   Filed 08/02/21   Page 2 of 5

and again to accommodate NuStar employee depositions after the Court appointed them counsel, *see* ECF No. 122.

10. The requested extension will not affect the dispositive motion date of September 3, 2021, or the scheduled trial date of February 14, 2022, and will neither prejudice the parties nor this Court. *See* ECF No. 61.

11. Under the Local Rules, no supporting brief is necessary or supplied in support of this deadline extension motion.

12. Counsel for Defendants have conferred with Steven Biss, one of the attorneys of record for Plaintiffs, who indicates that Plaintiffs do not resist this motion.

WHEREFORE, Defendants Ryan Lizza and Hearst Media Magazine, Inc. respectfully request that this Court: (a) enter an order approving this Unresisted Motion to Extend Certain Deposition Discovery Deadlines, and (b) extend the discovery deadline for Defendants to complete the depositions of Congressman Nunes and Messrs. Buskirk, the two area farmers, and the disclosed former NuStar employee to August 13, 2021.

Dated: August 2, 2021.        **The Hearst Corporation**

<u>/s/ Michael A. Giudicessi</u>
Jonathan R. Donnellan, *Lead Counsel\**
 *jdonnellan@hearst.com*
Ravi R. Sitwala\*
 *rsitwala@hearst.com*
Nathaniel S. Boyer\*
 *nathaniel.boyer@hearst.com*
Sarah S. Park\*
 *sarah.park@hearst.com*
Nina Shah\*
 *nina.shah@hearst.com*
Kristen Hauser
 *khauser@hearst.com*
THE HEARST CORPORATION
Office of General Counsel
300 West 57th Street
New York, New York 10019
Telephone: (212) 841-7000
Facsimile: (212) 554-7000
*\*Admitted Pro Hac Vice*

Michael A. Giudicessi
 *michael.giudicessi@faegredrinker.com*
Nicholas A. Klinefeldt
 *nick.klinefeldt@faegredrinker.com*
Susan P. Elgin
 *susan.elgin@faegredrinker.com*
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**Attorneys for Defendants**

## Certificate of Service

The undersigned certifies that a true copy of **Defendants' Unresisted Motion to Extend Certain Deposition Discovery Deadlines** was served upon the following parties through the court's CM/ECF electronic filing system on August 2, 2021.

/s/ Katie Miller

Copy to:

Bill McGinn
  *bmcginn@mcginnlawfirm.com*
Steven S. Biss
  *stevenbiss@earthlink.net*
*Attorneys for Plaintiffs*