# PLAINTIFFS' PRIVILEGE LIST

| Author | Date | Type/Nature of Document | Recipients | Subject Matter | Grounds for Privilege |
|---|---|---|---|---|---|
| Amanda J. Bahena, Esquire ("AJB") | 10/12/2018 | Letter | NuStar Farms, LLC Attn: Lori Nunes | Follow-up to I-9 Audit conducted in October of 2018 | Attorney-client communications |
| Lori Nunes | 10/02/2018 | Email | Amanda Bahena | Ryan Lizza's Hit Piece on Plaintiffs | Attorney-client communications |
| AJB/ Lori Nunes (NuStar Farms) | Undated | Multiple Sticky Notes affixed to Forms I-9 during audit in October 2018 | NuStar Farms (Client) | Each sticky note contains legal advice and guidance regarding I-9s | Attorney-client communications |