IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| NUSTAR FARMS, LLC *et al* | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | Case No. C20-4003-CJW-MAR |
| RYAN LIZZA *et al* | ) | **REQUEST FOR EXPEDITED RELIEF PURSUANT TO LR 7(i)** |
| Defendants. | ) | |

# PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Plaintiffs, NuStar Farms, LLC, Anthony Nunes, Jr. and Anthony Nunes, III ("Plaintiffs"), by counsel, pursuant to Rules 30(d)(2), 37(a)(3)(C) and 37(a)(5) of the Federal Rules of Civil Procedure and Local Civil Rules ("LR") 7 and 37, respectfully move the Court to permit deposition testimony from Devin G. Nunes and to sanction Defendants, Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants") for their willful obstruction and interference with questioning and intentional effort to impede witness testimony.

A copy of the disputed part of the deposition is attached *Exhibit "A"*.

The reasons and bases of this Motion are stated in the accompanying Brief, attached as *Exhibit "B"*.

## Certification

The parties, by counsel, have personally conferred in good faith in person (via Zoom) and by email in an effort to resolve this discovery dispute without Court action.

In accordance with Local Rule 37(a). the Declaration of Counsel for Plaintiffs is attached as *Exhibit "C"*.

## CONCLUSION AND REQUEST FOR RELIEF

For the reasons stated above, Plaintiffs respectfully request the Court to grant this Motion to Compel and award their attorney's fees incurred in making this motion.

DATED: August 13, 2021

NUSTAR FARMS, LLC
ANTHONY NUNES, JR.
ANTHONY NUNES, III


By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF.

By: /s/ *Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*