IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | |
|---|---|
| NUSTAR FARMS, LLC *et al* <br><br> Plaintiffs, <br><br> v. <br><br> RYAN LIZZA *et al* <br><br> Defendants. | Case No. C20-4003-CJW-MAR <br><br> **REQUEST FOR EXPEDITED RELIEF PURSUANT TO LR 7(i)** |

# PLAINTIFFS' BRIEF IN SUPPORT
# OF RESISTED MOTION TO COMPEL DISCOVERY

Plaintiffs, NuStar Farms, LLC, Anthony Nunes, Jr. and Anthony Nunes, III ("Plaintiffs"), by counsel, pursuant to Local Civil Rule ("LR") 7, respectfully submit this Brief in Support of their motion to compel discovery from Defendants, Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants") and to award Plaintiffs their reasonable expenses incurred in making the motion, including attorney's fees.

1. On August 10, 2021, the parties appeared for the deposition of third-party witness, Devin G. Nunes (the "Witness").

2. Counsel for the Defendants examined the witness at length, including asking direct questions about the article, about the sources identified in the article, about the audiotapes of Lizza's interviews with those sources produced by Lizza in discovery (which Defendant's marked Counsel's Eyes Only pursuant to the Protective Order), and about Plaintiffs' damages.

1

3.      At the conclusion of Defendants' examination, Counsel for Plaintiffs began his examination of the Witness only to be unceremoniously interrupted, threatened and stopped by counsel for Hearst and Lizza. See Transcript attached.

4.      The litigation process is – or should be – a search for the truth. *Littlewood v. Federal Realty Inv. Trust*, 2014 WL 6713468, at * 2 (Sup. Mass. 2014); *id. Bartsch v. Lage*, 2019 WL 166206, at * 6 (N.J. Super. 2019) ("The discovery rules are to be construed liberally and broadly to facilitate the search for the truth during litigation"); *Riley v. Goodman*, 315 F.2d 232, 234 (3rd Cir. 1963) ("We have long abandoned the adversary system of litigation which regards opposing lawyers as players and the judge as a mere umpire whose only duty is to determine whether infractions of the rules of the game have been committed. A trial is not a contest but a search for the truth so that justice may properly be administered.").

5.      Hearst and Lizza have known the truth all long: that the statements in the article about Plaintiffs are not only false – they were fabricated by Lizza and Hearst.

6.      Counsel for the Plaintiffs intended to examine the Witness based upon statements made by Lizza and made to Lizza on the audiotapes.

7.      Although Counsel for Hearst readily allowed other witnesses to hear what was on the audiotapes, Counsel for Hearst blocked the examination and refused to permit the Witness to hear the truth. Counsel claimed that the examination "exceeded the scope" of his direct examination.

8.      This is not a lawful basis for interrupting a deposition and obstructing a party's examination.

9.      Indeed, it is unethical.

10. It violates every tenet of the Federal Rules of Civil Procedure *and* the First Amendment.

11. Hearst and Lizza know what is on those audiotapes. They know the truth. This was an intentional effort to obstruct discovery and to conceal material facts from a witness.

## **CONCLUSION AND REQUEST FOR RELIEF**

For the reasons stated above, Plaintiffs respectfully request the Court to grant their Motion to Compel Discovery and permit the Plaintiffs' examination of the Witness. Plaintiffs also request an award their attorney's fees incurred in making this motion.

DATED: August 13, 2021

Signature of Counsel on Next Page

NUSTAR FARMS, LLC
ANTHONY NUNES, JR.
ANTHONY NUNES, III


By: */s/ Steven S. Biss*
     Steven S. Biss (VSB # 32972)
     300 West Main Street, Suite 102
     Charlottesville, Virginia 22903
     Telephone:   (804) 501-8272
     Facsimile:    (202) 318-4098
     Email:        stevenbiss@earthlink.net
     (*Admitted Pro Hac Vice*)

     William F. McGinn #24477
     McGINN LAW FIRM
     20 North 16th Street
     Council Bluffs, Iowa 51501
     Telephone: (712) 328-1566
     Facsimile: (712) 328-3707
     Email: bmcginn@themcginnlawfirm.com

     *Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2021 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*