IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | |
|---|---|
| NUSTAR FARMS, LLC *et al* | |
| Plaintiffs, | |
| v. | Case No. C20-4003-CJW-MAR |
| RYAN LIZZA *et al* | **REQUEST FOR EXPEDITED RELIEF PURSUANT TO LR 7(i)** |
| Defendants. | |

# DECLARATION OF STEVEN S. BISS

Steven S. Biss states and deposes as follows, under penalty of perjury:

1. I am over 21 years of age and otherwise competent to make this Declaration. I have personal knowledge of the statements contained herein. The statements in this Declaration are accurate to the best of my knowledge, information and belief.

2. I am lead counsel for Plaintiffs in this action.

3. I make this Declaration pursuant to Local Civil Rule 37(a). I certify that counsel for Plaintiffs, in good faith, has conferred personally with counsel for the Defendants in an attempt to resolve or narrow by agreement the issues raised by Plaintiffs' motion to compel discovery. The lawyers have been unable to reach an agreement.

1

4. On August 10, 2021, Counsel for the parties fully discussed the matter on the record. See Transcript attached to Plaintiffs' motion. On August 12, 2021, Counsel for Plaintiffs against explored the possibility of resolving this dispute without Court intervention.

5. Defendants steadfastly refuse to permit the Witness to hear any portion of the audiotapes.

Further the affiant saith not.

In accordance with 28 U.S.C. § 1746, I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Executed in Charlottesville, Virginia, on August 13, 2021.

/s/ *Steven S. Biss*
STEVEN S. BISS