IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III, <br><br> Plaintiffs, <br><br> v. <br><br> Ryan Lizza and Hearst Magazine Media, Inc., <br><br> Defendants. | Case No. 5:20-cv-04003-CJW-MAR <br><br> Declaration of Nathaniel S. Boyer |

I, **Nathaniel S. Boyer**, declare as follows:

1. I represent Defendants Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants") as an attorney of record in this case admitted *pro hac vice*. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the facts stated herein.

2. In this case, Mr. Lizza has produced all the newsgathering materials he possesses relating to the article at issue. That includes audio recordings of interviews with sources, including those who asked not to be named (and who were not named) in the article in question, given the sensitive nature of what they were discussing. Such audio recordings were designated as "Counsel's Eyes Only" pursuant to the protective order in this case. *See* ECF No. 63.

3. Attached hereto as **Exhibit A** is a true and correct copy of a redacted excerpt of Plaintiffs' Amended and Supplemental Rule 26(a)(1) Disclosures, which I received from Plaintiffs' counsel on July 29, 2021. Congressman Nunes was included as a witness on Plaintiffs' original Rule 26(a)(1) disclosures, too, for nearly identical topics. I received Plaintiffs' original Rule 26(a)(1) disclosures from Plaintiffs' counsel on April 15, 2020.

1

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Congressman Devin G. Nunes, taken on August 10, 2021. Because the time has not yet expired for Plaintiffs' counsel to designate portions of the transcript as Confidential or Counsel's Eyes Only pursuant to the protective order in this case, *see* ECF No. 63 ¶ 12, Defendants are filing these excerpts under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of August, 2021, at New York, New York.

/s/ Nathaniel S. Boyer
**Nathaniel S. Boyer**

## Certificate of Service

      The undersigned certifies that a true copy of **Declaration of Nathaniel S. Boyer** was served upon the following parties through the court's CM/ECF electronic filing system on August 18, 2021.

                                                       /s/ Nathaniel S. Boyer

Copy to:

Bill McGinn
  *bmcginn@mcginnlawfirm.com*
Steven S. Biss
  *stevenbiss@earthlink.net*

*Attorneys for Plaintiffs*