# Exhibit A
# Redacted

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | |
|---|---|
| NUSTAR FARMS, LLC et al<br><br>Plaintiffs,<br><br>v.<br><br>RYAN LIZZA et al<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. C20-4003-CJW-MAR<br>)<br>)<br>)<br>)<br>)<br>) |

# **PLAINTIFFS' AMENDED AND SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES**

Plaintiffs, NuStar Farms, LLC, Anthony Nunes, Jr. and Anthony Nunes, III ("Plaintiffs"), by counsel, pursuant to Rules 26(a)(1) and 26(e) Fed. R. Civ. Pro. ("FRCP"), provide the following Amended and Supplemental Disclosures:

1. *Individuals Likely to Have Discoverable Information*. The following persons are likely to have discoverable information that the Plaintiffs may use to support the facts and allegations in their Second Amended Complaint [*ECF Document 51*]:

    a. Plaintiffs, c/o Steven S. Biss, Esquire. Plaintiffs and their family members, including Lori Nunes and Toni Dian Nunes, have knowledge and information relevant to the facts, allegations and claims stated in the Second Amended Complaint, including, without limitation, Lizza's actions while in Sibley, Defendants' publication of false and defamatory statements, the republication of those statements, Defendants'

1

actual malice, and the presumed damages and actual damages, including insult, pain, embarrassment, humiliation, mental suffering, and injury to reputation, caused by the Defendants' defamation. Plaintiffs and Lori Nunes also have knowledge of NuStar Farms' hiring and document retention practices and protocols, including their deposition testimony, which is incorporated herein.

███ ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████

   c. <u>Devin G. Nunes</u>, c/o Steven S. Biss, Esquire. Devin Nunes has knowledge and information relevant to all facts, allegations and claims stated in his Amended Complaint filed in Case C19-4064 as it may be amended, including, without limitation, Defendants' publication of false and defamatory statements, the republication of those statements, Defendants' actual malice, and the presumed damages and actual damages, including insult, pain, embarrassment, humiliation, mental suffering, and injury to his reputation and to Plaintiffs' reputation, caused by the Defendants' defamation and conspiracy.

███ ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

2

Plaintiffs reserve the right to amend and supplement their Rule 26(a)(1) Disclosures in accordance with the Rule 26 FRCP.

DATED: July 29, 2021

        NUSTAR FARMS, LLC
        ANTHONY NUNES, JR.
        ANTHONY NUNES, III

By: */s/ Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:  (804) 501-8272
        Facsimile:  (202) 318-4098
        Email:  stevenbiss@earthlink.net
        (*Admitted Pro Hac Vice*)

        William F. McGinn #24477
        McGINN LAW FIRM
        20 North 16th Street
        Council Bluffs, Iowa 51501
        Telephone: (712) 328-1566
        Facsimile: (712) 328-3707
        Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2021 a copy of the foregoing was served via email in PDF on counsel for the Defendants.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:   (804) 501-8272
Facsimile:   (202) 318-4098
Email:       stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*