IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF IOWA

WESTERN DIVISION

| | |
|---|---|
| **NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,**<br><br>Plaintiffs,<br><br>v.<br><br>**Ryan Lizza** and **Hearst Magazine Media, Inc.,**<br><br>Defendants. | Case No. 5:20-cv-04003-CJW-MAR<br><br>**Eugene Volokh's Motion to Intervene and Unseal Judicial Records** |

## Eugene Volokh's Motion to Intervene and Unseal Judicial Records

Proposed intervenor Volokh, pursuant to Federal Rule of Civil Procedure 24(b) and Local Civil Rules 7, respectfully moves the Court to grant his request to intervene in this case and unseal the unredacted versions of Defendants' Brief in Support of Their Motion to Compel (Doc. 103), Plaintiffs' Resistance to that motion (Doc. 107), and what appears to be the Defendants' Reply (Doc. 111). (Volokh does not object to the continued deletion of the names and identities of third parties, such as unnamed sources or NuStar employees other than the plaintiffs, but will use "unredacted" as shorthand for versions that only have such personal material removed.)

Volokh personally has conferred in good faith with counsel for plaintiffs and for defendants. Plaintiffs oppose the motion; defendants take no position on this motion,

1

to the extent that the requested relief allows for redaction of the names and identities of unnamed sources and of employees other than plaintiffs.

The reasons and bases of this Motion are stated in the accompanying Brief.

DATED: August 18, 2021.


Eugene Volokh
*Pro se*
UCLA First Amendment Clinic
UCLA School of Law
385 Charles E. Young Dr.
Los Angeles, CA 90095
(310) 206-3926
volokh@law.ucla.edu

## Certificate of Service

I certify that a true copy of the Motion to Intervene and Unseal Judicial Records was submitted to the Court at iand.ecfmail@iand.uscourts.gov, as instructed by the Clerk's Office. All parties are registered for CM/ECF service, and the submission to the Clerk's Office will lead them to be served. It was also e-mailed to the following parties:

William F. McGinn <bmcginn@mcginnlawfirm.com>
Steven S. Biss <stevenbiss@earthlink.net>
*Attorneys for Plaintiff*

Michael A. Giudicessi <michael.giudicessi@faegredrinker.com>
Jonathan Donnellan <jdonnellan@hearst.com>
Nicholas A. Klinefeldt <nick.klinefeldt@faegredrinker.com>
Nathaniel Boyer <nathaniel.boyer@hearst.com>
Ravi Sitwala <rsitwala@hearst.com>
Nina Shah <nina.shah@hearst.com>
Kristen Hauser <khauser@hearst.com>
*Attorneys for Defendant*

s/ Eugene Volokh
Eugene Volokh