IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC, | * * * | |
| Plaintiffs, | * * | Case No. 20-cv-4003-CJW |
| vs. | * * | **MOTION TO WITHDRAW** |
| RYAN LIZZA and HEARST, MAGAZINE MEDIA, INC., | * * | |
| Defendants. | * | |

COMES NOW the undersigned Criminal Justice Act panel attorney, who was appointed by the Court on July 8, 2021, (Doc. 122) to represent witnesses to prepare for, meet with the witnesses, and attend their depositions, and moves to withdraw and in support of this motion states:

1. The undersigned did meet with the witnesses and prepared them for their depositions and did attend their depositions and has, therefore, completed the task for which he was appointed by the Court.

2. Neither the plaintiffs nor the Defendants resist this motion.

WHEREFORE, the undersigned prays for an order withdrawing him from this case.

Respectfully submitted,

BY:/s/ John P. Greer
John P. (JP) Greer  00008287
13 West Fourth Street
P.O. Box 215
Spencer, Iowa  51301-0215

**CERTIFICATE OF SERVICE**
I certify that on August 23, 2021, I electronically filed
the foregoing with the Clerk of Court using the ECF system
which will send notification of such filing to all parties of record.

By: s/ John P. Greer