IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III, <br><br> Plaintiffs, <br><br> v. <br><br> Ryan Lizza and Hearst Magazine Media, Inc., <br><br> Defendants. | Case No. 5:20-cv-04003-CJW-MAR <br><br> **Declaration of Nathaniel S. Boyer** |

I, **Nathaniel S. Boyer**, declare as follows:

1. I represent Defendants Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants") as an attorney of record in this case admitted *pro hac vice*. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the facts stated herein. I make this declaration in connection with Defendants' Resisted Motion to Compel Responses to Third-Party Litigation Funding Discovery Requests (the "Motion") and the brief in support of that Motion.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Devin Nunes, taken on August 10, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Anthony Nunes, III, in both his individual capacity and as the 30(b)(6) corporate representative for NuStar, taken on July 14, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of Lori Nunes, taken on July 16, 2021.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the

1

transcript of the deposition of Plaintiff Anthony Nunes, Jr., taken on July 15, 2021.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the transcript of the deposition of Toni Dian Nunes, taken on July 19, 2021.

7. Because Plaintiffs' counsel designated these transcripts as Counsel's Eyes Only, or the time to designate the transcripts as Counsel's Eyes Only has not yet expired, Exhibits A though E are filed under seal pursuant to the Protective Order entered in this case.

8. I have, on multiple occasions, attempted to obtain from Plaintiffs documents and information concerning third-party litigation funding. This issue was discussed in one or more meet and confer discovery conferences among counsel for the parties and a case management conference before Magistrate Judge Mark A. Roberts. Counsel for Plaintiffs has repeatedly advised me that Plaintiffs will not produce such discovery to Defendants and the parties have told the Court they are at an impasse on this discovery, thereby necessitating the Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August, 2021, at Myrtle Beach, Horry County, South Carolina.

/s/ Nathaniel S. Boyer
**Nathaniel S. Boyer**

## Certificate of Service

The undersigned certifies that a true copy of **Declaration of Nathaniel S. Boyer** was served upon the following parties through the court's CM/ECF electronic filing system on August 23, 2021.

/s/ Katie Miller

Copy to:

Bill McGinn
  *bmcginn@mcginnlawfirm.com*
Steven S. Biss
  *stevenbiss@earthlink.net*

*Attorneys for Plaintiffs*
US.134326962.01