# Exhibit D

# Filed Separately Under Seal