# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN LIZZA and HEARST MAGAZINE MEDIA, INC., <br><br> Defendants. | No. 20-cv-4003-CJW <br><br> **ORDER** |

_____

This case came before the Court pursuant to Defendants' Unresisted Motion to Extend Deadlines. (Doc. 150.) Plaintiffs do not resist said motion. For the following reasons, the Defendants' Motion is **granted in part**.

A scheduling order "may be modified only for good cause and with the judge's consent." FED. R. CIV. P. 16(b)(4). *See also* Local Rule 16(f) ("A motion to extend a scheduling order deadline must demonstrate good cause for the requested extension.") "The primary measure of good cause is the movant's diligence in attempting to meet the order's requirements." *Rahn v. Hawkins*, 464 F.3d 813, 822 (8th Cir. 2006). In ruling on motions to extend deadlines and continue trials, the Court is guided by Rule 1 of the Federal Rules of Civil Procedure, which requires the Court and the parties to construe the rules "to secure the just, speedy, and inexpensive determination of every action and proceeding." FED. R. CIV. P. 1. *See Rouse v. Farmers State Bank of Jewell, Iowa*, 866 F. Supp. 1191, 1199 (N.D. Iowa 1994) (holding that adherence to reasonable deadlines is critical to maintaining integrity of court proceedings).

Defendants seek to extend the dispositive motions deadline. The scheduling guidelines require there be 150 days between the dispositive motion deadline and the trial

date.  Accordingly, the Court will extend the **dispositive motion deadline to September 17, 2021.**  No further continuances of the dispositive motion deadline will be granted. No extensions of any resistance or reply deadlines will be granted.

All other deadlines remain unchanged.  The parties need to comply with this revised deadline and should consider the trial date to be firm.  No future extensions of time will be granted unless there is a showing of exceptional circumstances.

**IT IS SO ORDERED** this 26th day of August, 2021.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa