| | | |
|---|---|---|
| **From:** | "Volokh, Eugene" <VOLOKH@law.ucla.edu> | |
| **Date:** | Wednesday, August 25, 2021 4:50 PM | |
| **To:** | <jdonnellan@hearst.com>; <michael.giudicessi@faegredrinker.com>; <bmcginn@mcginnlawfirm.com>; <stevenbiss@earthlink net> | |
| **Subject:** | Leaky redaction in Doc. 147-1 in Nunes v. Lizza | |

Dear counsel: You may have already heard about this from other sources, but the redactions in Doc. 147-1 in *Nunes v. Lizza* were incorrectly redacted (likely because this was done using black highlighting in Word instead of using Adobe PDF redaction or some such). Anyone who selects the blacked-out text and copy and paste it into Word can then see it as clear text, e.g., "[A]nd now my policy is, and I have a new policy, that if you defame or slander me, I take you to court."

I'm not sure that redaction is in authorized here under court rules on the strength of just the protective order, given the absence of a motion to seal. But I felt that I ought to let you know that this attempted redaction was in any event unsuccessful.

Eugene Volokh