IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **Nustar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,** | Case No. 5:20-cv-04003 |
| Plaintiffs, | |
| v. | **Motion to Appear *Pro Hac Vice* of Scott W. Wright** |
| **Ryan Lizza and Hearst Magazine Media, Inc.,** | |
| Defendants. | |

Scott W. Wright, a lawyer who is not a member of the bar of this district, hereby moves to appear in this case *pro hac vice* on behalf of Ryan Lizza and Hearst Magazine Media, Inc. Mr. Wright is a member in good standing of the bar of the State of Minnesota, and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his *pro hac vice* representation in this case.

Scott W. Wright further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Michael A. Giudicessi, Faegre Drinker Biddle & Reath LLP, 801 Grand Avenue, 33rd Floor, Des Moines, Iowa 50309, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.

Dated: September 7, 2021.   **Faegre Drinker Biddle & Reath LLP**

/s/ Michael A. Giudicessi
Michael A. Giudicessi, *Lead Counsel*
  michael.giudicessi@faegredrinker.com
Nicholas A. Klinefeldt
  nick.klinefeldt@faegredrinker.com
Susan P. Elgin
  susan.elgin@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

/s/ Scott W. Wright
Scott W. Wright
  scott.wright@faegredrinker.com
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

**The Hearst Corporation**

Jonathan R. Donnellan, *Lead Counsel*\*
  jdonnellan@hearst.com
Ravi R. Sitwala\*
  rsitwala@hearst.com
Nathaniel S. Boyer\*
  nathaniel.boyer@hearst.com
Sarah S. Park\*
  sarah.park@hearst.com
Nina Shah\*
  nina.shah@hearst.com
Kristen Hauser
  khauser@hearst.com
THE HEARST CORPORATION
Office of General Counsel
300 West 57th Street
New York, New York 10019
Telephone: (212) 841-7000
Facsimile: (212) 554-7000
*\*Admitted Pro Hac Vice*

**Attorneys for Defendants**

**Certificate of Service**

  The undersigned certifies that a true copy of **Motion to Appear *Pro Hac Vice* of Scott W. Wright** was served upon the following parties through the court's CM/ECF electronic filing system on September 7, 2021.

                          <u>/s/ Katie Miller</u>

Copy to:

Joseph M. Feller
 *jfeller@kkfellerlaw.com*

Steven S. Biss
 *stevenbiss@earthlink.net*

*Attorneys for Plaintiffs*

US.134489544.01