IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | |
|---|---|
| NUSTAR FARMS, LLC *et al* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case 5:20-cv-04003-CJW-MAR<br>)<br>) |
| RYAN LIZZA *et al* | )<br>)<br>) |
| Defendants. | )<br>) |

# **PLAINTIFFS' RESISTED MOTION FOR SANCTIONS**

Plaintiffs, NuStar Farms, LLC, Anthony Nunes, Jr. and Anthony Nunes, III, by counsel, pursuant to the Court's inherent authority, Rule 37(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 7, move for sanctions as a result of the violations of the Court's Protective Order by defendants, Ryan Lizza and Hearst Magazine Media, Inc. (the "Defendants").

The reasons and bases of this Motion are stated in the accompanying Brief, attached as *Exhibit "A"*.

DATED: September 7, 2021


Signature of Counsel on Next Page

1

NUSTAR FARMS, LLC
ANTHONY NUNES, JR.
ANTHONY NUNES, III


By: */s/ Steven S. Biss*
　　　Steven S. Biss (VSB # 32972)
　　　300 West Main Street, Suite 102
　　　Charlottesville, Virginia 22903
　　　Telephone:　(804) 501-8272
　　　Facsimile:　(202) 318-4098
　　　Email:　　　stevenbiss@earthlink.net
　　　(*Admitted Pro Hac Vice*)

　　　William F. McGinn #24477
　　　McGINN LAW FIRM
　　　20 North 16th Street
　　　Council Bluffs, Iowa 51501
　　　Telephone: (712) 328-1566
　　　Facsimile: (712) 328-3707
　　　Email: bmcginn@themcginnlawfirm.com

　　　*Counsel for the Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021 a copy of the foregoing was served via email in PDF on counsel for the Defendants.

By: /s/ *Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*