IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,<br><br>Defendants. | No. 20-cv-4003-CJW<br><br>**ORDER** |

A telephonic hearing regarding motions at Docs. 126, 138 and 147 (including their sealed and unredacted counterparts) will take place before the undersigned on **Tuesday, September 14, 2021, at 1:00 p.m. CDT.** Counsel will receive dial-in instructions via email. **Failure to appear for this hearing could result in sanctions by the Court.**

**IT IS SO ORDERED** this 9th day of September, 2021.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa