IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>Ryan Lizza and Hearst Magazine Media, Inc., <br><br>　　　　Defendants. | Case No. 5:20-cv-04003-CJW-MAR <br><br> **Declaration of Nathaniel S. Boyer in Further Support of Defendants' Resisted Motion to Compel Testimony and Production of Documents by Amanda Bahena [ECF No. 126]** |

I, **Nathaniel S. Boyer**, declare as follows:

1.　I represent Defendants Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants") as an attorney of record in this case admitted *pro hac vice*. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the facts stated herein. I submit this declaration in further support of Defendants' resisted motion to compel testimony and production of documents by Amanda Bahena/

2.　Annexed hereto as **Exhibit A** is a true and correct copy of highlighted excerpts of the transcript of the September 8, 2021 deposition of Clete Samson, an expert witness proffered by Plaintiffs in this case. Because Plaintiffs have designated this entire transcript as Counsel's Eyes Only pursuant to the protective order in this case, *see* ECF No. 63, Defendants are filing these excerpts under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2021, at New York, New York.

　　　　　　　　　　　　　　　　　　　　　　/s/ Nathaniel S. Boyer
　　　　　　　　　　　　　　　　　　　　　　**Nathaniel S. Boyer**

## Certificate of Service

The undersigned certifies that a true copy of **Declaration of Nathaniel S. Boyer in Further Support of Defendants' Resisted Motion to Compel Testimony and Production of Documents by Amanda Bahena [ECF No. 126]** was served upon the following parties through the court's CM/ECF electronic filing system on September 14, 2021, and was served on Counsel for Amanda Bahena and Woods, Fuller, Shultz & Smith, P.C. by email to the address listed below.

/s/ Nathaniel S. Boyer

Copy to:

Bill McGinn
 bmcginn@mcginnlawfirm.com
Steven S. Biss
 stevenbiss@earthlink.net

*Attorneys for Plaintiff*


Sander J. Moorhead
 sander.moorhead@woodsfuller.com

*Counsel for Amanda Bahena and Woods, Fuller, Shultz & Smith, P.C.*