# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC, Plaintiff(s) vs. RYAN LIZZA and HEARST MAGAZINE MEDIA, INC., Defendant(s) | HEARING MINUTES   Sealed: No  Case No.: 20-CV-4003-CJW  Presiding Judge: Mark A. Roberts  Deputy Clerk: AMS  Official Court Record: FTR Gold |
|---|---|

| Date: | 09/14/2021 | Start: | 12:59 p.m. | Adjourn: | 2:21 p.m. | Courtroom: | | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Steven S. Biss and William F. McGinn | | | | | |
| | | Defendant(s): | Jonathan R. Donnellan, Nathaniel S. Boyer, and Nicholas A. Klinefeldt | | | | | |
| | | Other: | | | | | | |
| | | Interpreter: | | | Language: | | Certified: | Phone: |

| **TYPE OF PROCEEDING:** | Hearing | | Contested? | | Continued from a previous date? | |
|---|---|---|---|---|---|---|

| | Motion(s): Docs. 126, 138, and 147. | Ruling: Doc. 138: Denied. Docs: 126 and 147 Reserved. |
|---|---|---|
| | Matters discussed: | |
| | The Court heard the parties' arguments regarding the following pending motions. First, Plaintiffs' Motion to Compel (Doc. 138) which Judge Roberts denied for the reasons stated on the record. Second, Defendants' Motion to Compel Testimony of and Production of Documents by Amanda Bahena (Doc. 126) which Judge will take under advisement. Order to follow. Lastly, Defendants' Motion to Compel Responses to Third-Party Litigation Funding Discovery Requests (Doc. 147) which Judge will take under advisement. Order to follow. | |
| | **Witness/Exhibit List is** | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | |
| | **Miscellaneous:** | |