# STEVEN S. BISS
Attorney At Law
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  804-501-8272
Fax:  202-318-4098
EMAIL:  stevenbiss@earthlink.net
stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

Matter No.

254-001

September 15, 2021

**VIA CM/ECF and EMAIL**

Hon. Mark A. Roberts
United States Magistrate Judge
Northern District of Iowa
111 Seventh Avenue SE
Cedar Rapids, IA 52401

**RE:**   **NuStar Farms, LLC et al. v. Ryan Lizza et al.**
    **Case 5:20-cv-04003-CJW-MAR**

Dear Judge Roberts:

Bill McGinn and I represent Plaintiffs, NuStar Farms, LLC, Anthony Nunes, Jr. and Anthony Nunes, III in the above matter.

On September 15, 2021, the United States Court of Appeals for the Eighth Circuit ruled in the appeal filed by Devin G. Nunes in Case 5:19-cv-4064-CJW-MAR.  The Court of Appeals affirmed in part, reversed in part and remanded for further proceedings.  A copy of the Court of Appeals' decision is attached.

Significantly, the Court of Appeals held that Devin Nunes' complaint states a plausible claim for defamation by implication.  The Court, p. 6, found as follows:

> "Nunes contends that his complaint states a plausible claim for defamation by implication.  He argues that the article implies the existence of a 'politically explosive secret' that he 'conspired with others' to hide the farm's use of undocumented labor.  He alleges that the implication is false because he was not involved in the farm's operations, and 'had no knowledge of who the dairy farm hired.  The district court concluded that 'no reasonable reader' could draw that implication from the article.  We respectfully disagree."

Plaintiffs made the **exact same claim** of defamation by implication in this case, and the District Court dismissed that claim for the exact same reasons as it dismissed Devin Nunes' claim. *See ECF No. 50 (Memorandum Opinion and Order), pp. 28-32*.

In light of the Court of Appeals' reversal, we intend to move the Court in this case for leave to file an amended complaint re-asserting the claim of defamation by implication.

The Court of Appeals' decision directly impacts the administration of this case. Plaintiffs have a right – indirectly affirmed by the Court of Appeals – to pursue a claim of defamation by implication. In light of the Court of Appeals' ruling, we request that the summary judgment schedule be suspended and the trial date continued so that Plaintiffs can pursue full justice.

We respectfully request a conference with the Court tomorrow to discuss these matters.

Thank you Your Honor.

Yours very truly,

*/s/ Steven S. Biss*

Steven S. Biss

cc.   William F. McGinn, Esq.
      Counsel of Record (via email)