IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC, | No. 20-cv-4003-CJW |
|---|---|
| Plaintiffs, | **ORDER** |
| vs. | |
| RYAN LIZZA and HEARST MAGAZINE MEDIA, INC., | |
| Defendants. | |

_____

This case came before the Court pursuant to Plaintiffs' counsel's letter dated September 15, 2021. (Doc. 162.) The Clerk's office changed this filing into a "motion for hearing". For the reasons stated the motion, the dispositive motions deadline is hereby continued until a date to be determined after a status conference with the parties. In the meantime, the parties should confer regarding scheduling in this case and in Devin G. Nunes v. Ryan Lizza, et al., case number 19-cv-4064-CJW-MAR.

**IT IS SO ORDERED** this 16th day of September, 2021.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa