IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,<br><br>Defendants. | No. 20-cv-4003-CJW<br><br>**ORDER** |

_____

Members of the press have requested transcripts of telephonic hearings or status conferences held before me on June 11, 2021, August 9, 2021, and August 10, 2021. Transcripts of those hearings may include discussion of the identities of employees or other information subject to the protective order governing discovery. The parties shall have until October 6, 2021 to raise any objections to the request for release of those transcripts. If a party objects to release of any portion of those transcripts, they may email copies of those transcripts with proposed redactions to my chambers.

**IT IS SO ORDERED** this 22nd day of September, 2021.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa