# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC, <br> Plaintiff(s) <br> vs. <br> RYAN LIZZA and HEARST MAGAZINE MEDIA, INC., <br> Defendant(s) | **HEARING MINUTES**   Sealed:   No <br><br> Case No.:   20-CV-4003-CJW <br> Presiding Judge:   Mark A. Roberts <br> Deputy Clerk:   AMS <br> Official Court Record:   FTR Gold |

| Date: | 09/23/2021 | Start: | 9:57 a.m. | Adjourn: | 10:30 a.m. | Courtroom: | | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Steven S. Biss | | | | | |
| | | Defendant(s): | Jonathan R. Donnellan, Nathaniel S. Boyer, Nicholas A. Klinefeldt, Kristen Hauser, Ravi V. Sitwala, and Sarah Park | | | | | |
| | | Other: | | | | | | |
| | | Interpreter: | | Language: | | Certified: | | Phone: |

**TYPE OF PROCEEDING:**   **Status Conference**   Contested?      Continued from a previous date?

Motion(s):                                                                       Ruling:

Matters discussed:

The parties discussed the implications on scheduling in the instant case of Devin G. Nunes v. Ryan Lizza, et al. (case no. 19-cv-4064) which is pending before the Eighth Circuit Court of Appeals after mandate is issued. Order to follow.

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**