IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,<br><br>Defendants. | No. 20-cv-4003-CJW<br><br>**ORDER** |

On September 23, 2021, I held a telephonic status conference. Plaintiffs' counsel stated that he intended to seek leave to file an amended complaint based on the Eighth Circuit Court of Appeals' Ruling in case *Devin G. Nunes v. Ryan Lizza, et al.* (case no. 19-cv-4064. Plaintiffs shall have until October 7, 2021 to file said motion to seek leave to file an amended complaint in this matter if they so choose.

In lieu of staying the matter until after the Eighth Circuit mandate in case no. 19-cv-4064, the parties shall meet and confer in an effort to agree on deadlines for the completion of discovery, if necessary, in this matter as well as a deadline for submission of dispositive motions and a potential trial ready date. By October 21, 2021 the parties shall submit a joint statement of any agreed proposed new deadlines and alert the Court to their opposing positions regarding any deadlines for which they cannot agree.

**IT IS SO ORDERED** this 23rd day of September, 2021.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa