IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Western Division

| | |
|---|---|
| NUSTAR FARMS, LLC *et al* </br></br> Plaintiffs, </br></br> v. </br></br> RYAN LIZZA *et al* </br></br> Defendants. | Case 5:20-cv-04003-CJW-MAR </br></br> **Filed With Counsel's Eyes Only Material Redacted** |

# PLAINTIFFS' RESISTED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs, NuStar Farms, LLC, Anthony Nunes, Jr. and Anthony Nunes, III ("Plaintiffs"), by counsel, pursuant to the Court's Order entered on September 23, 2021 [*ECF No. 171*], Rule 15(a)(2) of the Federal Rules of Civil Procedure, and Local Rules ("LR") 7 and 15 of the United States District Court for the Northern District of Iowa, respectfully move the Court for leave to file an amended complaint in this action.

In light of the decision of the United States Court of Appeals for the Eighth Circuit in *Nunes v. Lizza*, 2021 WL 4177754 (8th Cir. Sept. 15, 2021), Plaintiffs seek to make the following changes:

1.  To amend Plaintiffs' second amended complaint to incorporate and conform the case to applicable parts of the 8th Circuit's ruling in *Nunes v. Lizza*.

2.  In light of the 8th Circuit's ruling, to re-assert Plaintiffs' claim of Defamation by Implication (Count II).

3. To include a new claim of False Light Invasion of Privacy (Count III) that arises out of the conduct, transaction, or occurrence set out in Plaintiffs' original pleading. *See Rule 15(c)(1)(B), Fed. R. Civ. P.*

4. To include a claim of Conspiracy (Count IV), which was expressly upheld in *Nunes v. Lizza*.

5. In light of the 8th Circuit's ruling. to re-assert Plaintiffs' claim for punitive damages, and to add facts revealed in discovery that demonstrate beyond cavil that the Defendants published the false and defamatory statements with actual malice.

A copy of the proposed Third Amended Complaint redacted to exclude Confidential and Counsel's Eyes Only information is attached as *Exhibit "A"*.

A redacted, red-lined version of the proposed Third Amended Complaint is attached as *Exhibit "B"* to show the changes for the ease of the Court and opposing counsel.

The reasons and bases of this Motion are stated in the accompanying Brief, attached as *Exhibit "C"*.

## Certification

The undersigned counsel for Plaintiffs has conferred in good faith with counsel for Defendants pursuant to Local Rule 7(k). Plaintiffs stated their intent to amend in light of the 8th Circuit's ruling in *Nunes v. Lizza*. On October 7, 2021, Plaintiffs provided a copy of the proposed Third Amended Complaint to Defendants' counsel. Defendants have indicated their objection to the 8th Circuit's ruling and their intention to file a petition for rehearing. Defendants resist this Motion.

# **CONCLUSION**

For the reasons stated above, Plaintiffs respectfully request the Court to grant their Motion for Leave to File An Amended Complaint, and to direct the Clerk to detach and docket Plaintiffs' Third Amended Complaint.

DATED: October 8, 2021

        NUSTAR FARMS, LLC
        ANTHONY NUNES, JR.
        ANTHONY NUNES, III

By: */s/ Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:   (804) 501-8272
        Facsimile:    (202) 318-4098
        Email:        stevenbiss@earthlink.net
        (*Admitted Pro Hac Vice*)

        William F. McGinn #24477
        McGINN LAW FIRM
        20 North 16th Street
        Council Bluffs, Iowa 51501
        Telephone: (712) 328-1566
        Facsimile: (712) 328-3707
        Email: bmcginn@themcginnlawfirm.com

        *Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2021 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:   (804) 501-8272
Facsimile:    (202) 318-4098
Email:         stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiffs*