# STEVEN S. BISS
Attorney At Law
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  804-501-8272
Fax:  202-318-4098
EMAIL:  stevenbiss@earthlink.net
ssbiss@yahoo.com
www.linkedin.com/in/steven-s-biss-6517037

Matter No.

254-001

November 14, 2019

**Private and Confidential**

<u>**VIA EMAIL AND REGULAR MAIL**</u>

Hearst Magazine, Inc.
c/o Troy Young, President
300 West 57th Street
New York, NY 10019
troy.young@gmail.com
esquire@hearst.com

RE:   <u>**Anthony Nunes, Jr. and NuStar Farms, LLC v. Hearst Magazines, Inc.**</u>

# NOTICE AND DEMAND FOR RETRACTION

# -and-

# NOTICE TO PRESERVE ELECTRONIC FILES

**Please be advised that this Letter is intended to place you on notice to preserve all documents and electronically-stored information ("ESI"), including, without limitation, physical and electronic files, pitches, reporter's notes, editor and/or publisher's notes, records of interviews and conversations, drafts, emails, texts, direct messages, iMessages, voicemails, audio and video recordings, social media accounts (*e.g.*, Twitter and Facebook), and/or other electronic data.**

Dear Mr. Young:

I represent Anthony Nunes, Jr. and NuStar Farms, LLC ("Plaintiffs") in connection with their claims against Hearst Magazines, Inc. ("Hearst") for defamation arising out of the republication of false and defamatory statements of and concerning Plaintiffs that appeared in the September 30, 2018 article, "**Devin Nunes's Family Farm Is Hiding a Politically Explosive Secret**", written by Ryan Lizza ("Lizza"). [https://www.esquire.com/news-politics/a23471864/devin-nunes-family-farm-iowa-california/ (the "Lizza Hit Piece")].

## Demand for Retraction

Plaintiffs demand that Hearst retract the following false and defamatory statements that appear in the Lizza Hit Piece:

- "So why did [Devin Nunes'] parents and brother cover their tracks after quietly moving the farm to Iowa? Are they hiding something politically explosive? On the ground in Iowa, Esquire searched for the truth—and discovered a lot of paranoia and hypocrisy".

- "Devin; his brother, Anthony III; and his parents, Anthony Jr. and Toni Dian, sold their California farmland in 2006. Anthony Jr. and Toni Dian, who has also been the treasurer of every one of Devin's campaigns since 2001, used their cash from the sale to buy a dairy eighteen hundred miles away in Sibley, a small town in northwest Iowa where they—as well as Anthony III, Devin's only sibling, and his wife, Lori—have lived since 2007 … [W]hat is strange is that the family has apparently tried to conceal the move from the public—for more than a decade".

- "Why would the Nuneses, Steve King, and an obscure dairy publication all conspire to hide the fact that the congressman's family sold its farm and moved to Iowa?"

- "As he walked to his truck, he looked back and warned me: "If I see you again, I'm gonna get upset." Apparently Sibley's First Amendment training hadn't filtered down to all its residents".

- "Other dairy farmers in the area helped me understand why the Nunes family might be so secretive about the farm: Midwestern diaries tend to run on undocumented labor".

- "In the heart of Steve King's district … the economy is powered by workers that King and Trump have threatened to deport. I checked Anthony Nunes Jr.'s campaign donor history. The only federal candidate he has ever donated to, besides his son, is King ($250 in 2012). He also gives to the local Republican party of Osceola County, which, records show, transfers money into King's congressional campaigns".

- "The absurdity of this situation – funding and voting for politicians whose core promise is to implement immigration policies that would destroy their livelihoods – has led some of the Republican-supporting dairymen to rethink their political priorities".

- "'They are immigrants and Devin is a strong supporter of Mr. Trump, and Mr. Trump wants to shut down all of the immigration, and here is his family benefiting from immigrant labor', documented or not".

- "I had a particularly sensitive interview that afternoon with a source who I knew would be taking a risk by talking to me about immigration and labor at NuStar. When I arrived, we talked for a few minutes before the source's cell phone suddenly rang. The conversation seemed strained. "*Sí, aquí está,*" the source said. I learned that on the other end of the phone was a man named Flavio, who worked at NuStar. Somehow Flavio knew exactly where I was and whom I was talking to. He warned my source to end the conversation. Not only was I being followed, but I was also being watched, and my sources were being contacted by NuStar".

