IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,<br><br>Defendants. | No. 20-cv-4003-CJW<br><br>**ORDER** |

_____

Before me is correspondence from counsel for Defendants regarding pending deadlines, filed on October 21, 2021. (Doc. 174.) Counsel for Plaintiffs join in the suggested amended deadlines.

On the eve of the deadline for the parties to submit their respective dispositive motions, at the request of Plaintiffs' counsel, I indefinitely continued the dispositive motion deadline. (Doc. 164.) The reason for the continuance was a recent ruling by a three-judge panel of the Eighth Circuit Court of Appeals in the somewhat related matter of *Nunes v. Lizza*, No. 19-CV-4064-CJW-MAR, *affirmed in part & rev'd & remanded in part*, 12 F.4th 890 (8th Cir. 2021) (the "Nunes Appeal").

Defendants have petitioned the Eighth Circuit Court of Appeals for a rehearing *en banc* that has necessarily delayed issuance of a mandate and, therefore, this Court lacks jurisdiction of that related mater. Nevertheless, the Court notes that there may be factual and legal issues that make it practical to coordinate deadlines and discovery in the two cases. The parties are in agreement that new deadlines in the instant case should not be

1

set until I have ruled on a pending motion to amend the complaint (Doc. 172) and the issuance of a mandate in the Nunes Appeal. Furthermore, there are practical concerns that make new deadlines necessary. First, discovery has not been completed. Second, a trial scheduled for February 14, 2022 is impractical given that the parties have not yet submitted dispositive motions.

Therefore, it is ordered that

1. the deadline for submission of the proposed final pretrial order of January 28, 2022 is cancelled;

2. The final pretrial conference scheduled for January 31, 2022 is cancelled;

3. The trial ready deadline of February 7, 2022 is cancelled; and

4. The jury trial set for February 14, 2022 is cancelled.

These deadlines will be reset. I will reserve ruling on setting new deadlines at least until after I have ruled on the motion to amend. The parties shall notify my chambers immediately when they learn whether the Eighth Circuit Court of Appeals intends to grant a rehearing. I contemplate holding a status conference after ruling on the pending motion to amend.

**IT IS SO ORDERED** this 28th day of October, 2021.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa