# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN LIZZA and HEARST MAGAZINE MEDIA, INC., <br><br> Defendants. | No. 20-cv-4003-CJW <br><br> **ORDER** |

My order of October 26, 2021, (Doc. 180) required Plaintiffs to produce documents for in camera inspection in response to Defendants' request no. 92 which seeks: "Documents sufficient to show the person or persons who, or entity or entities that, are funding Plaintiffs' prosecution of this action, including but not limited to the person or persons who, or entity of entities that, are paying Mr. Biss's and/or Mr. Feller's legal fees." (Doc. 148 at 2.) Plaintiffs timely complied and I have reviewed those records. While documents that are produced in discovery are not normally filed, to maintain a record of my review, these records will be added to the docket and sealed from inspection by anyone other than court personnel.

The records include what appears to be an ordinary attorney fee agreement between Mr. Biss's firm and Plaintiffs. Also included are statements of account from law firms whose involvement in this matter is well known to Defendants, along with evidence of payment by Plaintiffs. I see nothing suspicious or untoward in the documents produced. Nevertheless, these documents raise no concern about the disclosure of privileged information. Indeed, Plaintiffs did not object to their production

based on any privilege. Plaintiffs shall produce these documents to Defendants under the terms of the protective order.

**IT IS SO ORDERED** this 17th day of November, 2021.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa