# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| DEVIN G. NUNES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RYAN LIZZA, HEARST MAGAZINES, INC., and HEARST MAGAZINE MEDIA, INC.,<br><br>　　　　Defendants. | No. 19-cv-4064-CJW<br><br>**ORDER** |
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,<br><br>　　　　Defendants. | No. 20-cv-4003-CJW |

A telephonic status conference will take place before the undersigned on **Tuesday, January 11, 2022, at 3:30 p.m. CDT.** Counsel will receive dial-in instructions via email. **Failure to appear for this hearing could result in sanctions by the Court.**

IT IS SO ORDERED this 6th day of January, 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Mark A. Roberts, United States Magistrate Judge
　　　　　　　　　　　　　　　　Northern District of Iowa