# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| DEVIN G. NUNES,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN LIZZA, HEARST MAGAZINES, INC., and HEARST MAGAZINE MEDIA, INC.,<br><br>    Defendants. | No. 19-cv-4064-CJW<br><br>**ORDER** |
| ANTHONY NUNES, JR., ANTHONY NUNES, III, and NUSTAR FARMS, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,<br><br>    Defendants. | No. 20-cv-4003-CJW |

On January 11, 2022, I held a telephonic status conference to discuss consolidation of the above cases and what deadlines the parties wish to be set in each case. As discussed at the conference, the parties shall meet and confer to suggest agreed upon deadlines in each case. The parties shall file their joint or separate proposed scheduling orders and discovery plans in each case by January 25, 2022. Also as discussed, the parties shall meet and confer regarding the possibility of consolidating the cases. If the parties can reach an agreement regarding consolidation, they shall alert my chambers by January 25,

2022. If the parties cannot reach an agreement regarding consolidation, the parties' deadline to file a brief in support of their position is January 25, 2022.

**IT IS SO ORDERED** this 12th day of January, 2022.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa