IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| **NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,** | ) ) ) | Case No. 5:20-cv-04003-CJW-MAR |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) | **[Jointly Proposed] Amended Scheduling Order and Discovery Plan** |
| **Ryan Lizza** and **Hearst Magazine Media, Inc.,** | ) ) ) |  |
| Defendants. | ) ) ) |  |

Pursuant to Magistrate Judge Roberts's January 12, 2022 Order, ECF No. 191, Plaintiffs NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III ("Plaintiffs") and Defendants Ryan Lizza and Hearst Magazine Media, Inc. ("Defendants") (collectively, the "Parties"), have conferred by and through their undersigned counsel, and now jointly file this Proposed Amended Scheduling Order and Discovery Plan.

*I.* ***INTRODUCTION:*** This Order amends the Scheduling Order and Discovery Plan entered by the Court on December 3, 2020, ECF No. 61, as further amended, *see* ECF Nos. 66, 77, 110, 122, 130, 152, 164, 183, and sets forth remaining deadlines now applicable to this case.

The discovery deadlines set forth below apply to (i) the additional discovery that the Court recently granted Defendants leave to take, *see* ECF No. 177, and (ii) additional discovery and disclosures relating to Plaintiffs' newly added claim for defamation by implication and Defendants' defenses thereto, *see* ECF No. 187. Discovery in this case is otherwise closed.

The Court expects the parties to adhere strictly to all deadlines specified in this Order.

## II. DEADLINES:

 **A.**   Initial disclosures: Closed/Completed

 **B.**   Motions to add parties: Closed

 **C.**   Motions to amend pleadings: Closed

 D.   Supplemental expert witness disclosures, if any:

  1.   Plaintiffs' expert(s) relating only to libel by implication claim: **March 15, 2022**

  2.   Defendants' expert(s) relating only to libel by implication claim and or responding to Plaintiffs new expert(s): **April 15, 2022**

  3.   Plaintiffs' rebuttal expert(s): **May 16, 2022**

 **E.**   Completion of discovery (discovery shall close on this date, not be propounded by this date): **May 31, 2022**

 **F.**   Dispositive motions: **July 1, 2022**

 **G.**   Trial ready date:   disputed (see parties' submissions regarding joint trial)

 **H.**   Jury Trial Demanded?: **Yes**

 **I.**   Estimated length of trial: unknown (depends on whether case is tried jointly with *Devin Nunes v. Lizza, et al.,* 5:19-cv-04064-CJW-MAR; *see* parties' submissions regarding joint trial)

## III. CONSENT:

The parties unanimously consent to trial, disposition, and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3).

_____ Yes __X__ No

## IV. REQUESTS FOR HEARINGS:

The Court encourages participation in the conduct of hearings on motions by lawyers who drafted or contributed to the motion or resistance and/or preparation for the hearing. A representation that the argument on motions will be handled, in whole or in part, by the lawyer(s) who drafted or contributed to the motion or resistance may weigh in favor of granting a hearing.

**IT IS SO ORDERED** this ___ day of _____, 2022.

                                                                  Mark A. Roberts, United States Magistrate Judge
                                                                   North District of Iowa

Respectfully Submitted,

| **NuStar Farms, LLC, Anthony Nunes, Jr., and Anthony Nunes, III,** | **Ryan Lizza and Hearst Magazine Media, Inc.,** |
|---|---|
| By: /s/ Steven S. Biss | By: /s/ Nathaniel S. Boyer |

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

William F. McGinn #24477
McGINN LAW FIRM
20 North 16th Street
Council Bluffs, Iowa 51501
Telephone: (712) 328-1566
Facsimile: (712) 328-3707
Email: bmcginn@themcginnlawfirm.com

*Counsel for the Plaintiff*

Jonathan R. Donnellan, *Lead Counsel*\*
  jdonnellan@hearst.com
Ravi V. Sitwala*
  rsitwala@hearst.com
Nathaniel S. Boyer*
  nathaniel.boyer@hearst.com
Sarah S. Park*
  sarah.park@hearst.com
Nina Shah*
  nina.shah@hearst.com
Kristen Hauser*
  khauser@hearst.com
The Hearst Corporation
Office of General Counsel
300 West 57th Street
New York, New York 10019
Telephone: (212) 841-7000
Facsimile: (212) 554-7000
*\*Admitted Pro Hac Vice*

Michael A. Giudicessi
  michael.giudicessi@faegredrinker.com
Nicholas A. Klinefeldt
  nick.klinefeldt@faegredrinker.com
Susan P. Elgin
  susan.elgin@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

Scott W. Wright*
  scott.wright@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center/90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
*\*Admitted Pro Hac Vice*

*Attorneys for Defendants*

## Certificate of Service

The undersigned certifies that a true copy of **[Jointly Proposed] Amended Scheduling Order and Discovery Plan** was served upon the following parties through the Court's CM/ECF electronic filing system on January 25, 2022.

/s/ Nathaniel S. Boyer

Copy to:

William F. McGinn
 *bmcginn@themcginnlawfirm.com*

Steven S. Biss
 *stevenbiss@earthlink.net*

*Attorneys for Plaintiff*