- "I left and drove to the local grocery store, where I parked in the open, hoping to draw out whoever was tailing me. I suddenly noticed a man in jeans, a work shirt, and a baseball cap pulled down low. He was talking on his cell phone and walking suspiciously. Was he watching me? I held up a camera to take pictures and he darted away. I followed. His car was parked haphazardly on the side of the road half a block away. He got in and took off while I followed. It was a dark Chevrolet Colorado pickup truck—with California license plates … The guy in the pickup truck with California plates was, of course, … Anthony Jr".

- Devin Nunes "and his parents seemed to have concealed basic facts about the family's move to Iowa. It was suspicious".

- "There was no doubt about why I was being followed. According to two sources with firsthand knowledge, NuStar did indeed rely, at least in part, on undocumented labor. One source, who was deeply connected in the local Hispanic community, had personally sent undocumented workers to Anthony Nunes Jr.'s farm for jobs … asserting that the farm was aware of their status".

- "I laid out the facts I had uncovered in Sibley, including the intimidation of sources … , and asked him for advice. 'I'd tell that story,' he said. He paused and added, 'We're a sanctuary church, if you need a place to stay. You're safe here!'"

- "I learned that Anthony Jr. was seemingly starting to panic. The next day, the 2009 *Dairy Star* article about NuStar, the one that made me think the Nuneses were hiding something and that had led me to Sibley in the first place, was removed from the *Dairy Star*'s website".

3

- "According to someone who talked to him that day, Anthony Jr. allegedly said that he was hiring a lawyer and that he was convinced that his dairy would soon be raided by ICE".

- "Is it possible the Nuneses have nothing to be seriously concerned about? Of course, but I never got the chance to ask because Anthony Jr. … did not respond to numerous requests for interviews".

- "The relationship between the Iowa dairy farmers and their undocumented employees is indeed fraught".

The Lizza Hit Piece directly and by implication imputes to Plaintiffs the commission of federal and state crimes, and imputes dishonesty, deception, lying, conspiracy, corruption, bias, lack of integrity and ethics, that adversely affects their reputations as dairy farmers. The Lizza Hit Piece is highly insulting and prejudicial to Plaintiffs.

Demand is hereby made for an immediate retraction of the false and defamatory statements in the Lizza Hit Piece and immediate deactivation of all hyperlinks to the Lizza Hit Piece and all tweets of the Lizza Hit Piece.

## **Preservation of Evidence**

Documentation and electronic data will be the subject of discovery in any legal action that may be filed by Plaintiffs and destruction or loss of evidence can be considered spoliation, which may result in civil penalties. Accordingly, the following actions should be taken to preserve ESI and other electronic data created before and since you have received this letter, pending a resolution of Plaintiffs' claims:

1. If cell phones or personal computers are changed or replaced, the old cell phone (and sim card) and computer must be preserved;

2. Please do not destroy or alter any ESI or electronic data or handle ESI/electronic data in such a way that may result in changes to or loss of any ESI or electronic data;

3. Do not delete or modify any emails, text messages, instant or direct messages, or iMessages with any person or entity that mention Plaintiffs or that are of and concerning Plaintiffs or their family or employees;

4. Do not delete, modify or alter in any way information posted to any website or webpage;

5. Do not close out, cancel, delete, or alter any social media accounts, including Twitter, YouTube, and/or Facebook or other social media accounts;

6. Retain any electronic hardware and ALL emails, logs and histories of email usage, text messages, posts, tweets, retweets, replies, likes, instant and direct messages, iMessages, electronic files or file fragments.

You may wish to create a mirror image of any computers (including laptops, iPads, iPhones, Blackberry and Android devices and/or other smart phones) to assure preservation.

Your preservation obligations include providing a copy of this letter to all colleagues, partners, associates, agents, representatives, employees, assistants, including Lizza, and any other persons or entities responsible in any way for ESI or electronic data or the physical information referred to in this letter.

Please refer this matter to your legal counsel and insurer immediately.

Thank you for your assistance. Call or email me if you have any questions.

Yours very truly,

*/s/ Steven S. Biss*

Steven S. Biss

cc. Anthony Nunes, Jr.